Name and address:
Abbe D. Lowell
LOWELL & ASSOCIATES, PLLC
1250 H Street NW, Suite 250     (202) 964-6110
Washington, DC 20005
Email: alowellpublicoutreach@lowellandassociates.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:25-cr-00841-SB |
| v. | |
| DAVID JOSE HUERTA | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) The attorney seeking to appear pro hac vice must complete Section I of this Application, the certification in Section II, and have the designated Local Counsel sign in Section III. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application, together with any attachment(s), to a single Portable Document Format (PDF) file.

(2) Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.

**SECTION I - INFORMATION**

Lowell, Abbe D.
*Applicant's Name (Last Name, First Name & Middle Initial)*                    check here if federal government attorney ☐

Lowell & Associates, PLLC
*Firm/Agency Name*

1250 H Street NW                        (202) 964-6110              (202) 964-6116
Suite 250                               *Telephone Number*          *Fax Number*
*Street Address*

Washington, DC 20005                    alowellpublicoutreach@lowellandassociates.com
*City, State, Zip Code*                 *E-mail Address*

**I have been retained to represent the following parties:**

David Jose Huerta          ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* _____
                           ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| U.S. Supreme Court | 06/01/1981 | Yes |
| U.S. Court of Appeals for the First Circuit | 02/02/2012 | Yes |
| U.S. Court of Appeals for the Second Cicuit | 12/19/1986 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:23cr00599-MCS-1 | USA v. Robert Hunter Biden (BOND) | 01/02/2024 | Granted |
| 2:23cv07593-HDV-KS | Robert Hunter Biden v. Garrett Ziegler, et al. | 09/20/2023 | Granted |
| 2:23cv08032-HDV-KS | Robert Hunter Biden v. Rudolph W. Giuliani, et al. | 10/05/2023 | Granted |
| 2:23cv09430-SVW-PD | Robert Hunter Biden v. Patrick M. Byrne | 12/08/2023 | Granted |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  10/29/2025

Abbe David Lowell
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Bednarski, Marilyn E.
*Designee's Name (Last Name, First Name & Middle Initial)*

McLane, Bednarski & Litt, LLP
*Firm/Agency Name*

975 E. Green Street
*Street Address*

Pasadena, CA 91106
*City, State, Zip Code*

626-844-7660
*Telephone Number*

626-844-7660
*Fax Number*

mbednarski@mbllegal.com
*Email Address*

105322
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated October 30, 2025

Marilyn E. Bednarski
*Designee's Name (please type or print)*

*[signature]*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

Continued from Page 1, Section 1:

United States Court of Appeals for the Third Circuit, 12/03/2014, yes
United States Court of Appeals for the Fourth Circuit, 05/26/1981, yes
United States Court of Appeals for the Fifth Circuit, 04/01/2013, yes
United States Court of Appeals for the Eleventh Circuit, 06/13/2022, yes
United States Court of Appeals for the DC Circuit, 12/18/1981, yes
United States Court of Appeals for the Federal Circuit, 05/19/1990, yes
United States District Court for the District of Columbia, 07/06/1987, yes
United States District Court for the District of Maryland, 05/29/1981, yes
United States District Court for the Eastern District of New York, 03/24/2004, yes
United States District Court for the Northern District of New York, 02/25/2009, yes
United States District Court for the Southern District of New York, 04/17/2001, yes
United States District Court for the Northern District of Texas, 08/25/1987, yes
United States District Court for the Western District of Wisconsin, 03/28/2013, yes
United States District Court for the Eastern District of Wisconsin, 06/2/2025, yes
District of Columbia, 12/18/1981, yes
State of Maryland, 01/10/1984, yes
State of New York, 03/01/1978, yes



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# *Abbe D Lowell*

*was duly qualified and admitted on December 18, 1981 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 28, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*

# Supreme Court of Maryland

**Annapolis, MD**



### *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the tenth day of January, 1984,

## *Abbe David Lowell*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the twenty-seventh day of December,



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this twenty-eighth day of October, 2025.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland



## Appellate Division of the Supreme Court
## of the State of New York
## Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Abbe David Lowell

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 29, 2025.

*Clerk of the Court*

CertID-00257458



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

    An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

    An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on [the website of the Unified Court System](#).

    New York State does not register attorneys as active or inactive.

    An attorney may request a disciplinary history letter from the [Attorney Grievance Committee of the Second Judicial Department](#).

    Bar examination history is available from the [New York State Board of Law Examiners](#).

    Instructions, forms and links are available on [this Court's website](#).

*[signature]*

Darrell M. Joseph
Clerk of the Court

Revised October 2024