MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660

Abbe David Lowell (*pro hac vice*)
Email: alowellpublicoutreach@lowellandassociates.com
David A. Kolansky (*pro hac vice*)
Email: dkolansky@lowellandassociates.com
Lowell and Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110

Attorneys for Defendant
DAVID JOSE HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOSE HUERTA,<br><br>Defendant. | NO. 2:25-CR-00841-SB-1<br><br>NOTICE OF FILING OF DEFENDANT HUERTA'S CONSENT TO REMOTE APPEARANCE BY COUNSEL LOWELL |

    The defendant David Huerta, by and through his counsel of record Marilyn E Bednarski, Abbe Lowell, and David Kolansky, hereby file Mr. Huerta's declaration consenting to Attorney Lowell appearing remotely at his post-

1

indictment arraignment in the duty magistrate–judge's courtroom on November 25, 2025. Ms. Bednarski will appear in person with Mr. Huerta.

                                          Respectfully submitted,

                                          McLANE, BEDNARSKI & LITT, LLP

DATED: November 19, 2025        By, \_\_/S/ by Marilyn E. Bednarski_____
                                                  MARILYN E. BEDNARSKI
                                                  Attorney at Law

DM185879