UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

| | |
|---|---|
| Case No. 2:25-cr-00841-SB | Date: 11/25/2025 |
| Present: The Honorable: Alicia G. Rosenberg, United States Magistrate Judge | |
| Interpreter N/A | Language N/A |

| Karl Lozada | CS 11/25/2025 | Frances Lewis |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s)    ✔ Present  Released on Bond | Attorneys for Defendants:    ✔ Present  Retained |
|---|---|
| David Jose Huerta | Marilayn Bednarski and Abbe David Lowell |

**Proceedings:** Arraignment of Defendant and/or    ✔ Assignment of Case    Appointment of Counsel
Initial Appearance

\* Court does not question defendant as to true name.
\* Defendant is arraigned under name on the Information Class A.
\* Defendant acknowledges having read the Information Class A and discussed it with counsel.
\* Defendant pleads "not guilty" to all counts of the Information Class A.
\* This case is assigned to Judge Stanley Blumenfeld.
\* It is ordered that the following date(s) and time(s) are set: Jury Trial 01/20/2026 at 08:30 a.m..
\* Government counsel provides trial estimate of 2-3 days.
\* The parties are referred to Judge Blumenfeld's Procedures and Schedules to obtain a copy of the judge's discovery order located on the Court's website at www.cacd.uscourts.gov. Judge Blumenfeld is located in 6C, Los Angeles- United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc: PSALA        PSAED        PSASA
    USMLA        USMED        USMSA
    Statistics Clerk            Interpreter
    CJA Supervising Attorney    Fiscal

Initial Appearance/Appointment of Counsel: 00 : 00
Arraignment: 00 : 02
Initials of Deputy Clerk: KL by TRB