UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-00841-SB |
|---|---|
| Plaintiff, | ORDER CONTINUING TRIAL DATE AND FINDING OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DAVID HUERTA, | |
| Defendants. | |

  The Court has read and considered the stipulation regarding request for (1) continuance of trial date and (2) findings of excludable time periods pursuant to the Speedy Trial Act, filed by the parties in this matter on December 17, 2025.  The Court hereby finds that the stipulation demonstrates facts that support a continuance of the trial date in this matter and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

  The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  Therefore, for good cause shown:

  1. The trial in this matter is continued from January 20, 2026, to February 17, 2026.

2.    A pretrial conference hearing shall be set for February 3, 2026, at 8:00 a.m. in Courtroom 6C.

3.    The time period of January 20, 2025, to February 17, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(7)(B)(i).

4.    Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

December 18, 2025
DATE

Stanley Blumenfeld, Jr.
United States District Judge