```
TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Acting Assistant United States Attorney
Chief, Criminal Division
CHRIS BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6738
     Facsimile: (213) 894-0141
     E-mail:    chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 2:25-00841-SB |
|---|---|
| Plaintiff, | NOTICE OF APPEARANCE |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

Plaintiff, United States of America, hereby advises the Court that the above-captioned case has been reassigned to a new Assistant United States Attorney ("AUSA") as follows:

|  | **Name** | **E-mail Address** |
|---|---|---|
| **PREVIOUSLY Assigned AUSA** | | |
| **Newly Assigned AUSA** | CHRIS BULUT | chris.bulut@usdoj.gov |

     Please make all necessary changes to the Court's Case Management/Electronic Case Filing system to ensure that newly assigned AUSA is associated with this case as attorney of record for the United States and that they receive all e-mails relating to filings in this case.

Dated: December 22, 2025       Respectfully submitted,

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

ALEXANDER B. SCHWAB
Acting Assistant United States Attorney
Chief, Criminal Division

   /s/
CHRIS BULUT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

2