MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID HUERTA, <br><br> *Defendant*. | CASE NO.: 2:25-CR-00841-SB <br><br> DEFENDANT'S NOTICE OF POSSIBLE PRETRIAL DISCOVERY MOTIONS AFTER JANUARY 6, 2026 |

1  David Huerta, by and through counsel of record, respectfully files this Notice to advise the Court that, due to outstanding defense discovery requests, the defense may need to file discovery-based pretrial motions after January 6, 2026—the date by which Mr. Huerta intends to file his other pretrial motions to dismiss the Information (to be noticed for hearing on February 3, 2026).  On December 23, 2025, defense counsel advised the government of this Notice, and government counsel indicated the government has no objection to the filing of this Notice.

Dated: December 24, 2025

Respectfully submitted,
LOWELL & ASSOCIATES, PLLC

By:  /s/ Abbe David Lowell
       Abbe David Lowell

MCLANE, BEDNARSKI & LITT, LLP

By:  /s/ Marilyn E. Bednarski
       Marilyn E. Bednarski

*Attorneys for Defendant David Huerta*

1

1.     Mr. Huerta is charged in an Information filed on October 17, 2025. ECF 29. Mr. Huerta first appeared before a judicial officer of the court in which the charges in this case were pending on June 9, 2025. The Speedy Trial Act, 18 U.S.C. § 3161, originally required that the trial commence on or before February 2, 2026.

2.     On December 21, 2025, following submission of the parties' stipulation to continue trial (ECF 49), the Court set a trial date of February 17, 2026 and a pretrial conference date of February 3, 2026. ECF 50.

3.     Pursuant to your Honor's Criminal Standing Order (ECF 43), pretrial motions are heard on Tuesdays and are due "*four weeks* before the hearing," with opposition/non-opposition briefs due "*three weeks* before the hearing" and any reply due "*two weeks* before the hearing."

4.     Mr. Huerta intends to file certain dispositive pretrial motions, including any motions to dismiss the Information in this case, on or by January 6, 2026 (to be noticed for hearing on February 3, 2026, the date of the pretrial conference).

5.     Since Mr. Huerta's initial appearance in June, the government has produced various electronic discovery to the defense, spanning six production volumes beginning on June 22, 2025, and most recently, on December 23, 2025— the sixth discovery volume produced to date.

6.     Notwithstanding these productions, defense counsel has sent the government discovery letters dated November 5, December 8, and December 14, 2025, containing particularized, good-faith discovery requests.[1] Government counsel has indicated to the defense, as recently as December 22, 2025, that it is still in the process of investigating, and responding to, certain of Mr. Huerta's discovery requests. The parties also met and conferred by telephone on December 17, 2025 to discuss these requests.

---

[1] The first discovery letter sent to prosecutors, on November 5, even predates the arraignment on the Information in this case, held on November 25, 2025. ECF 42.

7. As of this filing, several of the defense's discovery requests remain outstanding, and defense counsel is concerned that they may not receive all relevant discovery in time for filing their pretrial motions to dismiss. Accordingly, with the government's production schedule and responses still occurring, the defense may need to file additional discovery-based motions after Mr. Huerta files his other pretrial motions on or by January 6, 2026. The defense may also, depending on what material the government provides, supplement any of its already-filed motions with additional information that the government produces after January 6.

8. The defense intends to file any pretrial motions that it can by Tuesday, January 6, 2026 (i.e., motion(s) to dismiss the Information), but respectfully files this Notice in the event it needs to later file any discovery-based motions—such as a motion to compel discovery—or needs to supplement any of its already-filed motions with additional information produced by the government.

9. Neither party is prejudiced by the filing of this Notice. Defense counsel conferred with government counsel about this Notice on December 23, 2025, and government counsel indicated the government has no objection to the filing of this Notice.

Dated: December 24, 2025

Respectfully submitted,
LOWELL & ASSOCIATES, PLLC

By: /s/ Abbe David Lowell
   Abbe David Lowell

MCLANE, BEDNARSKI & LITT, LLP

By: /s/ Marilyn E. Bednarski
   Marilyn E. Bednarski

*Attorneys for Defendant David Huerta*

3