1  MARILYN E. BEDNARSKI, SBN 105322
   E-Mail: mbednarski@mbllegal.com
2  McLane, Bednarski & Litt, LLP
   975 East Green Street
3  Pasadena, California 91106
   Telephone: (626) 844-7660
4  Facsimile: (626) 844-7670

5
   ABBE DAVID LOWELL, *pro hac vice*
6  DAVID A. KOLANSKY, *pro hac vice*
   E-Mail: alowellpublicoutreach@lowellandassociates.com
7  Lowell & Associates, PLLC
   1250 H Street, NW, Suite 250
8  Washington, DC 20005
   Telephone: (202) 964-6110
9  Facsimile: (202) 964-6116

10
11 Attorneys for Defendant
   DAVID HUERTA
12                           WESTERN DIVISION
13            UNITED STATES DISTRICT COURT
14            CENTRAL DISTRICT OF CALIFORNIA
15

16    UNITED STATES OF AMERICA,
17              *Plaintiff*,                    CASE NO.: 2:25-CR-00841-SB
18
19              v.                              **DECLARATION OF DAVID A.
                                                KOLANSKY IN SUPPORT OF
20                                              MR. HUERTA'S EX PARTE
                                                APPLICATION TO FILE AN
21    DAVID HUERTA,                             OVERSIZED BRIEF IN
                                                SUPPORT OF DEFENDANT'S
22              *Defendant*.                    MOTION TO DISMISS FOR
                                                CONSTITUTIONAL
23                                              VIOLATIONS**
24
                                                Date: February 3, 2026 (PTC)
25                                              (Hearing Length Estimate: 1 hour)
                                                Time: 8:00 a.m.
26                                              Ctrm: 6C (1st Street U.S. Courthouse)
27
28

**DECLARATION OF DAVID A. KOLANSKY**

I, David A. Kolansky, hereby declare the following:

1. I am a member of the bar of the State of New York and Counsel at the law firm of Lowell & Associates, LLP.  The firm is co-counsel for Defendant David Huerta in this matter.  I was admitted *pro hac vice* to this court on November 4, 2025.  ECF No. 36.

2. I submit this declaration in support of Mr. Huerta's unopposed ex parte application to file an oversized brief in support of his forthcoming Motion to Dismiss the Information for Constitutional Violations.

3. Mr. Huerta's forthcoming brief is currently 40 pages.  This Court imposes a 25-page limit for such pleadings.  Standing Order, ECF 43 at 5.  Mr. Huerta's anticipated Motion to Dismiss for the Information for Constitutional Violations combines three separate bases for dismissal, under the First, Fourth, and Fifth Amendments.  I believe that the 15-page increase over the 25-page limit is warranted under the circumstances.  For efficiency and to avoid burdening this Court with multiple, partially duplicative motions, Mr. Huerta has combined the constitutional-related briefing into a single, consolidated motion and memorandum of points and authorities.

4.  The oversized brief raises complex legal issues, and I believe it cannot be reduced in length without sacrificing necessary legal analysis.

5. On January 5, 2026, I contacted the government regarding its position on this ex parte application for an oversized brief.  The government informed me that it consents to the relief sought in the concurrently-filed ex parte application.

I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge.

1

1

2        Signed this 5th day of January, 2026, in New York, New York.

3

4                                        By:  /s/ *David A. Kolansky*
                                         David A. Kolansky
5                                        *Attorney for David Huerta*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        2