MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID HUERTA, <br><br> *Defendant*. | CASE NO.: 2:25-CR-00841-SB <br><br> **DEFENDANT'S MOTION TO DISMISS FOR CONSTITUTIONAL VIOLATIONS** <br><br> Date: February 3, 2026 (PTC) <br> (Hearing Length Estimate: 1 hour) <br> Time: 8:00 a.m. <br> Ctrm: 6C (1st Street U.S. Courthouse) |

**DECLARATION OF MARILYN E. BEDNARSKI**

I, Marilyn E. Bednarski, hereby declare the following:

1. I am a member of the bar of the State of California and a partner in the law firm McLane, Bednarski & Litt, LLP. The firm is co-counsel for Defendant David Huerta in this matter. I submit this declaration in support of Mr. Huerta's Motion to Dismiss the Information for Constitutional Violations in the above-captioned matter. The following facts are true and correct to the best of my knowledge, based on my review of the discovery in this case and the inferences drawn therefrom.

2. I was provided with and reviewed discovery in this matter, which included search warrants, videos, and agent interview reports prepared after the events outside the gate to the Ambience Apparel warehouse on June 6, 2025.

3. Attached as **Exhibit A** is a true and accurate copy of the search warrant for 2415 E. 15th Street, Los Angeles, CA, signed on June 5, 2025, by Magistrate Judge Margo Rocconi in Los Angeles, government bates stamp HUERTA_00000358.

4. Attached as **Exhibit B** is a true and accurate copy of the Investigation Report for June 6, 2025, Arrest of David Huerta, reported by HSI Special Agent Ryan Ribner, dated June 19, 2025, government bates stamp HUERTA_00000031.

5. Attached as **Exhibit C** is a true and accurate copy of the June 6, 2025, Counter Surveillance of 2415 E. 15th Street Report, reported by Task Force Officer Jeremy Crossen, dated June 23, 2025, government bates stamp HUERTA_00000045.

6. Attached as **Exhibit D** is a true and accurate copy of screenshots of text messages between Agent Ryan Ribner and Officer Jeremy Crossen, dated June 6, 2025, government bates stamps HUERTA_000000169; HUERTA_000000 HUERTA_000000172–73; HUERTA_000000178; HUERTA_000000182.

7. Attached as **Exhibit E** is a true and accurate copy of a document titled "PDF of Huerta Statements", government bates stamp HUERTA_00000788.

8. Attached as **Exhibit F** is a true and accurate copy of the Investigation Report, Ryan Ribner Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000239.

9. Attached as **Exhibit G** is a true and accurate copy of the Investigation Report, Jeremy Crossen Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000230.

10. Attached as **Exhibit H** is a true and accurate copy of the Investigation Report, Carey Crook Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000214.

11. Attached as **Exhibit I** is a true and accurate copy of a video titled IMG_2744, dated June 6, 2025, government bates stamp HUERTA_00000550, which will be filed manually.

12. Attached as **Exhibit J** is a true and accurate copy of a video titled IMG_2754, dated June 6, 2025, government bates stamp HUERTA_00000560, which will be filed manually.

13. Attached as **Exhibit K** is a true and accurate copy of a video titled IMG_2790, dated June 6, 2025, government bates stamp HUERTA_00000593, which will be filed manually.

14. Attached as **Exhibit L** is a true and accurate copy of the Investigation Report, Brian Gonzalez Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000211.

15. Attached as **Exhibit M** is a true and accurate copy of a video titled 32B02920-5B28-4F63-BD71-1D8B0D5174B8, dated June 6, 2025, which will be filed manually.

16. Attached as **Exhibit N** is a true and accurate copy of a video titled 6372884869334302851, dated June 6, 2025, which will be filed manually.

17. Attached as **Exhibit O** is a true and accurate copy of a video titled IMG 5985, dated June 6, 2025, which will be filed manually.

18. Attached as **Exhibit P** is a true and accurate copy of a December 19, 2025, e-mail from Assistant United States Attorney Neil Thakor to Defense Counsel.

19. Attached as **Exhibit Q** is a true and accurate copy of a video titled IMG_2767, dated June 6, 2025, government bates stamp HUERTA_00000573, which will be filed manually.

I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge.

Signed this 6th day of January, 2026, at Pasadena, California.

By: /s/ *Marilyn E. Bednarski*
     MARILYN E. BEDNARSKI

3