# Exhibit D

> They are calling people I can hear them. If you want to put that out  10:31 AM

> 11 out front now and filling up quick  10:31 AM

Copy  10:32 AM



> It's organized. Two groups just met up and fist bumped without saying hi  10:33 AM

Keep up what your doing  10:33 AM

> 13 now  10:37 AM

There will be more now  10:39 AM

> Two of them said they are here because their dad works here the fat guys  10:39 AM

> 5 more walking up now  10:45 AM

> Some organized looking dudes arrived  10:47 AM

> It's gonna be fun going through this video later  10:51 AM

What are they doing  10:53 AM

> Listen to Audio on this one  11:05 AM



11:10 AM

> Beyond borders is here now  11:10 AM

> She's on the phone narrating!!!! Calling out officers descriptions!!!  11:12 AM

ID her  11:17 AM

> Trying to. Face mask and no veh yet but will follow  11:19 AM

HUERTA_00000172

> She's on the phone narrating!!!! Calling out officers descriptions!!!  11:12 AM

ID her  11:17 AM

> Trying to. Face mask and no veh yet but will follow  11:19 AM

> She's with CHIRLA  11:22 AM

> It's on her shirt  11:23 AM

> Will check out their page  11:23 AM

> So far she's peaceful but on non-stop phone calls and calling out agent markings and description. They are trying to figure out what agency at first  11:23 AM

Good job  11:24 AM

> Call my personal if you need to call me (this one)  11:25 AM

> 4 from without borders here  11:36 AM



> Looks like trouble — 11:50 AM

> Guy just showed up with a face bandana and hugged the girl with a bandana from no borders — 11:50 AM

ID this guy — 11:50 AM

Get the white female — 11:51 AM

> Rebate passing word the other bodies are going out the other exit — 11:52 AM

> They said "we can try to stop them from there" — 11:53 AM

Red shirt beard — 11:53 AM

> Yup — 11:56 AM

> He's yelling "neon onfederates!" — 11:56 AM

> Every now and then I have to film you guys and not crowd to sell it — 12:00 PM

> Lot of whites — 12:02 PM

> Have veh blocking sure you see — 12:09 PM

> Dudes w gloves and ski masks arriving — 12:09 PM

> I don't like them all around my jeep

9:03 .ıll LTE

Jeremy

> Btw I got a bunch of them to go to the wrong side. I told them there was a gate in the alley I think



> The guy w the chains

> Tried to lock you all in

> I have pics of him too

Okay good.

> Fuck they have a quad blocking my

iMessage

HUERTA_00000182