# Exhibit E



HUERTA is making comments to another law enforcement agent. The Hispanic female in the rear stated, "Guys, start a picket line, walk back and forth do not engage with them."



HUERTA_00000788



HUERTA and an unknown female sat down in front of the gate. SSA Ribner approached and informed him that he shouldn't block or impede any law enforcement vehicles. HUERTA stated, "What you going to doing, what are you doing. How are you making me feel safe…". SSA Ribner informed HUERTA that he would be arrested, and it would be a federal case. Prior to this video, when SSA Ribner informed HUERTA not to impede law enforcement HUERTA stated, "What are you going to do. You can't arrest all of us."



As SSA Ribner is speaking to HUERTA, the female in the blue stated, "Start a picket line."

HUERTA_00000789



HUERTA stated, "What are you doing… What are you doing, I can't hear you through your fucking mask."

HUERTA_00000790



SSA Ribner informed HUERTA again that he would get arrested if he blocked or impeded agents.

HUERTA_00000791



HUERTA stated, "How does this keep us safe… Your boss wants things made in America, this is being made in America…"

HUERTA_00000792



SSA Ribner spoke to the subject (gray shirt) and asked him to move his truck because there was a USG vehicle arriving. The subject complied. The truck was partially blocking the driveway and playing loud music.

I then advised HUERTA that there was a government vehicle pulling in, and not to block the van. HUERTA stated, "That's not my truck…". I informed him that I was not referring to the truck, but rather him trying to block the USG vehicle from accessing the parking lot.

HUERTA stated, "This is a public sidewalk…This is a public sidewalk" several times.

HUERTA_00000793