# Exhibit F



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/22/2025 12:35 EDT                                                                                           Page 1 of 5

**CASE NUMBER**
████████████

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Ryan Ribner Interview

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Henry Blackwell
SPECIAL AGENT

**DATE APPROVED**
9/22/2025

**SYNOPSIS**

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 – Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 – Assault on process server.

This Report of Investigation (ROI) will document the interview of Ryan Ribner.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ████████████ | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/22/2025 12:35 EDT                                                                                                      Page 2 of 5

### DETAILS OF INVESTIGATION

On September 10th 2025, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early Assistant United States Attorney (AUSA) Mark Aveis interviewed HSI Group Supervisor (GS) Ryan Ribner in person at the United States Attorney's Office located at 312 N. Spring St. Los Angeles, CA 90012.

GS Ribner stated the following, in substance, and it is not a verbatim transcript.

- GS Ribner stated he is a Supervisory Special Agent or Group Supervisor with HSI and has been with the agency for over 17 years.
- Before joining HSI, GS Ribner was a sworn officer from 2002 to 2009 with three different police agencies (BNSF police, Forest View, and Oak Park, Illinois police departments).
- GS Ribner stated he has testified in both state and federal criminal cases and is currently the affiant in several protest-related cases to include *Strong* (18USC111 by protestors at Home Depot in Canoga Park) and *Flores* (18USC372 by individuals blocking HSI vehicles near W. 61st St. Los Angeles, CA.)
- GS Ribner stated he was a rebuttal witness in *Declan Conroy* case but did not get called.
- GS Ribner stated he was considered as an expert witness in *U.S. v. Mensah.*
- GS Ribner stated he wrote the arrest report (United States Attorney's Office (USAO) 31-44) from memory and the report was approved on June 19, 2025). He was directed by AUSA Shawn Nelson to write a report based on his (GS Ribner's) memory of the incident and to later write another report from his analysis of the video.
- GS Ribner stated that he was able to recall specific times that matched the video because he may have watched videos or looked at photos or text messages.
- GS Ribner stated he volunteered to work worksite enforcement operations. Possibly sometime in late May, he was informed there would be a worksite operation in the Los Angeles area. He recalled that Tom Homan was the executive he referred to in his report.
- GS Ribner stated he used multiple agents notes in his report (USAO 35) because he believed there is a serious problem caused by many people.
- GS Ribner's first line supervisor, Assistant Special Agent in Charge Alfredo Rossi approved GS Ribner's request to use Undercover Agent, Task Force Officer, Jeremy Crossen (TFO Crossen). GS Ribner did not tell TFO Crossen how or what to film. He (GS Ribner) did not think to use a tripod. It was "ad hoc".
- GS Ribner stated that all videos that were made by TFO Crossen were turned over to the USAO.
- GS Ribner stated he attended the briefing at the staging location of the operation located at 300 N. Los Angeles St. Los Angeles, CA 90012 the day of the operation on June 6, 2025.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| 18 USC 1501- HUERTA, David |  | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO-9-22-2025_00000240



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

09/22/2025 12:35 EDT                                                                                     Page 3 of 5

    He recalls seeing the PowerPoint of the operation. He does not recall specifics slides of the PowerPoint that informs there would be admin arrests. He recalled seeing all aerial slides but did not recall seeing a slide depicting individual gates.

