# Exhibit G

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/22/2025 12:35 EDT                                                                                                  Page 1 of 3

**CASE NUMBER**
███████

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Jeremy Crossen Interview

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Henry Blackwell
SPECIAL AGENT

**DATE APPROVED**
9/22/2025

**SYNOPSIS**

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 – Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 – Assault on process server.

This Report of Investigation (ROI) will document the interview of Jeremy Crossen.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████ | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/22/2025 12:35 EDT                                                                 Page 2 of 3

## DETAILS OF INVESTIGATION

On August 27, 2025 Homeland Security Investigations (HSI) Special Agent (SA) Norman Early and Assistant United States Attorney (AUSA) Mark Aveis interviewed Inglewood Detective and HSI Task Force Officer (TFO) Jeremy Crossen in person at the United States Attorney's Office located at 312 N. Spring St. Los Angeles, CA 90012.

TFO Crossen stated the following in substance, and it is not a verbatim transcript of the interview.

- TFO Crossen stated he has been employed with the Inglewood Police Department for 13 years and has served as a TFO with HSI since 2020.
- TFO Crossen stated he did not speak with anyone or review any evidence prior to the interview.
- TFO Crossen stated he wrote reports based on his memory and after reviewing the videos taken on June 6, 2025.
- HSI Group Supervisor (GS) Ryan Ribner asked TFO Crossen to work the Ambiance search warrant in an undercover capacity to document potential protestors. GS Ribner was his GS for several years and they became friends. Over the past several months they have spoken about protestors who were engaged in anti-immigration activities.
- TFO Crossen stated he used his personal phone to document the events which was turned over to an HSI Computer Forensics Agent (CFA) to download and preserve evidence.
- TFO Crossen stated his government issued phone was not working at the time of the incident.
- TFO Crossen stated he did not alter or delete any videos.
- TFO Crossen stated he did not take a continuous video due to the fear that he would have been identified and he wanted to appear to fit in with the crowd and because he was armed. He was also multi-tasking and took many clips of individuals he perceived as instigators.
- TFO Crossen stated he turned on his camera and recorded when he felt incidents would occur or get more aggressive.
- TFO Crossen stated he wore civilian attire consisting of black jeans and a black hoodie.
- TFO Crossen stated he did not know who HUERTA was prior to the Ambiance search warrant. He recalls people yelling "he's a union member".
    - TFO Crossen was shown video "2790" and acknowledged it was his video and it was complete and accurate, and filmed on June 6, 2025.
- TFO Crossen stated he did not recall seeing HUERTA immediately before agents made contact with him.
- TFO Crossen stated he did not recall HUERTA touching or straddling the van.
- TFO Crossen stated he recalled seeing HUERTA sitting down in front of the van and recalled HUERTA instructing others to "walk in front of the van".

---

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████████ | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS
### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



09/22/2025 12:35 EDT                                                                 Page 3 of 3

- TFO Crossen recalled that immediately before 0:10 seconds before starting video 2790, he observed HUERTA standing in front of the van, closer to the center of the van. He stated that he did not film that particular moment because there were a lot of distractions "from persistent instigators" including HUERTA.
- TFO Crossen recalled that at times while he was filming, the camera would not always depict the direction he was looking and thus he made personal observations that he may not have filmed.
- TFO Crossen recalled having to zoom in and out, which required his attention to be focused on manipulating the camera.
- TFO Crossen wrote a report (USAO 45-54) based on his own recollection of the events that day as well as watching videos which included video 2790. GS Ribner told him to add items such "agent's notes" but he does not recall other specific items that he was told to add. The report was approved by GS Ribner. He doesn't usually add agents notes to his reports.
- TFO Crossen recalled seeing HUERTA push Supervisory Detention and Deportation Officer Carey Crook (SDDO Crook).
- TFO Crossen did not see HUERTA get arrested.

INVESTIGATION CONTINUES.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ▉▉▉▉▉▉▉▉▉ | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO-9-22-2025_00000232