# Exhibit H



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

09/22/2025 12:35 EDT  Page 1 of 3

**CASE NUMBER**
█████████████

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Carey Crook Interview

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Henry Blackwell
SPECIAL AGENT

**DATE APPROVED**
9/22/2025

**SYNOPSIS**

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 – Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 – Assault on process server.

This Report of Investigation (ROI) will document the interview of Carey Crook.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ████████████ | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

09/22/2025 12:35 EDT                                                                                           Page 2 of 3

## DETAILS OF INVESTIGATION

On August 27, 2025, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early and Assistant United States Attorney (AUSA) Mark Aveis interviewed Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) Supervisory Detention and Deportation Officer Carey Crook (SDDO Crook) via Microsoft Teams.

SDDO Crook stated the following in substance, and it is not a verbatim transcript of the interview.

- SDDO Crook stated he has been employed with DHS since 2007.
- SDDO Crook stated his current assignment is SDDO and has been an SDDO since 2011.
- SDDO Crook stated he served in the United States Navy.
- SDDO Crook stated within days after the Ambiance search warrant on June 6th, 2025, SDDO Crook recalled speaking to two different AUSA's, Shawn Nelson and Mark Takla, an OPLA attorney, whose name he did not recall, Resident Agent in Charge Nicholas DeSimone, and his first line supervisor, Assistant Field Office Director (AFOD) Christian Menjivar about the incident.
- SDDO Crook gave us the following recount of the incident that he provided to each of those individuals.
  - SDDO Crook observed an unknown male (later identified as HUERTA) sitting down in front of the gate as well as yelling and reaching through the gate.
  - SDDO Crook gave verbal commands to the crowd to "move" and "back up".
  - SDDO Crook recalled HSI Group Supervisor Ryan Ribner (GS Ribner) giving warnings to the crowd.
  - SDDO Crook recalled himself and GS Ribner coming up with a plan for the main gate to slightly open to allow the van to enter the property and then close it after the van entered.
  - SDDO Crook recalled HUERTA "straddle the hood of the van" and throw his body across it "making his body an X."
  - SDDO Crook lightly pushed HUERTA and then gave him a stronger push when HUERTA tucked his arms and "stood his ground".
  - SDDO Crook observed GS Ribner pepper spray HUERTA.
- SDDO Crook stated his recollection of the events that occurred on June 6th, 2025, have not changed, and he believes he has consistently given the same accounting of events to everyone he has spoken with.
- SDDO Crook did not make notes or any reports memorializing the events.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████████ | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO-9-22-2025_00000215



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

---

09/22/2025 12:35 EDT                                                                                             Page 3 of 3

During the interview SDDO Crook was shown video 2790 and the following were his responses to events that were depicted in the video:

- At 0:10 seconds of the video, SDDO Crook recalled seeing HUERTA facing towards him.
- SDDO Crook stated at some point between 0:05 to 0:10 seconds of the video, he observed HUERTA "straddle the van".
- At 0:11 seconds of the video, SDDO Crook believed HUERTA was impeding the van.
- At 0:12 seconds of the video, SDDO Crook recalled lightly pushing HUERTA who had his hands on his hip and was leaning forward. SDDO Crook did not believe HUERTA lost his balance because he was bracing his feet.
- At 0:40 seconds of the video, SDDO Crook recalled GS Ribner pepper spray HUERTA.
- SDDO Crook recalled speaking with AUSA Takla regarding the incident and stating he did not believe the interaction with HUERTA was an assault because HUERTA "tucked his arms" and "stood his ground".

INVESTIGATION CONTINUES.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████████ | 9/22/2025 |

**OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE**

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO-9-22-2025_00000216