# Exhibit L




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/22/2025 12:35 EDT                                                                                           Page 1 of 3

**CASE NUMBER**
███████████

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Brian Gonzalez Interview

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Henry Blackwell
SPECIAL AGENT

**DATE APPROVED**
9/22/2025

**SYNOPSIS**

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 – Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 – Assault on process server.

This Report of Investigation (ROI) will document the interview of Brian Gonzalez.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████████ | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO-9-22-2025_00000211




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/22/2025 12:35 EDT                                                                                                  Page 2 of 3

### DETAILS OF INVESTIGATION

On August 20, 2025 Homeland Security Investigations (HSI) Special Agent (SA) Norman Early and Assistant United States Attorney (AUSA) Mark Aveis interviewed Brian Gonzalez in person at the United States Attorney's Office located at 312 N. Spring St. Los Angeles, CA 90012.

Gonzalez stated the following in substance, and it is not a verbatim transcript of the interview.

- Gonzalez stated he is 29 years old and attended Rio Hondo College. He was in the United States Marine Corps from 2016 to 2020.
- Gonzalez stated he has been employed as a government contractor with G4S as Detention Officer which includes transportation duties of apprehended subjects whom are detained for immigration violations.
- Gonzalez stated his last date of employment with G4S was the date of the interview, August 20, 2025.
- Gonzalez began employment with the United States Border Patrol on September 11, 2025.
- Gonzalez stated he has never testified regarding this case; however he was contacted by an unknown OPLA attorney regarding the incident.
- Gonzalez stated he was informed by Supervisory Detention and Deportation Officer Carey Crook (SDDO Crook) to speak with the OPLA attorney who would be in contact with him.
- Gonzalez stated he spoke to the unknown attorney and summarized the events of June 6th.

(Agent Note: Since the time of this interview, SA Early and AUSA Aveis spoke with the OPLA Attorney presiding during the day of the incident on June 6, 2025, and she had no recollection of speaking with SDDO Crook or Gonzalez.)

- Gonzalez stated he was made aware of his transportation duties the day of the search warrant on June 6, 2025.
- On the morning of June 6, 2025, Gonzalez got a call from Deportation Officer Robles (DO Robles) instructing Gonzalez to respond to Ambiance Apparel, (TARGET ADDRESS), located at 2415 E. 15th St. Los Angeles, CA 90021 to transport.
- Gonzalez stated he drove the white government owned van as shown in video 2790.
- Gonzalez stated he drove this van by himself with no one else with him in the vehicle.
- Gonzalez stated he transported 10 detainees from TARGET ADDRESS and brought them back to 300 N. Los Angeles St. Los Angeles, CA 90012 for drop off.
- Gonzalez stated he was instructed to respond back to the TARGET ADDRESS as there were more outstanding detainees.
- As Gonzales stated as he arrived, he noticed a large protest near the main gate and observed a black pick-up truck and another vehicle blocking the entrance facing towards the

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████████ | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

HOMELAND SECURITY INVESTIGATIONS

REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

09/22/2025 12:35 EDT                                                                                   Page 3 of 3

- gate. Gonzalez stated he signaled to turn into the driveway of TARGET ADDRESS and observed an unknown male appear to instruct the black truck to move.
- Gonzalez stated the black truck then moved and Gonzalez drove the van around the truck toward the entrance.
- Gonzalez stated as he approached the main gate of TARGET ADDRESS in the van, Gonzalez observed the same unknown male yell over his shoulders, after which a crowd began to surround the van.
- Gonzalez stated at this time he activated his emergency lights and air horn to let law enforcement at TARGET ADDRESS know he was there.
- Gonzalez stated he started focusing on the crowd surrounding the van, particularly on an unknown male in dark clothing who was approaching the front passenger side of the van.
- Gonzalez stated he remembered thinking at that time if he locked his doors.

(Agent Note: Video 2790 shows an unknown male wearing dark clothing walking from the gate towards the front passenger side of the van.)

- Gonzalez was shown Video 2790 and did not recall seeing David Huerta (HUERTA) in front of the van due to his attention being focused on the crowd and the unknown male in dark clothing.

On September 9, 2025, AUSA Aveis and SA Early conducted a follow up phone interview with Gonzalez because SDDO Crook stated that he observed HUERTA "straddle" the van and make his body into an "X". Gonzalez stated that he remembered HUERTA being "extremely close" to the van and "directly in front of the driver's side" of the van but did not remember HUERTA make his body into an X. Gonzalez stated that he vaguely remembered HUERTA in front of the vehicle.

INVESTIGATION CONTINUES.

| **Current Case Title** | **ROI Number** | **Date Approved** |
|---|---|---|
| 18 USC 1501- HUERTA, David |  | 9/22/2025 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

USAO-9-22-2025_00000213