# Exhibit P

| From: | Thakor, Neil (USACAC) |
|---|---|
| To: | David Kolansky |
| Cc: | Abbe David Lowell; Marilyn Bednarski; Maggie McGuire |
| Subject: | RE: Scheduling in US v. David Huerta case |
| Date: | Friday, December 19, 2025 7:44:18 PM |
| Attachments: | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | PROD_(9-22-2025).xlsx |

Hi everyone –

Thanks for your patience with me. I have responses for you below to some of the requests to your various discovery letters.  I hope to have more responses forthcoming in piecemeal fashion as we discussed.

**Information particulars (Nov. 5, 2025 letter, Section I.A-D, Dec. 8, 2025 letter #3):**

While the government does not agree that it has an obligation to answer these questions, in the interest of facilitating our meet and confer about potential motions, our responses to subsections A-D are listed below:

A. **Identify the "others known and unknown" with whom Mr. Huerta is alleged to have "aided and abetted" the actions described.**
   - The "others known and unknown" are the other individuals blocking the front gate of 2415 East 15th Street, Los Angeles, CA ("Search Warrant location") between 11:19 am and 12:30 p.m.
B. **Identify the specific conduct that constituted "obstruct, resist, and oppose an officer" alleged in the Information.**
   - The government's theory of liability is based on Mr. Huerta's course of conduct from approximately 11:49 a.m., when he arrived at Search Warrant location, to approximately 12:15 p.m., when he was detained by federal agents. This course of conduct includes, but is not limited to, Mr. Huerta (a) blocking the entrance to the Search Warrant location; (b) encouraging other individuals, both verbally and nonverbally, to sit down on the ground and similarly block the entrance; (c) encouraging individuals to form a circle blocking the entrance to the Search Warrant location; (d) encouraging others to "stop the vehicles" attempting to enter the Search Warrant location; and (e) blocking the pathway of a law enforcement vehicle attempting to enter the Search Warrant location.
C. **Identify "the officer(s)" who was attempting to "serve and execute any legal**

**judicial writ and process" at the 2415 East 15th Street, Los Angeles, CA
location on June 6, 2025.**

- There were approximately 56 federal agents who involved in "serv[ing] and execut[ing] any legal judicial writ and process" at the Search Warrant location on June 6, 2025.  A full list of agents involved in was previously produced in Production 5, bates stamped USAO-9-22-2025_00000107-116.

D. **Identify the "judicial writ and process of any court . . . namely, a search warrant" identified in the Information and provide information as to when it was obtained and executed and by which agents of the federal government.**

- The search warrant that the defendant is alleged to have obstructed is the search warrant filed in Case No. 2:25-MJ-3427, which was obtained on June 5, 2025, which has been produced as HUERTA_0000358-369.  The affiant on the search warrant was Special Agent Jenae Combest-Smith.  It was executed on June 6, 2025.

I am around to discuss this weekend or next week. In addition, I expect to continue to have additional responses to the other requests in your discovery letters forthcoming. Hope everyone has a nice weekend.

Thanks,

Neil

---

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Thursday, December 18, 2025 2:32 PM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>
**Cc:** Abbe David Lowell <████████████████████>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <████████████████████>
**Subject:** [EXTERNAL] Re: Scheduling in US v. David Huerta case

Hi Neil:

Thank you for the call yesterday; I am just writing to follow up. You had indicated you hoped to get us written responses to various of our outstanding discovery requests (11/5, 12/8, 12/14) by end of day yesterday, December 17. We have not received your responses yet. Might you be in a position to get us written responses soon?

Additionally, as discussed yesterday, DOJ anticipates making 1 more production of discovery material to defense counsel, anticipated no later than December 22, 2025. Please let us know if you expect that volume or deadline to change in anyway.

Thank you very much.

David



**David Kolansky** | Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

📱 ████████

✉️ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*