# Exhibit Q

Video file, filed manually