MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID HUERTA, <br><br> *Defendant*. | CASE NO.: 2:25-CR-00841-SB <br><br> **DECLARATION OF MARILYN BEDNARSKI IN SUPPORT OF MR. HUERTA'S MOTION TO DISMISS THE INFORMATION FOR FAILURE TO STATE AN OFFENSE** <br><br> Date: February 3, 2026 (PTC) <br> (Hearing Length Estimate: 1 hour) <br> Time: 8:00 a.m. <br> Ctrm: 6C (1st Street U.S. Courthouse) |

# DECLARATION OF MARILYN E. BEDNARSKI

I, Marilyn E. Bednarski, hereby declare the following:

1. I am a member of the bar of the State of California and a partner in the law firm McLane, Bednarski & Litt, LLP. The firm is co-counsel for Defendant David Huerta in this matter. I submit this declaration in support of Mr. Huerta's Motion to Dismiss the Information for Failure to State an Offense in the above-captioned matter, filed concurrently with this Declaration. The following facts are true and correct to the best of my knowledge, based on my review of the discovery in this case and the inferences drawn therefrom.

2. I was provided with and reviewed discovery in this matter, which included search warrants, photo and video evidence from June 6, government investigative reports, and agent interview reports prepared after the events outside the gate to the Ambience Apparel business on June 6, 2025.

3. Attached as **Exhibit A** is a true and accurate copy of the search warrant for 2415 E. 15th Street, Los Angeles, CA, signed on June 5, 2025, by Magistrate Judge Margo Rocconi in Los Angeles, government bates stamp HUERTA_00000358.

4. Attached as **Exhibit B** is a true and accurate copy of an excerpt from the government's Application for a Warrant by Telephone for 2415 E. 15th Street, Los Angeles, CA, dated June 5, 2025, government bates stamp HUERTA_00000660. The affidavit in support of the warrant has been omitted from this exhibit at the request of the government.

5. Attached as **Exhibit C** is a true and accurate copy of the Investigation Report for June 6, 2025, Arrest of David Huerta, reported by HSI Special Agent Ryan Ribner, dated June 19, 2025, government bates stamp HUERTA_00000031.

6. Attached as **Exhibit D** is a true and accurate copy of the Investigation Report, Brian Gonzalez Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000211.

1

7. Attached as **Exhibit E** is a true and accurate copy of the June 6, 2025 Counter Surveillance of 2415 E. 15th Street Report, reported by Task Force Officer Jeremy Crossen, dated June 23, 2025, government bates stamp HUERTA_00000045.

8. Attached as **Exhibit F** is a true and accurate copy of the Investigation Report, Carey Crook Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000214.

9. Attached as **Exhibit G** is a true and accurate copy of a December 19, 2025 e-mail from Assistant United States Attorney Neil Thakor to Defense Counsel.

10. Attached as **Exhibit H** is a true and accurate copy of the HSI Enforcement Operation Plan for the Ambiance Search Warrant, dated June 5, 2025, government bates stamp USAO-9-22-2025_00000107.

11. Attached as **Exhibit I** is a true and accurate copy of Defense Counsel's first discovery letter to prosecutors in this case, dated November 5, 2025.

12. Attached as **Exhibit J** is a true and accurate copy of the Investigation Report, Christian Menjivar Interview, dated September 22, 2025, government bates stamp USAO-9-22-2025_00000217.

13. Attached as **Exhibit K** is a true and accurate copy of an excerpt from the HSI Briefing PowerPoint for Case: Ambiance USA, produced on January 4, 2026, government bates stamp HUERTA_00000730. The remaining slides from this PowerPoint have been omitted from this exhibit at the request of the government.

I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge.

Signed this 6th day of January, 2026, at Pasadena, California.

By: /s/ *Marilyn E. Bednarski*
    MARILYN E. BEDNARSKI
    *Attorney for David Huerta*

2