MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> *Plaintiff*, <br><br> v. <br><br> DAVID HUERTA, <br><br> *Defendant*. | CASE NO.: 2:25-CR-00841-SB <br><br> **DECLARATION OF MARILYN BEDNARSKI IN SUPPORT OF MR. HUERTA'S MOTION TO COMPEL DISCOVERY OF METADATA FOR AGENT TEXT MESSAGES, PHOTOS AND VIDEOS** <br><br> Date: February 3, 2026 (PTC) <br> (Hearing Length Estimate: 1 hour) <br> Time: 8:00 a.m. <br> Ctrm: 6C (1st Street U.S. Courthouse) |

# DECLARATION OF MARILYN E. BEDNARSKI

I, Marilyn E. Bednarski, hereby declare the following:

1. I am a member of the bar of the State of California and a partner in the law firm McLane, Bednarski & Litt, LLP. The firm is co-counsel for Defendant David Huerta in this matter. I submit this declaration in support of Mr. Huerta's Motion to Compel Discovery of metadata for agents' text messages, photos, and videos previously produced in the above-captioned matter. The following facts are true and correct to the best of my knowledge, based on my review of the discovery in this case and the inferences drawn therefrom.

2. I was provided with and reviewed discovery in this matter, which included agent text messages, government photos and videos taken on June 6, 2025, and agent interview reports prepared after the events on June 6, 2025.

3. Attached as **Exhibit A** is a true and accurate copy of December 21, December 29, and December 30, 2025 e-mails exchanged between government counsel, Assistant U.S. Attorney Neil Thakor, and Defense Counsel in this matter.

4. Attached as **Exhibit B** is a true and accurate copy of the government's discovery production cover letter, dated July 28, 2025.

5. Attached as **Exhibit C** is a true and accurate copy of government agents' text messages, produced in discovery by the government as HUERTA_00000160 - HUERTA_00000235.

6. Attached as **Exhibit D** is a true and accurate copy of Defense Counsel's third discovery letter to prosecutors in this case, dated December 14, 2025.

7. Attached as **Exhibit E** is a true and accurate copy of Defense Counsel's second discovery letter to prosecutors in this case, dated December 8, 2025.

8. Attached as **Exhibit F** is a true and accurate copy of Defense Counsel's first discovery letter to prosecutors in this case, dated November 5, 2025.

I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge.

Signed this 6th day of January, 2026, at Pasadena, California.

By: /s/ *Marilyn E. Bednarski*
MARILYN E. BEDNARSKI

2