# Exhibit A

| | |
|---|---|
| **From:** | Thakor, Neil (USACAC) |
| **To:** | David Kolansky; Bulut, Chris (USACAC) |
| **Cc:** | Abbe David Lowell; Marilyn Bednarski; Maggie McGuire |
| **Subject:** | RE: Scheduling in US v. David Huerta case |
| **Date:** | Tuesday, December 30, 2025 6:55:22 PM |
| **Attachments:** | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |
| | image019.png |
| | image001.png |

Hi David – hope you and yours had a happy holidays as well.

With respect to the images in PROD_006, the simple answer is the government is producing the native version of the images as they exist in our file without cleaning the metadata associated with the images.  As a result, all of the existing metadata associated with the image should already be included in the image files produced.  To use your example of Huerta_00000719, I see that in windows explorer there is a date modified of "June 17, 2025". However, when I upload the image into a program that reads all of the metadata associated with the image (which is free online), it shows that the file was created on June 6, 2025, at 13:10.  So I suspect the issue may be that the program you are using to view the image just does not show all of the existing metadata. See screenshot below:







That being said, we are still conducting our investigation, and so to the extent there are

different versions of the images we produced with differing metadata, we will produce it
in native format with the metadata attached.   And if you have questions or are seeking
additional information about a particular image that's not reflected in the metadata, we
will try to answer them as best we can. However, we cannot speak to why a particular
piece of metadata exists for certain images.

With respect to the request to conduct a cellbrite extraction of the agents' phone for
metadata associated with their text messages, our office's position is that request falls
outside of our discovery obligations, particularly since the date and time stamps appear
on the text messages themselves.  Again, if you have a particular question about any of
the text messages, will endeavor to answer them, but our position is that we are not
required to perform a cellbrite extraction of the agent's phone to do so.

We are still working on the remaining requests, particularly the existence of the
body/dash cams.  We do expect to make an additional production by the end of the
week.

Best,

Neil

---

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Monday, December 29, 2025 11:05 AM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>; Bulut, Chris (USACAC)
<Chris.Bulut@usdoj.gov>
**Cc:** Abbe David Lowell <████████████████████>; Marilyn Bednarski
<mbednarski@mbllegal.com>; Maggie McGuire <████████████████████>
**Subject:** [EXTERNAL] Re: Scheduling in US v. David Huerta case

Neil,

I hope you had a nice holiday.  I am following up on my below e-mail from December 23,
regarding an index of any metadata associated with the images contained in PROD_006.  Is
the government able to provide that information and any clarification on why certain dates
post-date June 6, 2025?

Additionally, I am following up on your December 23, 2025 e-mail (below), in which you
indicated that 1) you were seeking guidance from your Office about the metadata/Cellebrite
extraction reports for the Agents' text messages; and 2) as to the other still outstanding
requests, your case agent was running down responses to those.

Please let us know if you have an update on either of the above items, and any further
information regarding metadata for the images in Prod 006.  If we can resolve these

metadata/Cellebrite issues soon, it likely could avoid further litigation on these issues.

We would appreciate an update as soon as you can provide one.  Thank you.

David



**David Kolansky** | Counsel

*Lowell & Associates, PLLC*

📞  202-964-6110

📱  ████████

✉️  dkolansky@lowellandassociates.com

🌐  lowellandassociates.com

📍  1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Tuesday, December 23, 2025 4:10 PM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>; Bulut, Chris (USACAC) <chris.bulut@usdoj.gov>
**Cc:** Abbe David Lowell <████████████████████>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <████████████████████>
**Subject:** Re: Scheduling in US v. David Huerta case

Neil,

For the new production, PROD_006, does the government have metadata for any of these images/photos?  E.g., what device do they come from; who's the owner or creator; date and time captured—the same issues we've inquired about with other photos produced to date.  The "Properties" associated with each image appears out of date or wrong.

For example, under 'Properties' or 'Info' on image **HUERTA_00000719**, it shows a "Dated Created" as "June 17, 2025" at "4:57 PM" (no indication of time zone).  Another image, **HUERTA_00000723**, has a "Date Created" of "June 9, 2025" at "5:19 AM."  If these photos capture the June 6 events, I don't see how these figures can be correct (and why they diverge).

For PROD 006, can you please provide an index with any metadata associated with these images.  Alternatively, you can produce the images in a load-ready (native) format, which would presumably preserve any metadata associated.  As it stands, we have no way to know who took these photos, a date and time captured, or if they are something else altogether.

