# Exhibit C

iMessage
Fri, Jun 6 at 10:10 AM

Getting out on foot to get her car. She's still here and looks panicked



HUERTA_00000160

iMessage
Fri, Jun 6 at 10:10 AM

Getting out on foot to get her car. She's still here and looks panicked

10:10 AM



10:10 AM



HUERTA_00000161



10:14 AM

Her plate. Installed to her she thinks I'm filing as a concerned citizen lol. She said she was late to work. The handbag place next door closed its doors

10:14 AM

HUERTA_00000162

doors



10:15 AM

10:15 AM

According to her this place locked up and is freaked out

10:15 AM



According to her this place locked up and is freaked out

10:15 AM



10:15 AM

Audio w her telling me she's worried lol

10:15 AM

Her name is Suji she said we made friends

10:18 AM

HUERTA_00000164



Audio w her telling me she's worried lol

10:15 AM

Her name is Suji she said we made friends

10:18 AM



10:19 AM

This plate filming and passed by multiple times

10:19 AM

He just did another pass

10:20 AM

HUERTA_00000165



10:19 AM

This plate filming and passed by multiple times

10:19 AM

He just did another pass

10:20 AM



10:21 AM

HUERTA_00000166

This plate filming and passed by multiple times

10:19 AM

He just did another pass

10:20 AM



10:21 AM

Workers on the 2 side fence

10:21 AM

People showing up

10:28 AM

HUERTA_00000167



Workers on the 2 side fence    10:21 AM

People showing up    10:28 AM

    10:29 AM

    10:29 AM

6 out front now    10:30 AM

All filming    10:30 AM

They are calling people I can hear them. If you want to put that out    10:31 AM

11 out front now and filling up quick    10:31 AM

Copy    10:32 AM

HUERTA_00000168

They are calling people I can hear them. If you want to put that out     10:31 AM

11 out front now and filling up quick     10:31 AM

Copy     10:32 AM



It's organized. Two groups just met up and fist bumped without saying hi     10:33 AM

Keep up what your doing     10:33 AM

13 now     10:37 AM

There will be more now     10:39 AM

Two of them said they are here because their dad works here the fat guys     10:39 AM

5 more walking up now     10:45 AM

Some organized looking dudes arrived     10:47 AM

It's gonna be fun going through this video later     10:51 AM

What are they doing     10:53 AM

HUERTA_00000169

It's gonna be fun going through this video later

10:51 AM

What are they doing

10:53 AM



10:55 AM

Listen to audio

10:55 AM

I'm with "Ribs first crew" First amendment auditors

10:58 AM



10:59 AM





11:05 AM

Listen to Audio on this one

11:05 AM



HUERTA_00000171

Listen to Audio on this one    11:05 AM



11:10 AM

Beyond borders is here now    11:10 AM

She's on the phone narrating!!!! Calling out officers descriptions!!!    11:12 AM

ID her    11:17 AM

Trying to. Face mask and no veh yet but will follow    11:19 AM

HUERTA_00000172

She's on the phone narrating!!!! Calling out officers descriptions!!!    11:12 AM

ID her    11:17 AM

Trying to. Face mask and no veh yet but will follow    11:19 AM

She's with CHIRLA    11:22 AM

It's on her shirt    11:23 AM

Will check out their page    11:23 AM

So far she's peaceful but on non-stop phone calls and calling out agent markings and description. They are trying to figure out what agency at first    11:23 AM

Good job    11:24 AM

Call my personal if you need to call me (this one)    11:25 AM

4 from without borders here    11:36 AM



agency office

Good job

11:24 AM

Call my personal if you need to call me (this one)

