# Exhibit D



1250 H Street NW, Suite 250
Washington, DC 20005



**McLane, Bednarski & Litt, LLP**
975 E Green Street, Pasadena, CA 91106

**Abbe David Lowell, Esq.**
ALowellPublicOutreach@lowellandassociates.com

**Marilyn Bednarski, Esq.**
mbednarski@mbllegal.com

December 14, 2025

**VIA E-MAIL**

Mr. Neil Thakor
Assistant United States Attorney
United States Attorney's Office for the
  Central District of California
312 North Spring Street, Suite 1300
Los Angeles, CA 90012

   Re: *United States v. David Huerta*, Case No. 2:25-cr-00841-SB

Dear AUSA Thakor:

  In follow up to our discovery letters to you dated November 5, 2025 and December 8, 2025, we are sending this supplemental request for discovery. As we have discussed and especially in light of Judge Blumenfeld's rules, we are hoping to minimize our motions practice by resolving these discovery issues with you. In addition, to provide enough time to review any material in advance of the presumptive deadline for pretrial motions (January 5, 2026), we respectfully request that the government produce any material in its possession responsive to these Requests by December 22, 2025.

1. For any text messages, photographs, videos, or other communications previously provided in discovery from any government Agent's cellphone(s) (*see bates* **HUERTA_00000076 – 159**; **HUERTA_00000160 – 356**; **HUERTA_00000357**), please produce that material in a native or Cellebrite format that includes <u>all metadata</u> affiliated with those messages, photos, videos, or other communications (e.g., identity and phone number of sender and recipient of each message; identity and phone number of creator of any photo or video; date; time; GPS coordinates).

2. For any other photograph or video files produced in discovery, including any new material responsive to our December 8, 2025 discovery letter (*see* **Requests 3 – 5 for** dash-cam video footage, body-worn camera footage, and HSI Special Agent McKenzie's photos), please produce that material in a native format that includes <u>all metadata</u> affiliated with those photos or videos.

3. Please produce a full index, including file name, date of capture/receipt/transmission, and any other relevant data, for any previously produced *and* yet-to-be produced material in this case.

L&A

December 14, 2025
Page 2

 Again, given the short timeline before pretrial motions are due and to reduce any motions then due, we ask that you complete the discovery previously and now requested no later than December 22, 2025. If you have any questions regarding these requests, please contact either of us.

 Thank you for your consideration.

            Sincerely,

Abbe David Lowell
*Founding Member*
Lowell & Associates, PLLC

Marilyn Bednarski, Esq.
*Partner*
McLane, Bednarski & Litt, LLP

cc: Barr Benyamin, Assistant United States Attorney