# Exhibit E

L&A
LOWELL AND ASSOCIATES, PLLC

1250 H Street NW, Suite 250
Washington, DC 20005

McLane, Bednarski & Litt, LLP
975 E Green Street, Pasadena, CA 91106

**Abbe David Lowell, Esq.**
ALowellPublicOutreach@lowellandassociates.com

**Marilyn Bednarski, Esq.**
mbednarski@mbllegal.com

December 8, 2025

**VIA E-MAIL**

Mr. Neil Thakor
Assistant United States Attorney
United States Attorney's Office for the
  Central District of California
312 North Spring Street, Suite 1300
Los Angeles, CA 90012

Re:   *United States v. David Huerta*, Case No. 2:25-cr-00841-SB

Dear AUSA Thakor:

Following our recent calls, we are sending this supplemental request for discovery. As we discussed and especially in light of Judge Blumenfeld's rules, we are hoping to minimize our motions practice.

1. We received discovery on the former charges, and we sent a detailed discovery letter on November 5, 2025. We understand you are going to respond to that. We also asked if there is any new material that should be produced after or about the new charge.

2. We asked about and believe you would be sending the Ambiance site search warrant affidavits.

3. As the charge is impeding an officer and to prevent a constructive amendment to the charge at trial, please identify at what point and with what conduct our client allegedly committed the offense that you will present to the jury.

4. We told you we believe the conduct by agents to access our client's cellphone went beyond their legal authorization. This would be the basis of a motion to suppress if it is the government's intention to use any of the material from that device at trial or in motions practice. Please let us know your position on this.

L&A

December 8, 2025
Page 2

In addition, we respectfully request the following additional discovery pursuant to the government's obligations under *Brady v. Maryland*, 373 U.S. 83 (1963) and its analogs.

1. The PowerPoint presentation used to brief the government's search team at Ambiance Apparel on June 6, 2025 (as referenced in Agent Ryan Ribner's interview, USAO-9-22-2025_00000241).

2. The return(s) paperwork for the Ambiance Apparel search warrants executed on June 6, 2025.

3. Any dash-cam video footage from the white van seen entering the Ambiance Apparel site on June 6, 2025 (as referenced in USAO-9-22-2025_00000212).

4. Any body-worn camera footage from FBI and/or HSI agents participating in the operations or proceedings at or outside Ambiance Apparel on June 6, 2025 (as referenced in USAO-9-22-2025_00000225-226).

5. Any photos taken by HSI Special Agent Joseph McKenzie at or outside Ambiance Apparel on June 6, 2025 (as referenced in USAO-9-22-2025_00000234).

Given the short timeline to which we both agreed, we would appreciate your response to the existing and new requests as soon as possible. If you have any questions regarding these requests, please contact either of us.

Thank you for your consideration.

Sincerely,

Abbe David Lowell
*Founding Member*
Lowell & Associates, PLLC

Marilyn Bednarski, Esq.
*Partner*
McLane, Bednarski & Litt, LLP

cc:   Frances S. Lewis, Assistant United States Attorney