TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
CHRIS S. BULUT (Cal Bar No. 352016)
Assistant United States Attorneys
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6595 / 6738
    Facsimile:  (213) 894-0141
    E-mail:  neil.thakor@usdoj.gov
                chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID JOSE HUERTA,<br><br>    Defendant. | No. CR 2:25-cr-00841-SB<br><br><u>DECLARATION OF NEIL P. THAKOR IN SUPPORT OF OMNIBUS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS CASE FOR CONSTITUTIONAL VIOLATIONS AND FAILURE TO STATE AN OFFENSE (Dkts. 55, 56)</u><br><br>Hearing Date:  2/3/2026<br>Hearing Time:  8:00 a.m.<br>Location:  Courtroom of the Hon. Stanev Blumenfeld. Jr. |
|---|---|

## **DECLARATION OF NEIL P. THAKOR**

I, Neil P. Thakor, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I am an attorney assigned to the case <u>United States v. Huerta</u>, No. 2:25-cr-00841-SB.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a compilation of videos taken on June 6, 2025, from 9:57 a.m. to 10:58 a.m., bates stamped HUERTA_000862, which will be filed manually.

3. Attached hereto as **Exhibit 2** is a true and correct copy of a compilation of videos taken on June 6, 2025, from 11:00 a.m. to 11:59 a.m., bates stamped HUERTA_000863, which will be filed manually.

4. Attached hereto as **Exhibit 3** is a true and correct copy of a compilation of videos taken on June 6, 2025, from 12.00 p.m. to 1:07 p.m., bates stamped HUERTA_000864, which will be filed manually.

5. Attached hereto as **Exhibit 4** is a true and correct copy of a draft Report of Investigation from an interview with Homeland Security and Investigations ("HSI") Special Agent J. Smith conducted on January 2, 2026, bates stamped HUERTA_00000800-802. A finalized Report of Investigation from this interview is not yet available.

6. Attached hereto as **Exhibit 5** is a true and correct copy of a draft Report of Investigation from an interview with Brian Gonzalez conducted on January 9, 2026, bates stamped HUERTA_00000812-814. A finalized Report of Investigation from this interview is not yet available.

7. Attached hereto as **Exhibit 6** is a true and correct copy of a draft Report of Investigation from an interview with HSI Special Agent Andre Lamon conducted on January 9, 2026, bates stamped HUERTA_00000810-811. A finalized Report of Investigation from this interview is not yet available.

8. Attached hereto as **Exhibit 7** is a true and correct copy of an image titled,

IMG_7611, bates stamped HUERTA_00000820.

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on January 13, 2026.

                                                        /s/
                                            NEIL P. THAKOR