# EXHIBIT 4

On January 02, 2022, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early along with Assistant United States Attorneys' (AUSA's) Neil Thakor and Chris Bulut interviewed HSI SA ███████████ Smith via Microsoft Teams. SA Smith stated the following, in substance:

SA Smith stated the following, in substance, and it is not a verbatim transcript:

- SA Smith stated that the Ambiance Investigation was initiated from the findings of the results of an I-9 audit.
- SA Smith was not involved in the audit.
- SA Smith stated that Auditor ███████████ conducted the audit and shared the results with her.
- The I-9 audit revealed there were approximately 70 employees of Ambiance USA using fraudulent documents consisting of both stolen and made-up identities.
- SA Smith stated that the majority of these fraudulent documents were stolen identities.
- SA Smith stated that HSI, Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), and Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) were assigned to assist with the operation.
- SA Smith stated that she arrived at the location at approximately 9:00 to 9:30 A.M.
- At this time, there were no protestors.
- SA Smith stated that a human resources employee tried to block her vehicle from entering.
- SA Smith stated that she provided the human resources employee with the search warrant, however, the employee continued to attempt to interfere with her entry.
- SA Smith stated that once she entered the premises, employees began to come out.
- SA Smith stated that the warehouse was large and that employees were hiding.
- SA Smith stated that members of the search team escorted employees to a conference room.
- SA Smith stated that the FBI employees had body cameras.
- SA Smith stated that during the search warrant of Ambiance USA, she interviewed a small sample of detained individuals, and they gave various answers about where they received their documents from.
- SA Smith stated that she did not complete the search warrant into its entirety due to safety concerns of the protest.
- SA Smith stated that she did not have the opportunity to collect evidence in its entirety due to safety concerns of the protest.

- SA Smith stated she anticipated arrests would be made during the operation.
- SA Smith stated that after their arrival, she had an employee of Ambiance USA that was cooperating and believed that there would have been others if she was able to finish the execution of the operation.
- SA Smith stated that the plan was to collect evidence such as employment documents and computers.
- SA Smith stated that approximately within one hour of her arrival, protestors started to show up.
- SA Smith observed employees using their phones and presumed they were likely texting people.
- SA Smith asked those employees to stay off their phones.
- SA Smith stated that the perimeter team consisted of about 10 vehicles with two to four agents in each vehicle.
- SA Smith stated that she was aware that an undercover agent was outside of the gate.
- SA Smith stated that she was aware of multiple entry and exit points.
- SA Smith stated that at some point, she became aware of protesters while she was interviewing individuals.
- SA Smith stated that at some point, ERO Supervisory Detention and Deportation Officer (SDDO) Carey Crook went to assist with the protest.
- SA Smith stated that she walked out periodically to observe what was happening with the crowd.
- SA Smith stated that she knew nothing about Huerta until after his arrest when he was brought into breakroom of Ambiance USA.
- SA Smith did not speak to Huerta.
- SA Smith observed Huerta struggling with a reaction to being sprayed with Oleoresin Capsicum (OC).
- SA Smith observed HSI agents rendering aid to Huerta and providing him water.
- SA Smith stated that HSI Group Supervisor (GS) Ryan Ribner was involved with helping Huerta.
- SA Smith stated that she observed GS Ribner telling Huerta, "We warned you".
- SA Smith stated that once Huerta was brought inside, the operation was dismissed no more than an hour later.
- SA Smith stated that the reason for having other agencies involved such as FBI and DEA was due to manpower.
- SA Smith stated that if there were more HSI agents, the operation likely would've only included HSI and ERO.

- SA Smith stated that FBI and DEA personnel were used for manpower and no specific specialties were requested.
- SA Smith stated that when planning the operation, she anticipated being there for the whole day.
- SA Smith stated that she was at the location for approximately three to four hours.
- SA Smith stated that agents were still finding people up until moment they were leaving.
- SA Smith believes that due to the operation being cut short, there were at least 20 known individuals from the audit that they could not interview or detain that were identified as using stolen social security numbers and/or fraudulent documents.
- SA Smith stated that of the 50 employees that were detained, three of those individuals were not on the audit.
- SA Smith stated that of the 50 employees that were detained, most were using stolen social security numbers and that she has a spreadsheet indicating if documents were fictitious or another form of fraud.
- SA Smith was aware that Ambiance USA had been convicted of previous felonies.
- SA Smith stated that after this operation, her team did not return with another search warrant.
- SA Smith believes the operation was partially successful but also believes there was additional information and/or evidence that could have been gathered.
- SA Smith stated that, "Operations were disrupted due to the safety concerns".
- SA Smith doesn't know who made the decision to leave.
- SA Smith was informed by her supervisor, GS David Stone, that LAPD was evacuating the building.

Investigation continues.