# EXHIBIT 5

On January 9, 2026, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early and Assistant United States Attorney (AUSA) Neil Thakor interviewed Brian Gonzalez (Gonzalez) via telephone.

Gonzalez stated the following, in substance, and it is not a verbatim transcript:

- Gonzalez stated that he did not take pictures of the incident on June 6, 2025, because he was using his phone for GPS.
- Gonzalez stated that the transportation van didn't have a dashcam.
- Gonzalez stated that he found out the day of incident that he would be involved.
- Gonzalez stated that his role was transportation duties.
- Gonzalez stated that he was responsible for taking detainees back to 300 N. Los Angeles St. Los Angeles, CA 90012.
- Gonzalez stated that he went twice to location to transport detainees.
- Gonzalez stated that he couldn't recall what the time was when he first arrived at the location of the operation.
- Gonzalez stated that he didn't observe any protestors the first time he arrived at the location of the operation but that there were employees of Ambiance recording.
- Gonzalez stated that the second time he arrived at the location, there was a bigger crowd.
- Gonzalez stated that he observed many people when he approached 15th St. and Santa Fe Avenue.
- Gonzalez stated that he called Enforcement and Removal Operations (ERO), Supervisory Detention and Deportation Officer (SDDO) Carey Crook when he was about a block away from the location.
- Gonzalez stated that he drove past the crowd at the front gate and asked SDDO Crook if he could come through the back.
- Gonzalez stated that SDDO Crook informed him that the back gate was locked and they didn't have the keys to the lock.
- Gonzalez stated that he observed people and vehicles obstructing driveway of the main gate.
- Gonzalez stated that he observed two vehicles, possibly a truck and van, and a crowd in driveway.
- Gonzalez stated that he signaled to enter driveway and observed a man appear to motion a truck to move.
- Gonzalez stated that he activated his emergency lights and utilized his airhorn to let law enforcement know he's there.
- Gonzalez stated that he observed the crowd focusing their attention on him.

HUERTA_00000812

- Gonzalez stated that he observed the main gate open and people started to surround his van.
- Gonzalez stated that protestors from the crowd began to touch the van.
- Gonzalez stated that he observed approximately 4-5 people converge on the van and recalled about 8-9 total move closer to the van.
- Gonzalez stated that he didn't know who Huerta was.
- Gonzalez stated that he remembers what people were wearing.
- Gonzalez stated that he recalls seeing a video of the incident.
- Gonzalez stated that he recalls someone in a pink or red flannel in front of him, and approximately 2-3 people in black.
- Gonzalez stated that he doesn't recall there being a leader.
- Gonzalez stated that he recalls seeing a man in a red flannel shirt by the front driver's side of his transportation van.
- Gonzalez stated that he recalls hearing screaming towards the passenger side of the van and made sure his doors were locked.
- Gonzalez stated that during this time, he looked at his mirrors to make sure no one was coming from behind.
- Gonzalez stated that he feels that he was obstructed.
- Gonzalez stated that once the gate was open, the crowd started confronting law enforcement.
- Gonzalez stated that he did not observe the arrest of the male in the flannel shirt.
- Gonzalez stated that as soon as he observed the male in a flannel shirt, he was already on the ground.
- Gonzalez stated that another officer grabbed a lady that was in front of the van and moved her.
- Gonzalez stated that the driveway was narrow and he had to make a three point turn to enter.
- Gonzalez stated that once he arrived at the location, through the gate, he recalled hearing a noise.
- Gonzalez stated that he noticed the rear tire of the transportation van flattened.
- Gonzalez stated that an HSI agent assisting with changing the tire. [SA Early identified this agent as being HSI SA Andre Lamon].
- Gonzalez stated that it appeared the tire was slashed because there was a puncture wound on the wall of the tire.
- Gonzalez stated that it took about half an hour to change the tire.
- Gonzalez stated that once the tire was changed, he transported the detainees back to 300 N. Los Angeles St. Los Angeles, CA 90012.

HUERTA_00000813

- Gonzalez stated that the key to the back gate was located and he along with law enforcement exited on 16th St.
- Gonzalez stated that G4S Officer Hierro may have pictures of slashed tire.

[SA Early sent Gonzalez a picture of a vehicle with the tire appearing flat. SA Early asked Gonzalez if he recognized the vehicle in the picture].

- Gonzalez stated that he believed the picture depicted the damage to the van that he drove on June 6, 2025 and noted that the puncture wound was the same.

Investigation Continues.

HUERTA_00000814