# EXHIBIT 6

On January 9, 2026, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early and Assistant United States Attorneys' (AUSA's) Neil Thakor and Chris Bulut interviewed HSI SA Andre Lamon via telephone.

SA Lamon stated the following, in substance, and it is not a verbatim transcript:

- SA Lamon stated that he recalls waiting with detained individuals inside the gate of Ambiance USA.
- SA Lamon stated that he was waiting for the transportation vehicle to arrive at the location of the operation on June 6, 2025.
- SA Lamon stated that he recalled hearing a noise coming from the transportation van as it arrived to his location.
- SA Lamon stated that he looked at the van and asked the driver if he knew the tire was flat.
- SA Lamon stated that the driver of the transportation van told him that he was not allowed to change the tire by himself.
- SA Lamon stated that he told the driver, "That's fine, we can't sit here with all these people while the crowd is getting agitated" and assisting the driver with fixing the tire.
- SA Lamon stated that they received consent from the owner of the building to use their forklift to lift the van and change the tire.
- SA Lamon stated they loaded the vehicle with "Some of the detainees and snuck out of the back gate".
- SA Lamon stated that the damage to the tire, "Looked like a puncture" and "It was on the side wall, not the thread".
- SA Lamon stated that the part of the tire that was damaged "Doesn't contact the ground".
- SA Lamon stated that his role changed multiple times during the operation to include securing the location during the initial contact, being a member of the search team, and finally securing detainees while they waited for transportation.
- SA Lamon stated that he rode in transportation van when law enforcement exited the location to be a good witness in case someone tried to slash the tire again.
- SA Lamon stated that it was not the plan for him to ride in the van but he took it upon himself due to the agitators.
- SA Lamon stated that it took approximately 30 minutes to change the tire.
- SA Lamon stated that if the incident didn't occur, he would have been able to continue assisting with processing detainees out of the warehouse and providing a secure exit route for vehicles to leave.

- SA Lamon stated that there were 2-3 agents that were helping him with the detainees while he helped locate the van and assist with the tire.

Investigation Continues.