# EXHIBIT 7

Ford
