MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>v.<br><br>DAVID HUERTA,<br><br>*Defendant*. | CASE NO.: 2:25-CR-00841-SB<br><br>**UNOPPOSED EX PARTE APPLICATION TO SCHEDULE A CONFERENCE WITH THE COURT, OR IN THE ALTERNATIVE, TO VACATE THE JANUARY 20 FILING DATES UNTIL THE PARTIES HAVE AN OPPORTUNITY TO ADDRESS THEIR STIPULATION WITH THE COURT** |

| | |
|---|---|
| 1 | Defendant David Huerta, by and through undersigned counsel, respectfully |
| 2 | files this unopposed ex parte application for an Order setting a brief telephone or |
| 3 | video conference with the Court and counsel, at the Court's discretion, regarding the |
| 4 | Joint Stipulation (Dkt. 64) filed on January 15 concerning pending scheduling dates |
| 5 | in this case.  What precipitates this request are the various filings currently due this |
| 6 | Tuesday, January 20, 2026 and the fact that Monday is a federal holiday (including |
| 7 | for the Court).  In the alternative, if the Court is unavailable today for this request, |
| 8 | defense counsel respectfully requests that the January 20, 2026 filing dates be |
| 9 | vacated until the parties have the opportunity to address their Joint Stipulation with |
| 10 | the Court when it is available. |

Counsel for the parties met and conferred about this request on January 16, 2026.  Mr. Huerta's counsel informed the government that it intended to seek this ex parte application and the government indicated it has no objection.

A declaration and proposed order are attached to this Application.

Dated: January 16, 2026

Respectfully submitted,

LOWELL & ASSOCIATES, PLLC

By:  /s/ Abbe David Lowell
         Abbe David Lowell

MCLANE, BEDNARSKI & LITT, LLP

By:  /s/ Marilyn E. Bednarski
         Marilyn E. Bednarski

*Attorneys for Defendant David Huerta*

1