MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2:25-CR-00841-SB |
|---|---|
| *Plaintiff*, | |
| v. | **DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF MR. HUERTA'S EX PARTE APPLICATION TO SCHEDULE A CONFERENCE WITH THE COURT, OR IN THE ALTERNATIVE, VACATE THE JANUARY 20 FILING DATES UNTIL THE PARTIES HAVE AN OPPORTUNITY TO ADDRESS THEIR STIPULATION WITH THE COURT** |
| DAVID HUERTA, | |
| *Defendant*. | |

# DECLARATION OF ABBE DAVID LOWELL

I, Abbe David Lowell, hereby declare the following:

1. I am a member of the bar of Washington, D.C. and Founding Member of the law firm Lowell & Associates, LLP. The firm is co-counsel for Defendant David Huerta in this matter. I was admitted *pro hac vice* to this Court on November 4, 2025. ECF No. 35.

2. I submit this declaration in support of Mr. Huerta's unopposed ex parte application to schedule a brief conference with the Court to be able to discuss the pending schedule in this case, or in the alternative, to vacate the January 20, 2026 filing dates until the parties have an opportunity to address their Joint Stipulation (Dkt. 64) with the Court.

3. What precipitates this request are the various filings currently due this Tuesday, January 20, 2026 and the fact that Monday is a federal holiday (including for the Court). Specifically, the current deadline for Mr. Huerta's reply brief in support of his motions to dismiss the case, as well as the parties' joint motions in limine and pretrial documents (including a joint trial binder), is January 20.

4. For the reasons outlined and discussed in the parties' Joint Stipulation, the defense requests relief from the January 20 filing dates in order to review recently produced government discovery and additional forthcoming government discovery, which warrant additional investigation and the need for additional pretrial filings. Dkt. 64 at 3.

5. The parties agree that the Court can vacate the Tuesday briefing and pretrial deadlines pending resolution of the Joint Stipulation on file, or until such conference can be held with the Court.

6. On January 16, 2026, I contacted counsel for the government regarding its position on this ex parte application. The government through Assistant United

States Attorneys Chris Bulut and Neil Thakor have advised that they do not oppose the ex parte nature of this application or the relief sought herein.

    I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge.

    Signed this 16th day of January, 2026, in Washington, DC.

By: /s/ *Abbe David Lowell*
      Abbe David Lowell

*Attorney for David Huerta*