MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL (*pro hac vice*)
Email: alowellpublicoutreach@lowellandassociates.com
DAVID A. KOLANSKY (*pro hac vice*)
Email: dkolansky@lowellandassociates.com
Lowell and Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110

Attorneys for Defendant
DAVID HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID HUERTA,<br><br>Defendant. | Case No.: 2:25-CR-00841-SB<br><br>**JOINT STATUS REPORT REGARDING PROPOSED TRIAL DATES** |

Pursuant to this Court's order (Dkt. 66), Defendant, David Huerta, by and through his counsel of record, Marilyn E. Bednarski of McLane, Bednarski & Litt, LLP and Abbe David Lowell and David A. Kolanksy of Lowell & Associates, PLLC, and Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorney Neil Thakor and Chris Bulut, hereby submit this Joint Status Report.

On January 15, 2026, the parties filed a stipulation to continue the trial now set for February 17, 2026, to May 11, 2026, and to continue the pretrial conference to April 28, 2026, and to reset the pretrial filing due dates accordingly. Dkt 64. The stipulation was based on Defendant's contention that the government's discovery production on January 13, 2026, and the government's filing of its omnibus opposition to Defendant's pretrial motions warranted additional investigation, discovery, and pretrial filings. Dkt. 64, ¶ 10b. The government did not object to the request for a continuance. Dkt. 64, ¶ 10e. On January 16, 2026, Defendant filed an Unopposed *Ex Parte* Application to Schedule a Brief Conference, or in the Alternative, to Vacate the January 20 Pretrial Filing Dates. Dkt. 65.

This Court thereafter issued an order extending the filing of pretrial documents to January 28, 2026 (as the Court did not know at that point whether it would be able to accommodate the parties' continuance request) and ordering the parties to file a joint status report by January 21, 2026 selecting, if possible, one of two trial dates. Dkt. 66.

Counsel for the parties met and conferred on January 20, 2026 and were able to agree to jointly propose to this Court that trial commence at the end of May or beginning at the first opportunity thereafter available to this Court. Due to their respective trial and other conflicts, the parties could not agree to the trial commencing on March 30, 2026 or April 6, 2026 because of the following: counsel

1

for Mr. Huerta Abbe Lowell commences an approximate four week, postponed civil trial in Boston, Massachusetts on March 2, 2026 in *Steiner et al. v. eBay Inc. et al.*, No. 1:21-cv-11181-PBS (D. Mass.) (four defendants); counsel for the government AUSA Neil Thakor commences a three to five day trial in the Central District of Los Angeles (C.D. Cal.) on April 6, 2026 in *United States v. Kelly Boylan*, 5:24-CR-00098-WLH (single defendant); and, counsel for Mr. Huerta Marilyn E. Bednarski commences a two week trial in the C.D. Cal. on April 20, 2026 in *United States v. Steven Lankford, et. al.*, CR 24-00077-WLH (four defendants).  Additionally, the week of April 6 falls in the middle of a religious holiday that is observed by both Mr. Lowell and Mr. Kolansky.

Further, Government counsel advises that it intends to make an additional production of discovery this week and is working on other outstanding discovery requests made by Mr. Huerta's counsel on January 19, 2026.

The parties are aware that this Court is also engaged in a multiple defendant trial estimated to last thirty days commencing on or about April 14, 2026 in *United States v. Cruz Hernandez, et. al.*, CR 2:17-00117-SB.

To accommodate the Court's and their schedules, the parties agree they will all be available to try this case at the end of May or at the first opportunity thereafter, following conclusion of *Cruz Hernandez*, when this Court is available.

Finally, Mr. Huerta requests that if this Court resets the trial date, it should reset the various pretrial filing dates (including those now set for January 28, 2026) consistent with that new trial date. The government does not object to this request.

2

1   DATED: January 21, 2026          Respectfully Submitted,

2

3                                    McLANE, BEDNARSKI & LITT, LLP

4                                    By:   */s/ Marilyn E. Bednarski*
5                                          Marilyn E. Bednarski
                                           Attorney for Defendant Huerta
6
    DATED: January 21, 2026
7
                                     LOWELL & ASSOCIATES, PLLC
8
                                     By:   */s/ Abbe David Lowell*
9                                          Abbe David Lowell (pro hac vice)
                                           Attorney for Defendant Huerta
10

11

12
    DATED: January 21, 2026          By:   */s/ * with email authorization*
13                                         NEIL THAKOR
                                           CHRIS BULUT
14                                         Assistant United States Attorneys

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              3