# Exhibit 1



# United States Department of Justice

## United States Attorney's Office
## Central District of California

---

*Neil P. Thakor*  
*Phone: (213) 894-6595*  
*E-mail: neil.thakor@usdoj.gov*

*1200 United States Courthouse*  
*312 North Spring Street*  
*Los Angeles, California 90012*

December 21, 2025

**VIA EMAIL**

Abbe Lowell  
David Kolansky  
1250 H St NW Washington DC 20005  
dkolansky@lowellandassociates.com  
adlowell@lowellandassociates.com

Marilyn E. Bednarski  
McLane, Bednarski & Litt, LLP  
975 East Green Street  
Pasadena, California 91106  
MBednarski@mbllegal.com

      Re:    <u>United States v. David Huerta</u>, No. 2:25-CR-841-SB  
            404(b) Notice

Dear Counsel:

      This letter provides notice of the government's intent to introduce evidence of David Huerta's prior arrests and citations for the following violations: (a) remaining at the scene of riot on November 26, 1996 and July 14, 2014; (b) refusal to disperse on September 14, 2018; and (c) failure to obey a lawful order on October 6, 2022 (collectively, the "404(b) Evidence"). *See generally*, HUERTA_00001-04.

      The government does not intend to introduce the 404(b) Evidence in its case-in-chief. However, should Mr. Huerta testify at trial that he did not intend to obstruct federal agents; that he did not know that his actions were unlawful; or that he did not know his conduct was obstructing or interfering, the government will seek to introduce the 404(b) Evidence as evidence of Mr. Huerta's intent and knowledge. Specifically, in the situations above, the 404(b) Evidence would be relevant to show Mr. Huerta's intention on June 6, 2025 to interfere with law enforcement activities and his knowledge that his conduct was unlawful and obstructing.

      //

      //

Re: <u>United States v. Huerta</u>
December 21, 2025
Page 2


      Please let me know if you would like to further discuss any of the matters raised above.

Very truly yours,

/s/

NEIL P. THAKOR
Assistant United States Attorney
General Crimes Section