TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NEIL THAKOR (Cal. Bar. No. 308743)
CHRIS S. BULUT (Cal. Bar. No. 352016)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:   (213) 894-6595/6738
    Facsimile:   (213) 894-0141
    E-mail:     neil.thakor@usdoj.gov
               chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID JOSE HUERTA,<br><br>        Defendant. | No. 2:25-cr-00841-SB<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>Trial Date:   February 17, 2026<br>Trial Time:   08:30 AM<br>Location:    Courtroom of the Stanley<br>              Blumenfeld Jr.<br><br>Information:   December 12, 2025<br>Pretrial Conf.:  February 3, 2026<br>Trial:        February 17, 2026<br>Last Day:    March 28, 2026 |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney NEIL THAKOR and CHRIS S. BULUT, hereby submits its exhibit list.[1]

---

[1] The government has intentionally left certain rows blank in the event it determines it needs additional exhibits in that category.

1    The government respectfully reserves the right to modify this list by adding or

2   removing exhibits.

3   Dated: January 28, 2026                Respectfully submitted,

4                                          TODD BLANCHE
5                                          Deputy Attorney General

6                                          BILAL A. ESSAYLI
7                                          First Assistant United States Attorney

8                                          ALEXANDER B. SCHWAB
                                           Assistant United States Attorney
9                                          Acting Chief, Criminal Division

10
                                                /s/
11                                         _____
                                           NEIL THAKOR
12                                         CHRIS S. BULUT
                                           Assistant United States Attorney
13                                         Attorneys for Plaintiff
                                           UNITED STATES OF AMERICA
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES v. DAVID HUERTA**
**No. 2:25-cr-00841-SB**
**GOVERNMENT'S EXHIBIT LIST**

