MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL, *pro hac vice*
DAVID A. KOLANSKY, *pro hac vice*
E-Mail: alowellpublicoutreach@lowellandassociates.com
E-Mail: dkolansky@lowellandassociates.com
Lowell & Associates, PLLC
1250 H Street, NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110
Facsimile: (202) 964-6116

Attorneys for Defendant
DAVID HUERTA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>DAVID HUERTA,<br><br>    *Defendant*. | CASE NO.: 2:25-CR-00841-SB<br><br>**DEFENDANT'S UNOPPOSED NOTICE OF REQUEST TO APPEAR BY VIDEO ON FEBRUARY 3, 2026** |

      Defendant David Huerta, by and through undersigned counsel, respectfully files this unopposed notice for certain members of the defense team, Abbe D. Lowell and David Kolansky, to appear by video[1] on Tuesday, February 3, 2026, should the Court still wish to hold a conference then to discuss the case issues.[2] In the event the Court resets the pretrial conference and trial dates prior to February 3, and does not wish to hold a conference on that date, this notice is mooted.

      On January 29, 2026, Defense counsel informed the government that it intended to file this notice of request to appear by video on February 3, 2026 and the government indicated it does not oppose this request.

Dated: January 29, 2026           Respectfully submitted,

LOWELL & ASSOCIATES, PLLC

By:   /s/ *Abbe David Lowell*
       Abbe David Lowell

MCLANE, BEDNARSKI & LITT, LLP

By:   /s/ *Marilyn E. Bednarski*
       Marilyn E. Bednarski

*Attorneys for Defendant David Huerta*

---

[1] Co-counsel, Marilyn Bednarski, remains available to appear in-person for a Court conference on February 3, 2026.

[2] Given the parties' Joint Status Report (Dkt. 66) explaining the need to reset the trial date and those pretrial dates that trial would require, we assume February 3 would become a status conference to discuss the schedule, whether the Court wants a separate date to hear the pending motions to dismiss, the status of discovery that the government is still providing, or any other matter preliminary to a trial schedule.

1