MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL (*pro hac vice*)
Email: alowellpublicoutreach@lowellandassociates.com
DAVID A. KOLANSKY (*pro hac vice*)
Email: dkolansky@lowellandassociates.com
Lowell and Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110

Attorneys for Defendant
DAVID HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DAVID HUERTA,<br><br>　　　　Defendant. | CASE NO.: 2:25-CR-00841-SB-1<br><br>**DEFENDANT'S UNOPPOSED EX PARTE APPLICATION TO RESET THE 2/17/2026 HEARING DATE TO 2/16/2026, THE AFTERNOON OF 2/18/2026, OR ANYTIME ON 2/19/2026 OR 2/20/2026** |

Defendant David Huerta, by and through his counsel of record, Marilyn E Bednarski of McLane, Bednarski & Litt, LLP and Abbe David Lowell and David A. Kolansky of Lowell & Associates PLLC, respectfully files this unopposed *ex parte* application for an Order resetting the February 17, 2026 hearing date to February 16, 2026, the afternoon of February 18, 2026, or anytime on February 19, 2026 or February 20, 2026.  Mr. Huerta's counsel informed the government via email on February 1, 2026 that it intended to seek this *ex parte* application with these dates and government counsel indicated it has no objection to this request.

The basis for this request is the following:

1. On January 6, 2026, Defendant David Huerta filed three motions (two motions to dismiss and a motion to compel discovery) which are currently pending before this Court.  Dkt. Nos. 55, 56 and 58.  The motions are fully briefed and ready for hearing, as on January 13, 2026, the government filed its oppositions to the motions (Dkt. Nos. 60 and 61) and on January 28, 2026, Mr. Huerta filed his reply to the omnibus opposition to the motions to dismiss (Dkt. No. 71). Mr. Huerta did not file an optional reply brief with respect to the motion to compel discovery.

2. The hearing on Mr. Huerta's motions 55, 56 and 58 is set for February 17, 2026 at 8 a.m. Dkt. No. 85. This Court has indicated that on that date the parties should also be prepared to discuss the scheduling of the trial.  *Id.*

3. Abbe Lowell, co-counsel for Mr. Huerta, will travel from the District of Columbia for the hearing and will argue the two motions to dismiss (Dkt. Nos. 55 and 56).

4. Attorney Lowell respectfully requests that this Court reset the hearing from February 17 to any of the following dates: Monday February 16, 2026, the afternoon of Wednesday February 18, 2026, or anytime Thursday or Friday February 19 or 20, 2026.  This request, if granted, would permit Attorney Lowell to attend a

medical appointment and then moderate an event for lawyers, judges and the public both in Washington, D.C. on Tuesday February 17, 2026.

5. Government counsel AUSA Neil Thakor and AUSA Chris Bulut advised on February 1, 2026 that they have no opposition to this Court moving the hearing as requested in this application.

A declaration and proposed order are attached to this Application.

Dated: February 1, 2026            Respectfully submitted,

McLANE, BEDNARSKI & LITT, LLP

By: /s/ Marilyn E. Bednarski
    Marilyn E. Bednarski

LOWELL & ASSOCIATES, PLLC

By: /s/ Abbe David Lowell
    Abbe David Lowell (*pro hac vice*)

*Attorneys for Defendant David Huerta*

2