| | |
|---|---|
| 1 | MARILYN E. BEDNARSKI, SBN 105322 |
| | E-Mail: mbednarski@mbllegal.com |
| 2 | McLane, Bednarski & Litt, LLP |
| 3 | 975 East Green Street |
| | Pasadena, California 91106 |
| 4 | Telephone: (626) 844-7660 |
| | Facsimile: (626) 844-7670 |
| 5 | |
| 6 | ABBE DAVID LOWELL (*pro hac vice*) |
| | Email: alowellpublicoutreach@lowellandassociates.com |
| 7 | DAVID A. KOLANSKY (*pro hac vice*) |
| | Email: dkolansky@lowellandassociates.com |
| 8 | Lowell and Associates, PLLC |
| 9 | 1250 H Street NW, Suite 250 |
| | Washington, DC 20005 |
| 10 | Telephone: (202) 964-6110 |
| 11 | Attorneys for Defendant |
| 12 | DAVID HUERTA |

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:25-CR-00841-SB |
| *Plaintiff*, | |
| | **DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF MR. HUERTA'S UNOPPOSED EX PARTE APPLICATION TO RESET THE 2/17/2026 HEARING DATE TO 2/16/2026, THE AFTERNOON OF 2/18/2026, OR ANYTIME ON 2/19/2026 OR 2/20/2026** |
| v. | |
| DAVID HUERTA, | |
| *Defendant*. | |

## DECLARATION OF ABBE DAVID LOWELL

I, Abbe David Lowell, hereby declare the following:

1. I am a member of the bar of Washington, D.C. and Founding Member of the law firm Lowell & Associates, LLP.  The firm is co-counsel for Defendant David Huerta in this matter.  I was admitted *pro hac vice* to this Court on November 4, 2025.  ECF No. 35.

2. I submit this declaration in support of Mr. Huerta's unopposed *ex parte* application requesting that the Court reset the February 17, 2026 hearing date to any of February 16, 2026, the afternoon of February 18, 2026, or anytime on February 19, 2026 or February 20, 2026.

3. I will travel from the District of Columbia for the motions' hearing and will argue the two pending motions to dismiss (Dkt. Nos. 55 and 56).

4. This request, if granted, would permit me to attend a scheduled medical appointment and then to moderate a scheduled event for lawyers, judges and the public, both taking place in Washington, D.C. on Tuesday February 17, 2026.

5. On February 1, 2026, I contacted counsel for the government regarding its position on this *ex parte* application.  The government through Assistant United States Attorneys Chris Bulut and Neil Thakor have advised that they have no opposition to this Court moving the hearing as requested in this application.

I declare under penalty of perjury that the foregoing is true and correct to the best of by knowledge.

Signed this 1st day of February, 2026, in Washington, DC.

By: /s/ *Abbe David Lowell*
    Abbe David Lowell

*Attorney for David Huerta*

1