1
2
3
4
5
6
7
8
9
10
11
12

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21

| UNITED STATES OF AMERICA, | CASE NO.: 2:25-CR-00841-SB-1 |
|---|---|
| Plaintiff, | |
| | **ORDER GRANTING DEFENDANT'S UNOPPOSED EX PARTE APPLICATION TO RESET THE 2/17/2026 HEARING DATE** |
| vs. | |
| DAVID HUERTA, | |
| Defendant. | |

22
23
24
25
26
27
28

1       The Court has read and considered Defendant's unopposed ex parte
2 application to reset the February 17, 2026 hearing date to February 16, 2026, the
3 afternoon of February 18, 2026, or anytime on February 19, 2026 or February 20,
4 2026 and ORDERS as follows:
5       The hearing on Defendant's motions to dismiss and compel discovery (Dkt.
6 Nos. 55, 56 and 58) is reset to February 20, 2026 at 8:30 a.m.  The parties should
7 also be prepared to discuss trial scheduling at that hearing.



February 4, 2026  
  DATE                            STANLEY BLUMENFELD JR.  
                                UNITED STATES DISTRICT JUDGE