MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL (*pro hac vice*)
Email: alowellpublicoutreach@lowellandassociates.com
DAVID A. KOLANSKY (*pro hac vice*)
Email: dkolansky@lowellandassociates.com
Lowell and Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110

Attorneys for Defendant
DAVID HUERTA

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
CHRIS S. BULUT (Cal Bar No. 352016)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:   (213) 894-6595 / 6738
     Facsimile:   (213) 894-0141
     E-mail:     neil.thakor@usdoj.gov
                  chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1
2
3
4
5
6
7

8

WESTERN DIVISION

9

UNITED STATES DISTRICT COURT

10

CENTRAL DISTRICT OF CALIFORNIA

11

12

| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00841-SB |
|---|---|
| Plaintiff, | **JOINT STATUS REPORT REGARDING DEFENDANT'S MOTION TO COMPEL (DKT. 60).** |
| vs. | |
| DAVID HUERTA, | |
| Defendant. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    Pursuant to this Court's order (Dkt. 88), Defendant, David Huerta, by and
2    through his counsel of record, Marilyn E. Bednarski of McLane, Bednarski & Litt,
3    LLP and Abbe David Lowell and David A. Kolansky of Lowell & Associates,
4    PLLC, and Plaintiff, United States of America, by and through its counsel of record,
5    the Acting United States Attorney for the Central District of California, Assistant
6    United States Attorneys Neil Thakor and Chris Bulut, hereby submit this Joint
7    Status Report regarding the status of Defendant's motion to compel discovery (Dkt.
8    60) (the "Motion").  Each of the parties' respective positions on whether the Motion
9    has been resolved is included below.

10    **MR. HUERTA'S POSITION**

11    As detailed below, certain discovery issues regarding the government's
12    production of electronic data for the agents' text messages have not been resolved.

13    On January 6, 2026, Mr. Huerta moved for an order compelling certain
14    government discovery because the prosecution had yet to satisfy its affirmative
15    discovery obligations and Mr. Huerta's specific written discovery requests for
16    metadata and other ownership information for the previously produced files.
17    Specifically, Mr. Huerta sought (i) any metadata for or associated with government
18    agents' text messages that have previously been produced to the Defense, and (ii)
19    any metadata for photos and videos taken of the scene on June 6, 2025 that have
20    previously been produced to the Defense.[1]

21    In response on January 13 (Dkt. 60), as to the text message information, the
22    government had "agreed to create an excel sheet with the information requested
23    above on each of the text messages, which it is in the process of creating."  Dkt. 60

24

25    [1] Because of certain follow-up information provided by the government about
26    the metadata for the photos and videos taken on June 6, 2025, this request is now
27    moot.  For the foregoing reason, this Joint Status Report will only address issue (i)
     pertaining to the agents' text messages.

28                                                                 1

at 6; *id.* at 2 n.1 (noting the government's agreement "to produce the *information that would be contained in the metadata*" for the agents' text messages). The defense was content with that representation and agreement, and did not submit a reply brief.

On January 19, 2026, in a supplemental discovery letter, Mr. Huerta's counsel renewed its request for all underlying information for agents' text messages "in an index or Excel format, including the file name, date of capture/receipt/transmission, and any other relevant data, for any previously produced messages" *as well as* for additional screenshots of agents' text messages produced by the government on January 14, 2026 (Production Vol. 008). **Ex. A** at 1 (Req. 1). The government responded by e-mail later that day but not about the text message information sought.

On January 24, 2026, the government produced additional agents' text messages, again for the first time, this time between Detention Officer Carey Crook and Assistant Field Office Director Christian Menjivar regarding the June 6, 2025 event (Production Vol. 009). The government also produced, for the first time, new call logs, text messages, and pictures from HSI Special Agent Seth Tuggs from June 6. In its cover email, the government provided the full names and partial phone numbers for two of the HSI special agents contained in the text messages produced on January 14 (as requested in Mr. Huerta's January 19 discovery letter). **Ex. B** (1/24/26 Email from AUSA Thakor to Defense Counsel).

