# Exhibit A



1250 H Street NW, Suite 250
Washington, DC 20005



**McLane, Bednarski & Litt, LLP**
975 E Green Street, Pasadena, CA 91106

**Abbe David Lowell, Esq.**
ALowellPublicOutreach@lowellandassociates.com

**Marilyn Bednarski, Esq.**
mbednarski@mbllegal.com

January 19, 2026

**VIA E-MAIL**

Mr. Neil Thakor
Assistant United States Attorney
United States Attorney's Office for the
   Central District of California
312 North Spring Street, Suite 1300
Los Angeles, CA 90012

    Re:    <u>*United States v. David Huerta*, Case No. 2:25-cr-00841-SB</u>

Dear AUSA Thakor:

    In follow up to our discovery letters to you dated November 5, 2025, December 8, 2025, and December 14, 2025, we are sending this supplemental request for discovery. As we discussed on January 14, 2026, and in light of the government's latest discovery production on January 13, 2026 raising new issues, we are sending these requests and hope to minimize our motions practice by resolving these discovery issues with you. We respectfully request that the Government produce any material in its possession or control responsive to these Requests no later than February 2, 2026.

1. For any text messages or other communications previously provided in discovery from any government Agent's cellphone(s) (*see* HUERTA_00000076 – 159; HUERTA_00000160 – 356; HUERTA_00000357; HUERTA_00000821 – HUERTA_00000859), please provide all metadata affiliated with those messages in an index or Excel format, including the file name, date of capture/receipt/transmission, and any other relevant data, for any previously produced messages (on January 5, 2026, you indicated you would provide this information in this format rather than an extraction of agents' phone; we have not yet received that).

    a. Please also produce all identifying information and metadata for the Agents' text messages with the following contacts on June 6: "Shaun" (*see* HUERTA_00000855) and "Matt" (*see* HUERTA_00000856).

    b. Please also confirm that "Shaun" and "Matt" do not possess any other communications bearing on David Huerta or the federal search executed at Ambiance on June 6, 2025.

L&A

January 19, 2026
Page 2

2. All body-worn camera footage from FBI agents participating in the operations or proceedings at or outside Ambiance Apparel on June 6, 2025 (as referenced in HUERTA_00000800).

3. All communications and cellphone records, including, but not limited to, all call logs, between SDDO Carey Crook and van driver Brian Gonzalez on June 6, 2025 (*see* HUERTA_00000803, indicating the two men were in contact on June 6).

4. All documents and/or reports from or by the Los Angeles Police Department bearing on the events of June 6 at Ambiance and any response to the scene that day (*see* HUERTA_00000802 and as referenced in the government's omnibus Opposition brief).

5. All communications and/or correspondence between DHS-HSI and the Los Angeles Police Department on June 6 pertaining to the events at Ambiance Apparel.

6. All documents and/or communications relating to an alleged "slashed," "flattened," or "punctured" tire on the transport van used at Ambiance Apparel on June 6, 2025 (*see* HUERTA_00000819, and raised for the first time in the January 13 production).

7. All documents and/or communications concerning the extent or completeness of the Ambiance Apparel warehouse search conducted on June 6, 2025. (The government's omnibus Opposition and interviews of certain agents raised this issue for the first time).

8. All documents and/or communications concerning the search's "perimeter team" (as referenced in HUERTA_00000801), such as a list of federal officers and vehicles that were assigned to this duty or any operational plans indicating such information, and any documents and/or communications regarding their observations of the protest and the execution of the warrant. (The government's omnibus Opposition and interviews of certain agents raised this issue for the first time).

9. All Individual Operation Plans for the execution of the search warrant at Ambiance Apparel on June 6 (as referenced in HUERTA_00000749).

10. All documents and/or communications concerning any administrative arrests that took place at the Ambiance Apparel warehouse on June 6, including authorizations for these arrests and any records of transportation of the detainees.

11. All use of force, deployment of less-lethal munitions, or incident reports concerning the June 6, 2025 operation at Ambiance Apparel, including reports to or from the Office of Principal Legal Advisor (OPLA), Enforcement Action Statistical Analysis and Reporting System (E-STAR) incident reports, reports to the U.S. Customs and Border Patrol Office of Professional Responsibility, or equivalent reports of other agencies involved in the June 6 operation. (The government's January 13 production raised certain of these issues for the first time).

L&A

12. All relevant DHS, HSI, ICE, DEA, and FBI documents, reports, training manuals, and policy memos pertaining to the following: (i) serving and executing court-approved search warrants; (ii) immigration or other HSI/ICE enforcement; (iii) crowd control policies; and (iv) use of force (lethal and non-lethal) policies.

13. All notes, documents, and/or reports bearing on the duration, completion, termination, or execution of the search on June 6 at Ambiance Apparel. (The government's omnibus Opposition and interviews of certain agents raised this issue for the first time).

14. The search warrant return(s) for the Ambiance Apparel warrant executed on June 6.

15. Please confirm that prosecutors' interview with HSI Special Agent Janae Combest-Smith took place on January 2, 2026, not January 2, 2022, as reflected in HUERTA_00000800.

\*   \*   \*

We ask that you complete the discovery previously and now requested no later than February 2, 2026. If you have any questions regarding these requests, please contact either of us. Thank you.

Sincerely,

Abbe David Lowell
*Founding Member*
Lowell & Associates, PLLC

Marilyn Bednarski, Esq.
*Partner*
McLane, Bednarski & Litt, LLP

cc:    Chris Bulut, Assistant United States Attorney