# Exhibit B

| | |
|---|---|
| **From:** | Thakor, Neil (USACAC) |
| **To:** | David Kolansky; Bulut, Chris (USACAC) |
| **Cc:** | Abbe David Lowell; Marilyn Bednarski; Maggie McGuire |
| **Subject:** | RE: U.S. v. Huerta, No. 25-cr-00841-SB - Meet & Confer Follow Up |
| **Date:** | Saturday, January 24, 2026 12:16:29 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |

Hi David – thanks for your responses. I'll take a look this weekend and let you know if I have any further questions.

In the meantime, I have uploaded Production # 9 to the USAfx folder. It includes the following:

- Additional ROIs we have uncovered from June of 2025 from TFO Crossen and Joseph Mckenzie. I have included a PDF and word version of the ROIs (in the Native folder) so you can see the metadata on when it was created/by who.

- Calls/Texts/Pictures from SA Seth Tugg from the incident. There will be an ROI on our interview with SA Tuggs on this, but SA Tugg driving a Jeep during the execution of the search warrant and left to get boxes to collect documentary evidence from Ambiance. Despite making several calls for agents inside the location, he was unable to make it back into the search warrant location to collect that documentary evidence due to the demonstrations. You can see the Jeep he was driving in Huerta_726-727. He sent us screenshots of his calls and texts from that day which is included in the production. I've asked him to provide screenshots of the metadata (i.e. time of each call/duration etc.)  for each call which he said he would get to me next week.

- Text messages between Carey Crook and Christian Menjivar regarding the incident.

- Evidence from the Ambiance prosecution including an evidence log, search warrant return, pictures from the execution, and information on Ambiance

employees.  These are being produced pursuant to the protective order.

In addition, to continue working to check off some of the discovery requests in your January 19, 2026 letter:

1(a) -  "Matt" is Matt Vandercreek, who is an HSI Analyst. The last four of his phone number is -3324.  There are no additional text messages or written communications about this incident between SA Ribner and Mr. Vandercreek.

1(b) – "Shaun" is Shaun Lubow, who is an HIS Analyst. The last four of his phone number is – 5731. There are no additional text messages or written communications about this incident between SA Ribner and Mr. Lubow.

5.  Although not in our possession, custody or control, we requested all police reports, body cameras, and any other materials from LAPD from their response to June 6 incident. We will produce what receive from LAPD.

15. You are correct that interview took place on January 2, 2026, not on 2022. I will make sure the final report reflects the correct date.

I'll continue working to check off the rest of the items on your letter. Let me know if you have any questions about the most recent production or the information in this email.