- GS Ribner stated his role was to go inside (search warrant location) and identify people. His role changed many times once inside the search warrant location.
- GS Ribner stated he did not wear body worn camera (BWC) because they are not issued. SA Early and AUSA Aveis showed GS Ribner video 2744, which depicts HUERTA sitting in front of closed Gate 1, and GS Ribner and Supervisor Detention and Deportation Officer Carey Crook (SDDO Crook) behind the gate.] The last paragraph of his arrest report (USAO 37) describes the same conduct.
- GS Ribner stated that whenever there was a statement or quote in his report, it was from his memory, but he may have looked at the video for positioning. He intended for his report to be "accurate and comprehensive". He does not recall that he told HUERTA, "You are not impeding". He does not know why he did not include that statement in his report and agrees that his statement could sound exculpatory.
- GS Ribner stated HUERTA and other protesters are "vicious, horrible people".[In reference to a still photo of video 2774 at 0:03], GS Ribner identified HUERTA. He recalled telling HUERTA, "You better not block the cars". He stated that HUERTA was not in the way of vehicles or personnel at this point.
- GS Ribner listened to the video at some point later regarding what was said and was currently working on a report (at the time of this interview).
- [In reference to a still photo of video 2790 at 0:00], GS Ribner recalled "looking at everything and scanning the area" (crowd). He does not remember HUERTAs orientation or body positioning. He identified HUERTA's arm in the lower right corner of the still, which appears to be facing towards the gate.
- [In reference to a still photo of video 2790 at 0:00], GS Ribner) recalled seeing HUERTA in the general area "somewhere in the driveway apron area".
- [In reference to a still photo of video 2790 at 0:10-0:11], GS Ribner recalled HUERTA blocking the van and the van not being able to proceed. He observed multiple people in the path of the van. GS Ribner stated he did not know why the van could not advance because he could not speak to the van drivers intent. He did not observe HUERTA touch or straddle the van or make his body into an "X" position with his arms and legs extended.
- [In reference to a still photo of video 2790 at 0:12], GS Ribner observed SDDO Crook put his hands on HUERTA and HUERTA put his hands on SDDO Crook. HUERTA pushed Crook, as written in GS Ribner's report (USAO 41). When asked if he was sure, GS Ribner stated, "to the best of my memory".
- [SA Early and AUSA Aveis told GS Ribner that they spoke with SDDO Crook, and he told them that HUERTA did not push him]. GS Ribner said it was possible that SDDO Crook could have misinterpreted the push and that it was possible that he (GS Ribner) could have wrongly interpreted the push.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████████ | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/22/2025 12:35 EDT                                                                                           Page 4 of 5

- GS Ribner stated he did not talk to SDDO Crook before he wrote his arrest report.
- GS Ribner stated at some point after the incident, SDDO Crook told him that HUERTA pushed him.
- When asked about the last sentence in his report (USAO 41) stating, "the driver used the sirens intermittently to alert the crowd to the presence of the vehicle", GS Ribner perceived that from watching the video and speculated that was the reason the driver activated the lights and sirens. He mentioned he made that speculation because that is what he would do.
- GS Ribner tasked his supervisee SA Joseph McKenzie to open the HUERTA case. GS Ribner stated that he "had no memory of telling McKenzie to open the case as a 111" (assault on federal agent). We showed Ribner his report (USAO 41) which states he, "attempted to place HUERTA under arrest for impeding the vehicle and battery on a federal officer". He agreed that "battery on a federal officer" meant a 111 case and that "anything is possible" in reference to why it might have been opened as a 111.
- GS Ribner believes HUERTA may not have been charged for a 111 because of his "political position".
- GS Ribner stated he rubbed pepper spray on his hand and then wiped it on HUERTA's face. GS Ribner stated he did not directly spray HUERTA with pepper spray and both TFO Crossen and SDDO Crook could have got it wrong because they could not see due to the crowd.
- GS Ribner stated that he asked HUERTA why he refused to listen to commands without first Mirandizing him because it "would not be used against him".
- GS Ribner stated he directed TFO Crossen to write a report (USAO 45-54) from memory without looking at the video. He instructed TFO Crossen to be as thorough as possible. GS Ribner did not instruct TFO Crossen to use "agent's notes" in his report. GS Ribner routinely makes edits as an approver but does not recall making edits for content.
- GS Ribner stated he did not "coach" or instruct wording for TFO Crossen's report.
- GS Ribner stated he did not tell TFO Crossen to write that GS Ribner "calmly" admonished HUERTA (USAO 51).
- GS Ribner stated he advised SA Collin Murphy to write a report and GS Ribner's only role was to approve the report.
- GS Ribner stated he spoke with United States Attorney Bill Essayli about this case and others, such as the Deputy Attorney General (DAG) and Special Agent in Charge Eddie Wang. During the briefing, USA Essayli told the DAG that "this case is going to trial in September or October.
- GS Ribner stated that he added a sentence in his final report (USAO 38, "SSA Ribner wanted to warn HUERTA and others to open a dialogue with them for the purposes of de-escalating any potential situation") that was not in his draft because he remembered, after reviewing the video for positioning, that he "tried to calm HUERTA down".
- GS Ribner stated that he did not know the Drug Enforcement Administration agent that stood next to SDDO Crook behind the gate. [We discovered this to be DEA GS Michael Flanigan].

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO-9-22-2025_00000242



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

09/22/2025 12:35 EDT   Page 5 of 5

INVESTIGATION CONTINUES.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| 18 USC 1501- HUERTA, David |  | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.