Thank you.

David



**David Kolansky** | Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

📱 ▓▓▓▓▓▓

✉️ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

---

**From:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>
**Sent:** Tuesday, December 23, 2025 2:30 PM
**To:** David Kolansky <dkolansky@lowellandassociates.com>
**Cc:** Abbe David Lowell <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>
**Subject:** Re: Scheduling in US v. David Huerta case

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Hope you all have a very happy holidays as well!

---

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Tuesday, December 23, 2025 11:01 AM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>
**Cc:** Abbe David Lowell <▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>
**Subject:** [EXTERNAL] Re: Scheduling in US v. David Huerta case

Neil,

Thank you for your response. I will follow up if we encounter any issues accessing the latest production.





**David Kolansky** | Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

📱 ▮▮▮▮▮▮▮

✉️ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

---

**From:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>

**Sent:** Tuesday, December 23, 2025 2:36 AM

**To:** David Kolansky <dkolansky@lowellandassociates.com>

**Cc:** Abbe David Lowell <▮▮▮▮▮▮▮▮▮▮>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <▮▮▮▮▮▮▮▮▮▮▮▮▮▮>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>

**Subject:** RE: Scheduling in US v. David Huerta case


Hi David –


You should have just received a USAfx invite to a folder called "USA v. David Huerta", which includes an additional production (PROD_006). This production includes the Ambiance search warrant and affidavit I sent yesterday, along with native versions of additional pictures from the June 6 incident.

With respect to a timeline on further answers, I am not yet in a position to give a timetable, although I am trying to get answers as quickly as possible.   With respect to the metadata/cellbrite extraction for agent texts, I frankly don't have experience dealing with such a request, so I have sought guidance from the office.  On the other requests, our case agent is running down the answers, but I am just not sure how much progress he can make over the holidays this week.

████████████████████████████████████████████

████████████████████████████████████████

Thanks,

Neil

---

**From:** David Kolansky <████████████████████>
**Sent:** Monday, December 22, 2025 1:03 PM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>
**Cc:** Abbe David Lowell <████████████████████>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <████████████████████>
**Subject:** [EXTERNAL] Re: Scheduling in US v. David Huerta case

Neil,

Thank you for your email and the update regarding the outstanding items/requests.  For Items 1, 2 and 3 below—which you say the government "will investigate" or "is in the process of investigating"—and for Item 5—which the government "is still considering its position on"—

do you have a timetable for when the government may know its position or conclude its
investigation regarding each of these requests?



David



**David Kolansky | ** Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

🖥 ████████

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the
sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding
without express permission is strictly prohibited. If it has been sent to you in error, please reply
to advise the sender of the error and then immediately delete this message.*

**From:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>
**Sent:** Monday, December 22, 2025 2:02 PM
**To:** David Kolansky <dkolansky@lowellandassociates.com>
**Cc:** Abbe David Lowell <████████████████████>; Marilyn Bednarski
<mbednarski@mbllegal.com>; Maggie McGuire <██████████████████>
**Subject:** RE: Scheduling in US v. David Huerta case

Hi David – further responses below in italics. In addition, I am producing here a copy of the
ambiance search warrant which includes the supporting affidavit and is bates stamped starting
at Huerta_0000660.  I expect to make an additional production tomorrow.

1. The PowerPoint presentation used to brief the government's search team at Ambiance Apparel on June 6, 2025 (*see* Agent Ribner's interview, USAO-9-22-2025_00000241). [***Huerta 12/8/25 Letter* at 2**].

   ○ *The government is in the process of investigating whether this PowerPoint exists, and if it does, the government will produce it, subject to appropriate redactions for sensitive information.*

2. Any dash-cam video footage from the white van seen entering the Ambiance Apparel site on June 6, 2025 (*see* USAO-9-22-2025_00000212). [***Huerta 12/8/25 Letter* at 2**].

   ○ *The government will investigate whether a dashcam from the white van exists, and to the extent it does, it will be produced.*

3. Any body-worn camera footage from FBI and/or HSI agents participating in the operations or proceedings at or outside Ambiance Apparel on June 6, 2025 (*see* USAO-9-22-2025_00000225-226). [***Huerta 12/8/25 Letter* at 2**].

   ○ *The government's understanding is that the HSI agents were not wearing any body cameras when executing the search warrant.  We are still investigating whether any FBI agents were wearing body cameras during the execution of the search warrant. To the extent there are body camera footage that exists and captures any part of the incident, the government will produce it.*

4. Any photos taken by HSI Special Agent Joseph McKenzie at or outside Ambiance Apparel on June 6, 2025 (*see* USAO-9-22-2025_00000234). [***Huerta 12/8/25 Letter* at 2**].