11:25 AM

4 from without borders here

11:36 AM



11:37 AM

HUERTA_00000174

White woman all black..she's filming and narrating          11:37 AM

Organized          11:37 AM

37 out front          11:38 AM



ID them hopefully with cars          11:39 AM

A city councilman is here          11:41 AM



11:43 AM

City councilman out here organizing          11:43 AM

HUERTA_00000175

ID them hopefully with cars                11:39 AM

A city councilman is here                  11:41 AM



11:43 AM

City councilman out here organizing        11:43 AM

There's a lot of them here                 11:44 AM

About 10 more showed up                     11:45 AM

Get the guy on the fence on the side       11:45 AM

The organizers are here                    11:45 AM

HUERTA_00000176

City councilman out here organizing    11:43 AM

There's a lot of them here    11:44 AM

About 10 more showed up    11:45 AM

Get the guy on the fence on the side    11:45 AM

The organizers are here    11:45 AM

I got him    11:45 AM

Over 50 now    11:47 AM

I'm out here. I'm watching them    11:47 AM

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders    11:50 AM

1 Reply

Looks like trouble    11:50 AM

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

ID this guy    11:50 AM

Looks like trouble 11:50 AM

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

ID this guy 11:50 AM

Get the white female 11:51 AM

Rebate passing word the other bodies are going out the other exit 11:52 AM

They said "we can try to stop them from there" 11:53 AM

Red shirt beard 11:53 AM

Yup 11:56 AM

He's yelling "neon onfederates!" 11:56 AM

Every now and then I have to film you guys and not crowd to sell it 12:00 PM

Lot of whites 12:02 PM

Have veh blocking sure you see 12:09 PM

Dudes w gloves and ski masks arriving 12:09 PM

I don't like them all around my jeep

HUERTA_00000178

9:03



**Jeremy** ›

Fri, Jun 6 at 12:42 PM

Fri, Jun 6 at 12:42 PM

Personal phone out of battery

Use this pls

My car is 1000% blocked I'm btw

One of them looks like Xabi...
seriously might be a relative



iMessage

9:03 LTE

< **Jeremy** >



Look

He turns look at face



HUERTA_00000180

9:03

LTE

< **Jeremy** >

He turns look at face



Fucking Antonio sarat is in the crowd

From Turko

One of the LTs

Btw I got a bunch of them to go to the wrong side. I told them there was a gate in the alley I think



iMessage

HUERTA_00000181

9:03  LTE

 **Jeremy** ›

Btw I got a bunch of them to go to the wrong side. I told them there was a gate in the alley I think





The guy w the chains

Tried to lock you all in

I have pics of him too

Okay good.

Fuck they have a quad blocking my

 iMessage

9:04    LTE

**Jeremy** >

Okay good.

Fuck they have a quad blocking my Jeep

What a squad

Just clears

Fri, Jun 6 at 7:41 PM



iMessage

HUERTA_00000183

9:04

Jeremy





iMessage

HUERTA_00000184

 9:32

 LTE

**Maybe: Home** ⟩



iMessage
Fri, Jun 6 at 10:10 AM

Getting out on foot to get her car. She's still here and looks panicked





 iMessage 

HUERTA_00000185

9:32    LTE

**Maybe: Home** >

Her plate. Installed to her she thinks I'm filing as a concerned citizen lol. She said she was late to work. The handbag place next door closed its doors



According to her this place locked up and is freaked out



iMessage

HUERTA_00000186

9:32  LTE

< **Maybe: Home** >

According to her this place locked up and is freaked out



Audio w her telling me she's worried lol

Her name is Suji she said we made friends

Crop

iMessage

HUERTA_00000187

**Maybe: Home** >

Audio w her telling me she's worried lol

Her name is Suji she said we made friends



This plate filming and passed by multiple times

He just did another pass



iMessage

HUERTA_00000188

**Maybe: Home** ›

This plate filming and passed by multiple times

He just did another pass



Workers on the 2 side fence

People showing up

iMessage

HUERTA_00000189

9:33

LTE

**Maybe: Home** >

Workers on the 2 side fence

People showing up





6 out front now

All filming

They are calling people I can hear them. If you want to put that out

11 out front now and filling up quick

Copy

👍

It's organized. Two groups just met up and fist bumped without saying hi

iMessage

HUERTA_00000190

9:33

LTE

Maybe: Home

Copy

It's organized. Two groups just met up and fist bumped without saying hi

Keep up what your doing

13 now

There will be more now

Two of them said they are here because their dad works here the fat guys

5 more walking up now

Some organized looking dudes arrived

It's gonna be fun going through this video later

What are they doing



iMessage

HUERTA_00000191



9:33

LTE 

< **Maybe: Home** > 

13 now

There will be more now

Two of them said they are here because their dad works here the fat guys

5 more walking up now

Some organized looking dudes arrived

It's gonna be fun going through this video later

What are they doing




Listen to audio

I'm with "Ribs first crew" First amendment auditors

 iMessage 

HUERTA_00000192

9:33   LTE

< **Maybe: Home** >

What are they doing



Listen to audio

I'm with "Ribs first crew"
First amendment auditors





iMessage

HUERTA_00000193



Listen to Audio on this one



HUERTA_00000194

9:34    LTE

< **Maybe: Home** >

Listen to Audio on this one



Beyond borders is here now

She's on the phone narrating!!!! Calling out officers descriptions!!!

ID her

Trying to. Face mask and no veh yet but will follow

iMessage

HUERTA_00000195

9:34    LTE

**Maybe: Home** ›

She's on the phone narrating!!!! Calling out officers descriptions!!!

ID her

Trying to. Face mask and no veh yet but will follow

She's with CHIRLA

It's on her shirt

Will check out their page

So far she's peaceful but on non-stop phone calls and calling out agent markings and description. They are trying to figure out what agency at first

Good job

Call my personal if you need to call me (this one)

4 from without borders here



iMessage

9:34   LTE

< **Maybe: Home** >

She's with CHIRLA

It's on her shirt

Will check out their page

So far she's peaceful but on non-stop phone calls and calling out agent markings and description. They are trying to figure out what agency at first

Good job

Call my personal if you need to call me (this one)

4 from without borders here



iMessage

9:34

LTE

**Maybe: Home**

4 from without borders here



White woman all black..she's filming and narrating

Organized

37 out front

iMessage

HUERTA_00000198

**Maybe: Home**

White woman all black..she's filming and narrating

Organized

37 out front



ID them hopefully with cars

A city councilman is here



City councilman out here organizing

There's a lot of them here

HUERTA_00000199

**Maybe: Home** ›

City councilman out here organizing

There's a lot of them here

About 10 more showed up

Get the guy on the fence on the side

The organizers are here

I got him

Over 50 now

I'm out here. I'm watching them

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

1 Reply

Looks like trouble

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

ID this guy

Get the white female

Rebate passing word the other

iMessage

9:34                                                    LTE

< **Maybe: Home** >

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

**1 Reply**

Looks like trouble

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

ID this guy

Get the white female

Rebate passing word the other bodies are going out the other exit

They said "we can try to stop them from there"

Red shirt beard

Yup

He's yelling "neon onfederates!"

Every now and then I have to film you guys and not crowd to sell it

Lot of whites

Have veh blocking sure you see

+    iMessage

9:34   LTE

**Maybe: Home** >

Red shirt beard

Yup

He's yelling "neon onfederates!"

Every now and then I have to film you guys and not crowd to sell it

Lot of whites

Have veh blocking sure you see

Dudes w gloves and ski masks arriving

I don't like them all around my jeep lol

Need atleast 5 next time outside.

Getting rough lol 😂😂

Fri, Jun 6 at 2:45 PM



iMessage

HUERTA_00000202

9:35  LTE

< **Maybe: Home** >

Fri, Jun 6 at 2:45 PM



Guy w chains



Listen to audio I have her face too. She's telling them to block the gate etc and to break rules lol

iMessage

HUERTA_00000203

9:35     LTE

< **Maybe: Home** >



Listen to audio I have her face too.
She's telling them to block the gate
etc and to break rules lol



Going through looking for your guy
have lots of video of him

iMessage

HUERTA_00000204

9:35    LTE

< **Maybe: Home** > 

Going through looking for your guy
have lots of video of him

Do you have the subject with the red
shirt I arrested

Yes

Lots of video going through

Gonna take a few hours. There is
about 4 hours of videos in 10 second
to 1 min videos lol...

I have a couple hundred videos

Seriously lol. It's going to take
more than a couple of hours. I'm
trying

I got him yelling at you a lot too

Fri, Jun 6 at 4:28 PM



Watch closely



+    iMessage

HUERTA_00000205

9:35    LTE

**Maybe: Home** ›

Lots of video going through

Gonna take a few hours. There is about 4 hours of videos in 10 second to 1 min videos lol...

I have a couple hundred videos

Seriously lol. It's going to take more than a couple of hours. I'm trying

I got him yelling at you a lot too

Fri, Jun 6 at 4:28 PM



Watch closely





iMessage

HUERTA_00000206

9:35

LTE

Maybe: Home



Boom. Your chain guy



iMessage

9:35                                                                 LTE

< **Maybe: Home** >

Here





Here

You warn him repeatedly in this one



iMessage



9:36




LTE

<  **Maybe: Home**  >



Here

You warn him repeatedly in this one



FOX 11 Los Angeles on
Instagram: "LA


iMessage


HUERTA_00000209

9:36    LTE

< **Maybe: Home** >



FOX 11 Los Angeles on Instagram: "LA IMMIGRATION RAIDS: Fed...
instagram.com

You saw? Fox got your arrest

Fri, Jun 6 at 7:36 PM



iMessage

HUERTA_00000210

9:36   LTE

< **Maybe: Home** >

Fri, Jun 6 at 7:36 PM



Listen to audio and body language



Sitting on ground blocking on this one



iMessage

HUERTA_00000211

9:36   LTE

< **Maybe: Home** >

Sitting on ground blocking on this one



Fri, Jun 6 at 9:12 PM



iMessage

HUERTA_00000212

Fri, Jun 6 at 9:12 PM







Audio

HUERTA_00000213