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| **Search Warrant Documents** | | | |
| 1. | Warrant | | |
| 2. | Application for Warrant | | |
| 3. | Search Warrant Return | | |
| 4. | Custody Receipt for Seized Property and Evidence | | |
| 5. | SW Photo Log.xls | | |
| **Video From June 6, 2026** | | | |
| 6. | ADXA4661.MOV | | |
| 7. | IMG_0796.MOV | | |
| 8. | IMG_0797.MOV | | |
| 9. | IMG_2571.MOV | | |
| 10. | IMG_2572.MOV | | |
| 11. | IMG_2573.MOV | | |
| 12. | IMG_2574.MOV | | |
| 13. | IMG_2578.MOV | | |
| 14. | IMG_2580.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 15. | IMG_2581.MOV | | |
| 16. | IMG_2587.MOV | | |
| 17. | IMG_2588.MOV | | |
| 18. | IMG_2590.MOV | | |
| 19. | IMG_2591.MOV | | |
| 20. | IMG_2592.MOV | | |
| 21. | IMG_2593.MOV | | |
| 22. | IMG_2594.MOV | | |
| 23. | IMG_2595.MOV | | |
| 24. | IMG_2596.MOV | | |
| 25. | IMG_2597.MOV | | |
| 26. | IMG_2598.MOV | | |
| 27. | IMG_2599.MOV | | |
| 28. | IMG_2600.MOV | | |
| 29. | IMG_2601.MOV | | |
| 30. | IMG_2602.MOV | | |
| 31. | IMG_2603.MOV | | |
| 32. | IMG_2604.MOV | | |
| 33. | IMG_2605.MOV | | |
| 34. | IMG_2606.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 35. | IMG_2611.MOV | | |
| 36. | IMG_2612.MOV | | |
| 37. | IMG_2613.MOV | | |
| 38. | IMG_2614.MOV | | |
| 39. | IMG_2615.MOV | | |
| 40. | IMG_2624.MOV | | |
| 41. | IMG_2625.MOV | | |
| 42. | IMG_2626.MOV | | |
| 43. | IMG_2627.MOV | | |
| 44. | IMG_2630.MOV | | |
| 45. | IMG_2631.MOV | | |
| 46. | IMG_2632.MOV | | |
| 47. | IMG_2633.MOV | | |
| 48. | IMG_2634.MOV | | |
| 49. | IMG_2635.MOV | | |
| 50. | IMG_2636.MOV | | |
| 51. | IMG_2637.MOV | | |
| 52. | IMG_2638.MOV | | |
| 53. | IMG_2639.MOV | | |
| 54. | IMG_2640.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 55. | IMG_2641.MOV | | |
| 56. | IMG_2642.MOV | | |
| 57. | IMG_2643.MOV | | |
| 58. | IMG_2644.MOV | | |
| 59. | IMG_2645.MOV | | |
| 60. | IMG_2646.MOV | | |
| 61. | IMG_2647.MOV | | |
| 62. | IMG_2648.MOV | | |
| 63. | IMG_2649.MOV | | |
| 64. | IMG_2650.MOV | | |
| 65. | IMG_2651.MOV | | |
| 66. | IMG_2652.MOV | | |
| 67. | IMG_2653.MOV | | |
| 68. | IMG_2654.MOV | | |
| 69. | IMG_2655.MOV | | |
| 70. | IMG_2656.MOV | | |
| 71. | IMG_2657.MOV | | |
| 72. | IMG_2658.MOV | | |
| 73. | IMG_2659.MOV | | |
| 74. | IMG_2661.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 75. | IMG_2662.MOV | | |
| 76. | IMG_2663.MOV | | |
| 77. | IMG_2664.MOV | | |
| 78. | IMG_2665.MOV | | |
| 79. | IMG_2668.MOV | | |
| 80. | IMG_2669.MOV | | |
| 81. | IMG_2670.MOV | | |
| 82. | IMG_2671.MOV | | |
| 83. | IMG_2672.MOV | | |
| 84. | IMG_2673.MOV | | |
| 85. | IMG_2674.MOV | | |
| 86. | IMG_2675.MOV | | |
| 87. | IMG_2676.MOV | | |
| 88. | IMG_2677.MOV | | |
| 89. | IMG_2678.MOV | | |
| 90. | IMG_2679.MOV | | |
| 91. | IMG_2681.MOV | | |
| 92. | IMG_2682.MOV | | |
| 93. | IMG_2683.MOV | | |
| 94. | IMG_2684.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 95. | IMG_2685.MOV | | |
| 96. | IMG_2686.MOV | | |
| 97. | IMG_2687.MOV | | |
| 98. | IMG_2688.MOV | | |
| 99. | IMG_2689.MOV | | |
| 100. | IMG_2690.MOV | | |
| 101. | IMG_2691.MOV | | |
| 102. | IMG_2692.MOV | | |
| 103. | IMG_2693.MOV | | |
| 104. | IMG_2694.MOV | | |
| 105. | IMG_2695.MOV | | |
| 106. | IMG_2696.MOV | | |
| 107. | IMG_2697.MOV | | |
| 108. | IMG_2698.MOV | | |
| 109. | IMG_2699.MOV | | |
| 110. | IMG_2700.MOV | | |
| 111. | IMG_2701.MOV | | |
| 112. | IMG_2702.MOV | | |
| 113. | IMG_2703.MOV | | |
| 114. | IMG_2704.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 115. | IMG_2705.MOV | | |
| 116. | IMG_2706.MOV | | |
| 117. | IMG_2707.MOV | | |
| 118. | IMG_2708.MOV | | |
| 119. | IMG_2710.MOV | | |
| 120. | IMG_2711.MOV | | |
| 121. | IMG_2712.MOV | | |
| 122. | IMG_2713.MOV | | |
| 123. | IMG_2714.MOV | | |
| 124. | IMG_2715.MOV | | |
| 125. | IMG_2716.MOV | | |
| 126. | IMG_2717.MOV | | |
| 127. | IMG_2718.MOV | | |
| 128. | IMG_2719.MOV | | |
| 129. | IMG_2720.MOV | | |
| 130. | IMG_2721.MOV | | |
| 131. | IMG_2722.MOV | | |
| 132. | IMG_2723.MOV | | |
| 133. | IMG_2724.MOV | | |
| 134. | IMG_2725.MOV | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 135. | IMG_2726.MOV | | |
| 136. | IMG_2727.MOV | | |
| 137. | IMG_2728.MOV | | |
| 138. | IMG_2729.MOV | | |
| 139. | IMG_2730.MOV | | |
| 140. | IMG_2731.MOV | | |
| 141. | IMG_2732.MOV | | |
| 142. | IMG_2733.MOV | | |
| 143. | IMG_2734.MOV | | |
| 144. | IMG_2735.MOV | | |
| 145. | IMG_2736.MOV | | |
| 146. | IMG_2737.MOV | | |
| 147. | IMG_2738.MOV | | |
| 148. | IMG_2739.MOV | | |
| 149. | IMG_2740.MOV | | |
| 150. | IMG_2741.MOV | | |
| 151. | IMG_2742.MOV | | |
| 152. | IMG_2743.MOV | | |
| 153. | IMG_2744.MOV | | |
| 154. | IMG_2745.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 155. | IMG_2746.MOV | | |
| 156. | IMG_2747.MOV | | |
| 157. | IMG_2748.MOV | | |
| 158. | IMG_2749.MOV | | |
| 159. | IMG_2750.MOV | | |
| 160. | IMG_2751.MOV | | |
| 161. | IMG_2752.MOV | | |
| 162. | IMG_2753.MOV | | |
| 163. | IMG_2754.MOV | | |
| 164. | IMG_2755.MOV | | |
| 165. | IMG_2756.MOV | | |
| 166. | IMG_2757.MOV | | |
| 167. | IMG_2758.MOV | | |
| 168. | IMG_2759.MOV | | |
| 169. | IMG_2760.MOV | | |
| 170. | IMG_2761.MOV | | |
| 171. | IMG_2762.MOV | | |
| 172. | IMG_2763.MOV | | |
| 173. | IMG_2764.MOV | | |
| 174. | IMG_2765.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 175. | IMG_2766.MOV | | |
| 176. | IMG_2767.MOV | | |
| 177. | IMG_2768.MOV | | |
| 178. | IMG_2769.MOV | | |
| 179. | IMG_2770.MOV | | |
| 180. | IMG_2771.MOV | | |
| 181. | IMG_2772.MOV | | |
| 182. | IMG_2774.MOV | | |
| 183. | IMG_2775.MOV | | |
| 184. | IMG_2776.MOV | | |
| 185. | IMG_2777.MOV | | |
| 186. | IMG_2778.MOV | | |
| 187. | IMG_2779.MOV | | |
| 188. | IMG_2780.MOV | | |
| 189. | IMG_2781.MOV | | |
| 190. | IMG_2782.MOV | | |
| 191. | IMG_2783.MOV | | |
| 192. | IMG_2785.MOV | | |
| 193. | IMG_2786.MOV | | |
| 194. | IMG_2787.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 195. | IMG_2788.MOV | | |
| 196. | IMG_2790.MOV | | |
| 197. | IMG_2791.MOV | | |
| 198. | IMG_2792.MOV | | |
| 199. | IMG_2793.MOV | | |
| 200. | IMG_2794.MOV | | |
| 201. | IMG_2795.MOV | | |
| 202. | IMG_2796.MOV | | |
| 203. | IMG_2797.MOV | | |
| 204. | IMG_2801.MOV | | |
| 205. | IMG_6903.MOV | | |
| 206. | IMG_6908.MOV | | |
| 207. | IMG_6918.MOV | | |
| 208. | IMG_6919.MOV | | |
| 209. | IMG_6920.MOV | | |
| 210. | IMG_6926.MOV | | |
| 211. | HUERTA_00000609-IMG_2575 2.MOV | | |
| 212. | HUERTA_00000610-IMG_2575.MOV | | |
| 213. | HUERTA_00000610-IMG_2579.MOV | | |
| 214. | HUERTA_00000610-IMG_2607.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 215. | HUERTA_00000611-IMG_2579.MOV | | |
| 216. | HUERTA_00000612-IMG_2607.MOV | | |
| 217. | HUERTA_00000613-IMG_2608.MOV | | |
| 218. | HUERTA_00000614-IMG_2609.MOV | | |
| 219. | HUERTA_00000615-IMG_2610.MOV | | |
| 220. | HUERTA_00000616-IMG_2773.MOV | | |
| 221. | HUERTA_00000617-IMG_2789.MOV | | |
| 222. | HUERTA_00000618-IMG_2798.MOV | | |
| 223. | HUERTA_00000619-IMG_2799.MOV | | |
| 224. | HUERTA_00000620-IMG_2800.MOV | | |
| 225. | HUERTA_00000621-IMG_2802.MOV | | |
| 226. | HUERTA_00000622-IMG_2803.MOV | | |
| 227. | HUERTA_00000623-IMG_2804.MOV | | |
| 228. | HUERTA_00000624-IMG_2805.MOV | | |
| 229. | HUERTA_00000625-IMG_2806.MOV | | |
| 230. | HUERTA_00000626-IMG_2807.MOV | | |
| 231. | HUERTA_00000627-IMG_2808.MOV | | |
| 232. | HUERTA_00000628-IMG_2809.MOV | | |
| 233. | HUERTA_00000628-IMG_2809.MOV | | |
| 234. | HUERTA_00000629-IMG_2810.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 235. | HUERTA_00000630-IMG_2811.MOV | | |
| 236. | HUERTA_00000631-IMG_2812.MOV | | |
| 237. | HUERTA_00000632-IMG_2813.MOV | | |
| 238. | HUERTA_00000633-IMG_2814.MOV | | |
| 239. | HUERTA_00000634-IMG_2815.MOV | | |
| 240. | HUERTA_00000635-IMG_2816.MOV | | |
| 241. | HUERTA_00000636-IMG_2817.MOV | | |
| 242. | HUERTA_00000637-IMG_2818.MOV | | |
| 243. | HUERTA_00000638-IMG_2819.MOV | | |
| 244. | HUERTA_00000639-IMG_2820.MOV | | |
| 245. | HUERTA_00000640-IMG_2821.MOV | | |
| 246. | HUERTA_00000641-IMG_2822.MOV | | |
| 247. | HUERTA_00000642-IMG_2823.MOV | | |
| 248. | HUERTA_00000643-IMG_2824.MOV | | |
| 249. | HUERTA_00000644-IMG_2825.MOV | | |
| 250. | HUERTA_00000645-IMG_2826.MOV | | |
| 251. | HUERTA_00000646-IMG_2827.MOV | | |
| 252. | HUERTA_00000647-IMG_2828.MOV | | |
| 253. | HUERTA_00000648-IMG_2829.MOV | | |
| 254. | HUERTA_00000649-IMG_2830.MOV | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 255. | HUERTA_00000650-IMG_2831.MOV | | |
| 256. | HUERTA_00000651-IMG_2832.MOV | | |
| 257. | HUERTA_00000652-IMG_2833 2.MOV | | |
| 258. | HUERTA_00000653-IMG_2833. .MOV | | |
| 259. | HUERTA_00000654-IMG_2834.MOV | | |
| 260. | HUERTA_000861 - ScreenRecording_06-06-2025 15-29-35_1 | | |
| 261. | HUERTA_000862 - Clip 1 - 06.06.2025 - 9.57am-10.58am | | |
| 262. | HUERTA_000863 - Clip 2 - 06.06.2025 - 11.00am-11.59am | | |
| 263. | HUERTA_000864 - Clip 3 - 06.06.2025 - 12.00pm-1.07pm | | |
| 264. | HUERTA_000865 - Clip 4 - 06.06.2025 - 6.55pm | | |
| 265. | HUERTA_000866 - Clip 5 - 06.07.2025 - 5.18pm-5.25pm | | |
| 266. | HUERTA_000867 - Clip 6 - 06.06.2025 - 10.09am-10.38am | | |
| 267. | HUERTA_000868 - Clip 7 - 06.06.2025 - 12.05pm-12.35pm | | |

14

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 268. | HUERTA_000869 - Clip 8 - 07.24.2025 - 3.29pm-3.30pm | | |
| **Photographs** | | | |
| 269. | Chaining Fence | | |
| 270. | DSC_0037 | | |
| 271. | DSC_0038 | | |
| 272. | Female 1 - vehicle blocker | | |
| 273. | Female 1 pic 4 blocking ERO van | | |
| 274. | Female 2 - picket line organizer | | |
| 275. | Female 3 - Tenants Union | | |
| 276. | Female 4 blocking vehicle | | |
| 277. | Female blocking vehicle as arrest is being conducted | | |
| 278. | Female who put hands on ERO vehicle | | |
| 279. | Huerta blocking ERO vehicle | | |
| 280. | IMG_0001 | | |
| 281. | IMG_0094 | | |
| 282. | IMG_2577 | | |
| 283. | IMG_2582 | | |
| 284. | IMG_2583 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 285. | IMG_2584 | | |
| 286. | IMG_2585 | | |
| 287. | IMG_2586 | | |
| 288. | IMG_2589 | | |
| 289. | IMG_2616 | | |
| 290. | IMG_2617 | | |
| 291. | IMG_2618 | | |
| 292. | IMG_2619 | | |
| 293. | IMG_2620 | | |
| 294. | IMG_2621 | | |
| 295. | IMG_2622 | | |
| 296. | IMG_2623 | | |
| 297. | IMG_2628 | | |
| 298. | IMG_2629 | | |
| 299. | IMG_2660 | | |
| 300. | IMG_2666 | | |
| 301. | IMG_2667 | | |
| 302. | IMG_2680 | | |
| 303. | IMG_2709 | | |
| 304. | IMG_2784 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 305. | IMG_2835 | | |
| 306. | IMG_2836 | | |
| 307. | IMG_2837 | | |
| 308. | IMG_2838 | | |
| 309. | IMG_2839 | | |
| 310. | IMG_2840 | | |
| 311. | IMG_2844 | | |
| 312. | IMG_2845 | | |
| 313. | IMG_2863 | | |
| 314. | IMG_2870 | | |
| 315. | IMG_5701 | | |
| 316. | IMG_5702 | | |
| 317. | IMG_5705 | | |
| 318. | IMG_5713 | | |
| 319. | IMG_5714 | | |
| 320. | IMG_5715 | | |
| 321. | IMG_5716 | | |
| 322. | IMG_6059 | | |
| 323. | IMG_6060 | | |
| 324. | IMG_6061 | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 325. | IMG_6163 | | |
| 326. | IMG_6164 | | |
| 327. | IMG_6165 | | |
| 328. | IMG_6188 | | |
| 329. | IMG_6191 | | |
| 330. | IMG_6192 | | |
| 331. | IMG_6196 | | |
| 332. | IMG_6197 | | |
| 333. | IMG_6198 | | |
| 334. | IMG_6202 | | |
| 335. | IMG_6204 | | |
| 336. | IMG_6206 | | |
| 337. | IMG_6208 | | |
| 338. | IMG_6209 | | |
| 339. | IMG_6211 | | |
| 340. | IMG_6908 | | |
| 341. | IMG_6938 | | |
| 342. | IMG_6939 | | |
| 343. | IMG_6940 | | |
| 344. | IMG_E6059 | | |

18

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 345. | IMG_E6060 | | |
| 346. | IMG_E6061 | | |
| 347. | Male Subject standing around | | |
| 348. | Pic 2 Female 2 - picket line organizer | | |
| 349. | Pic 2 Female 3 - Tenants Union | | |
| 350. | Pic 3 Female 1 | | |
| 351. | IMG_2576 2 | | |
| 352. | IMG_2576 | | |
| 353. | IMG_2846 | | |
| 354. | IMG_2850 | | |
| 355. | IMG_2853 | | |
| 356. | HUERTA_00000660 | | |
| 357. | HUERTA_00000697 | | |
| 358. | HUERTA_00000698 | | |
| 359. | HUERTA_00000699 | | |
| 360. | HUERTA_00000700 | | |
| 361. | HUERTA_00000701 | | |
| 362. | HUERTA_00000702 | | |
| 363. | HUERTA_00000703 | | |
| 364. | HUERTA_00000704 | | |

| No. | Description | Date Identified | Date Admitted |
|-----|-------------|-----------------|---------------|
| 365. | HUERTA_00000705 | | |
| 366. | HUERTA_00000706 | | |
| 367. | HUERTA_00000707 | | |
| 368. | HUERTA_00000708 | | |
| 369. | HUERTA_00000709 | | |
| 370. | HUERTA_00000710 | | |
| 371. | HUERTA_00000711 | | |
| 372. | HUERTA_00000713 | | |
| 373. | HUERTA_00000714 | | |
| 374. | HUERTA_00000715 | | |
| 375. | HUERTA_00000716 | | |
| 376. | HUERTA_00000717 | | |
| 377. | HUERTA_00000718 | | |
| 378. | HUERTA_00000719 | | |
| 379. | HUERTA_00000720 | | |
| 380. | HUERTA_00000721 | | |
| 381. | HUERTA_00000722 | | |
| 382. | HUERTA_00000723 | | |
| 383. | HUERTA_00000724 | | |
| 384. | HUERTA_00000725 | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 385. | HUERTA_00000726 | | |
| 386. | HUERTA_00000727 | | |
| 387. | HUERTA_00000728 | | |
| 388. | HUERTA_00000729 | | |
| 389. | HUERTA_00000730 | | |
| 390. | HUERTA_00000731 | | |
| 391. | IMG_7611 | | |
| 392. | HUERTA_000860 - IMG_7611 | | |
| 393. | Ambiance Search Warrant Photos [HUERTA_00000891-00000920] | | |
| 394. | *[reserved]* | | |
| 395. | *[reserved]* | | |
| 396. | *[reserved]* | | |
| 397. | *[reserved]* | | |
| 398. | *[reserved]* | | |
| 399. | *[reserved]* | | |
| 400. | *[reserved]* | | |
| 401. | *[reserved]* | | |
| **June 6, 2026 SA Tugg Call** | | | |

| No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 402. | Compilation of calls to and from SA Tuggs on June 6, 2026. | | |
| 403. | *[reserved]* | | |
| 404. | *[reserved]* | | |
| **LAPD Reports** | | | |
| 405. | *[reserved]* | | |
| 406. | *[reserved]* | | |
| 407. | *[reserved]* | | |
| **1-9 Audit Documents** | | | |
| 408. | *[reserved]* | | |
| 409. | *[reserved]* | | |
| 410. | *[reserved]* | | |
| 411. | *[reserved]* | | |

22