On February 2, 2026, Mr. Huerta's counsel renewed and reiterated its request for all underlying information for agents' text messages, writing: "can you please provide a status update on the excel spreadsheet for the agents' text messages, including now the new text messages produced in Prod 009 (Crook-Menjivar texts; SA Tugg[s] texts)? Your Opposition to our Mot. to Compel Discovery (Dkt 58) stated that the government 'agreed to create an excel sheet with the information requested above on each of the text messages, which it is in the process of creating.' (Dkt. 60 at 6). We also need the phone number and contact details for each of the

contacts/recipients in those text messages, and you indicated in your email on 1/24/26 that you would be providing 'screenshots of the metadata' for each of SA Tuggs' phone calls." **Ex. C** (2/2/26 Email from Defense Counsel to AUSA Thakor). The government did not respond to that request substantively except to say that it was "following up on the discovery items below." *Id.*

On February 4, 2026, Mr. Huerta's counsel renewed for the fourth time, in a supplemental discovery letter, its prior request "[f]or any new agent text messages or call logs in Government Production 008 or Production 009, [. . .] all metadata affiliated with those messages or call logs in an index or Excel format, including the file name, date of capture/receipt/transmission, and any other relevant data (on January 5, 2026, the government indicated it would provide this information in this format rather than an extraction of agents' phone; we have not yet received that)." **Ex. D** at 2 (Req. 4). With no response received, on February 9, 2026, Mr. Huerta's counsel followed up with government counsel, "to make sure you received our February 4[th] letter with supplemental discovery requests" and specifically asked the government to "please provide a status update on:

1. The excel spreadsheet for the agents' text messages, including the new messages produced in Prod 009 (Crook-Menjivar texts; SA Tugg texts)? Your Opposition to our Mot. to Compel Discovery (Dkt 58) stated that the government 'agreed to create an excel sheet with the information requested above on each of the text messages, which it is in the process of creating.' (Dkt. 60 at 6). You also indicated in your January 24 email that you would be providing 'screenshots of the metadata' for each of SA Tuggs' phone calls."

**Ex. C** (2/9/26 Email from Defense Counsel to AUSA Thakor).

On February 10, 2026, the government responded by e-mail as follows:

3

Regarding the three items below, we intend to make another production this week with additional information on text messages and calls from agents at the Ambiance location, including from SA Tuggs. *I understand from speaking with our staff that the spreadsheet is a little more difficult to create given the images in the text messages, so that is still a work in progress.*

**Ex. C** (2/10/26 Email from AUSA Thakor to Defense Counsel) (emphasis added). No further timeline or detail was provided to the defense.

On February 12, 2026, counsel for the parties met and conferred by video. Mr. Huerta's counsel again asked the government for an update on the outstanding excel sheet and text message information, to which AUSA Thakor indicated that the Office has staff working on the request, but with limited resources, it still remains in progress.

Over the weekend, Mr. Huerta's counsel prepared a draft Joint Status Report and sent it to the prosecutors on the morning of February 16, 2026. At 12:28 AM EST on the eve of this filing, the government provided Mr. Huerta, for the first time, with an excel spreadsheet containing certain data for text messages between Agents J. Crossen and R. Ribner. Because we have not yet had a chance to fully review the spreadsheet's substance, as it was just received by defense counsel, we cannot make a representation about its completeness prior to filing this JSR, until we can compare its contents against the original messages provided in this case. Notably missing, however, is the remaining data for the *other agents*' text messages previously requested by the defense (and described herein), including between SDDO Carey Crook and AFOD Christian Menjivar

Defense counsel will review the new material promptly and will be prepared to advise the Court of this, and any continuing issues, at the hearing on February 20.

4

**GOVERNMENT'S POSITION**

**Photographs:**  As stated in its Opposition to the Motion to Compel, prior to the Motion being filed, the government had already provided the metadata for the pictures it produced in native format.   As result, the request is moot.

**June 6 Text messages**:  The government also contends the Motion is moot with respect to the June 6 text messages.  The government has produced both (a) the information requested about each of the June 6 text messages at issue in the Motion; and (b) created a searchable excel sheet containing the information for defendant's convenience.

The defendant sought the following information about the text messages between SA Ribner and TFO Crossen on June 6: "(i) which agents were communicating with one another; (ii) what telephone number(s) and mobile devices (personal, government-issued, or both) were being used; (iii) the time and time zone that messages were sent; and (iv) […] to read certain messages themselves—as certain messages are cut off due to the screenshot nature of the messages."  (Dkt. 58, "Mtn. to Compel", 17:10-17.)  The government agreed to provide that information and create a searchable excel sheet with that information for defendant. First, on January 14, 2026, the government produced all of the information defendant requested in its Motion to Compel.  As shown in **Government's Exhibit 1**, the government re-produced the June 6 text messages with time stamps so that defendant can tell exactly when each text message was sent.  In addition, the government explained in an email that the text messages were between the government phone of SA Ribner and the personal phone of TFO Crossen, except for a handful of text messages which were between the government phone of SA Ribner and the government phone of TFO Crossen.  The government also provided the last four digits of the phone number of the two phones used by TFO Crossen on June 6.  (Gov. Ex. 1, p. 1.)

5

1        Second, the government also created a searchable excel sheet containing the

2  information about the text messages.  That excel sheet was produced on February

3  16, 2026, and is attached as **<u>Government's Exhibit 2</u>**, a snapshot of which is pasted

4  below.

5        (Gov. Ex. 2.)

| | Text | Time | Sender | Sender# | Recipient | Recepient# | Bates Number |
|---|---|---|---|---|---|---|---|
| 2 | Getting out on foot to get her car. She's still here and looks panicked | 10:10 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000824 |
| 3 | [IMG_2557] | 10:10 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000824 |
| 4 | [IMG_2581.MOV] | 10:14 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000825 |
| 5 | Her plate. Installed to her she thinks I'm filing as a concerned citizen lol. She said she was late to work. The handbag place next door closed its doors | 10:14 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000826 |
| 6 | [IMG_2552] | 10:14 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000826 |
| 7 | [IMG_2553] | 10:14 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000826 |
| 8 | According to her this place locked up and is freaked out | 10:15 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000826 |
| 9 | [IMG_2580.MOV] | 10:15 AM | TFO Crossen | -2942 | SA Ribner | -9789 | HUERTA_00000827 |

12       In the excel sheet, the government provided in searchable format the

13  following information for each of 142 text messages from June 6 between SA

14  Ribner and TFO Crossen: (a) the text of the messages; (b) the time it was sent; (c)

15  the sender; (d) the last four digits of the sender's phone number; (d) the recipient;

16  (e) the last four digits of the recipient's phone number; and (f) the corresponding

17  bates number where the text message can be found in the production.  In addition,

18  for each of the images and video contained in the text messages, the government

19  identified the corresponding file name contained in the government's productions.

20        Accordingly, all of the information about the June 6 text messages has been

21  produced and has been organized in a searchable excel sheet for defendant's

22  convenience.  Defendant's Motion is moot.[2]

---

24      [2] The government has continued to search for relevant communications that

25  were sent or received from the 56 agents involved in the search warrant execution

     and has produced communications as it has discovered them.  The government

26  made additional productions on January 14, 2026, January 24, 2026, and February

27  12, 2026.  In addition, the government responded to defendant's ongoing and new

     discovery requests on January 14, 2026, January 19, 2026, January 20, 2026, and

28

1    DATED: February 17, 2026          Respectfully Submitted,

2

3                                       McLANE, BEDNARSKI & LITT, LLP

4                                       By:  /s/ Marilyn E. Bednarski

5                                            Marilyn E. Bednarski
                                             Attorney for Defendant Huerta
6

7                                       LOWELL & ASSOCIATES, PLLC

8

9                                       By:  /s/ Abbe David Lowell
                                             Abbe David Lowell (*pro hac vice*)
10                                           David A. Kolansky (*pro hac vice*)
                                             Attorney for Defendant Huerta
11

12

13   DATED: February 17, 2026          By:  /s/ Neil P. Thakor

14                                           NEIL THAKOR
                                             CHRIS BULUT
15                                           Assistant United States Attorneys

16

17

18

19

20

21

22

23

24   _____

25   January 24, 2026 and February 10, 2026.  The government's portion of the joint

26   status report only addresses the issues raised in the Motion to Compel, however the
     government will be prepared to discuss any additional discovery issues during the
27   February 20, 2026, hearing.

28                                          7