   ○ *To the extent not already produced, the government will produce these photos.*

5. For any text messages, photographs, videos, or other communications previously provided in discovery from any government Agent's cellphone(s) (*see* bates no. HUERTA_00000076 – 159; HUERTA_00000160 – 356; HUERTA_00000357), please produce that material in a native or Cellebrite format that includes <u>all metadata</u> affiliated with those messages, photos, videos, or other communications (e.g., identity and phone number of sender and recipient of each message; identity and phone number of creator of any photo or video; date; time; GPS coordinates).  [***Huerta 12/14/25 Letter* at 1**].

*The government is still considering its position on this request.*

6. For any other photograph or video files produced in discovery, including any new material responsive to our December 8, 2025 discovery letter (*see 12/8/25 Request Nos. 3 – 5* for dash-cam video footage, body-worn camera footage, and HSI Special Agent McKenzie's photos), please produce that material in a native format that includes <u>all metadata</u> affiliated with those photos or videos.  [***Huerta 12/14/25 Letter* at 1**].

   ○ *The government will produce the native versions of the photos. I believe the videos have already been produced in native format (See Huerta_000403-608).*

---

**From:** David Kolansky <<u>dkolansky@lowellandsociates.com</u>>
**Sent:** Sunday, December 21, 2025 3:05 PM
**To:** Thakor, Neil (USACAC) <<u>Neil.Thakor@usdoj.gov</u>>
**Cc:** Abbe David Lowell <███████████████████████>; Marilyn Bednarski <<u>mbednarski@mbllegal.com</u>>; Maggie McGuire <████████████████████>
**Subject:** [EXTERNAL] Re: Scheduling in US v. David Huerta case


Neil,


Thank you for your December 19, 2025 email responding to certain of our requests from our November 5 and December 8 discovery letters.  Currently, several specific requests we had previously raised, including in our December 14 letter and during the parties' follow-up call on December 17, remain unanswered and/or have not yet been provided.  I have listed those items below and referred you to the letters wherein we raised the request.


<u>Please let us know the government's position on each of these requests</u>, and whether they will be included in the anticipated production on December 22, 2025.  Please also let us know if the government does not plan to image the relevant Agents' phones (personal and work) for the already-produced agent text messages, as that may then need to be the basis of a pretrial motion to compel.  Thank you.


1. The PowerPoint presentation used to brief the government's search team at Ambiance Apparel on June 6, 2025 (*see* Agent Ribner's interview, USAO-9-22-2025_00000241). [***Huerta 12/8/25 Letter* at 2**].

2. Any dash-cam video footage from the white van seen entering the Ambiance Apparel site on June 6, 2025 (*see* USAO-9-22-2025_00000212). [***Huerta 12/8/25 Letter* at 2**].

3. Any body-worn camera footage from FBI and/or HSI agents participating in the operations or proceedings at or outside Ambiance Apparel on June 6, 2025 (*see* USAO-9-22-2025_00000225-226). [***Huerta 12/8/25 Letter* at 2**].

4. Any photos taken by HSI Special Agent Joseph McKenzie at or outside Ambiance Apparel on June 6, 2025 (*see* USAO-9-22-2025_00000234). [***Huerta 12/8/25 Letter* at 2**].

5. For any text messages, photographs, videos, or other communications previously provided in discovery from any government Agent's cellphone(s) (*see bates no.* HUERTA_00000076 – 159; HUERTA_00000160 – 356; HUERTA_00000357), please produce that material in a native or Cellebrite format that includes <u>all metadata</u> affiliated with those messages, photos, videos, or other communications (e.g., identity and phone number of sender and recipient of each message; identity and phone number of creator of any photo or video; date; time; GPS coordinates). [***Huerta 12/14/25 Letter* at 1**].

6. For any other photograph or video files produced in discovery, including any new material responsive to our December 8, 2025 discovery letter (*see 12/8/25 Request Nos. 3 – 5* for dash-cam video footage, body-worn camera footage, and HSI Special Agent McKenzie's photos), please produce that material in a native format that includes <u>all metadata</u> affiliated with those photos or videos. [***Huerta 12/14/25 Letter* at 1**].

Please let us know if you have any questions or would like to discuss.

David



**David Kolansky** | Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

▫ ▬▬▬▬▬

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding*