# Exhibit C

| | |
|---|---|
| **From:** | Thakor, Neil (USACAC) |
| **To:** | David Kolansky; Bulut, Chris (USACAC) |
| **Cc:** | Abbe David Lowell; Marilyn Bednarski; Maggie McGuire |
| **Subject:** | RE: USA v. Huerta - 2:25-cr-00841-SB - Copies of Trial Documents |
| **Date:** | Tuesday, February 10, 2026 1:18:14 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |
| | image005.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | image009.png |
| | image010.png |
| | image011.png |
| | image012.png |
| | image013.png |
| | image014.png |
| | image015.png |
| | image016.png |
| | image017.png |
| | image018.png |

Hi David – thanks, and yes we received the February 4 discovery letter and will let you know if you have any questions.

Regarding the three items below, we intend to make another production this week with additional information on text messages and calls from agents at the Ambiance location, including from SA Tuggs. I understand from speaking with our staff that the spreadsheet is a little more difficult to create given the images in the text messages, so that is still a work in progress.

We have not received anything yet from LAPD but will produce anything we receive. In my experience, LAPD takes some time to process requests like these, although we have asked LAPD to expedite the request.

Finally, my understanding is that there is no existing FBI body worn camera footage from the execution of the search warrant or during the arrest of your client.

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Monday, February 9, 2026 1:38 PM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>
**Cc:** Abbe David Lowell <███████████████████████>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <███████████████████████>
**Subject:** [EXTERNAL] Re: USA v. Huerta - 2:25-cr-00841-SB - Copies of Trial Documents

Neil, Chris,

Hope you had a nice weekend.  I am following up on the below e-mail to make sure you

received our February 4th letter with supplemental discovery requests. Please confirm when possible.

Additionally, can you please provide a status update on three other outstanding items:

1. The excel spreadsheet for the agents' text messages, including the new messages produced in Prod 009 (Crook-Menjivar texts; SA Tugg texts)?  Your Opposition to our Mot. to Compel Discovery (Dkt 58) stated that the government "agreed to create an excel sheet with the information requested above on each of the text messages, which it is in the process of creating." (Dkt. 60 at 6).  You also indicated in your January 24 email that you would be providing "screenshots of the metadata" for each of SA Tuggs' phone calls.

2.  The LAPD reports and records, which you had previously stated your Office has requested.

3.  Any FBI body-worn camera video from June 6, 2025 at Ambiance.

Thank you.

David



**David Kolansky | Counsel**

*Lowell & Associates, PLLC*

📞 202-964-6110

📱 ▇▇▇▇▇▇▇

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Wednesday, February 4, 2026 10:48 AM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>
**Cc:** Abbe David Lowell <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇>
**Subject:** Re: USA v. Huerta - 2:25-cr-00841-SB - Copies of Trial Documents

Neil,

Please see the attached supplemental discovery requests.  Please let us know if you have any questions or would like to discuss.  The letter requests that any responsive material be produced no later than February 15, 2026, so that any deficiencies can be addressed at the hearing.  Thanks in advance.

David



**David Kolansky** | Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

📱 ▓▓▓▓▓▓▓

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

---

**From:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>
**Sent:** Tuesday, February 3, 2026 3:12 AM
**To:** David Kolansky <dkolansky@lowellandassociates.com>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>
**Cc:** Abbe David Lowell <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** Re: USA v. Huerta - 2:25-cr-00841-SB - Copies of Trial Documents

Thanks David - we are trying to upload the exhibits to USAfx, but we are getting errors, I think because of the total volume of exhibits. Do you want to send a runner to pick up a flash drive tomorrow?

We are following up on the discovery items below and will be on the look out for your supplemental discovery letter.

---

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Monday, February 2, 2026 4:37:56 PM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>
**Cc:** Abbe David Lowell <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓>
**Subject:** [EXTERNAL] Re: USA v. Huerta - 2:25-cr-00841-SB - Copies of Trial Documents

Neil and Chris,

I am following up on a few outstanding items. First, can you please provide a status update on the excel spreadsheet for the agents' text messages, including now the new text messages produced in Prod 009 (Crook-Menjivar texts; SA Tugg texts)? Your Opposition to our Mot. to Compel Discovery (Dkt 58) stated that the government "agreed to create an excel sheet with the information requested above on each of the text messages, which it is in the process of creating." (Dkt. 60 at 6). We also need the phone number and contact details for each of the contacts/recipients in those text messages, and you indicated in your email on 1/24/26 that you would be providing "screenshots of the metadata" for each of SA Tuggs' phone calls.

Second, as requested below (1/29/26), did the Government provide "a flash drive containing a digital copy of all trial exhibits" to the Court with its trial notebook? If so, would you please also provide defense counsel with a digital copy of those same trial exhibits as soon as possible, as we did not receive that yet. Either USAfx or a thumb drive would be fine.

Lastly, we intend to shortly send you a supplemental discovery letter, in response to Prods 008 and 009. Please be on the lookout for that request. Thank you.

David



**David Kolansky | ** Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110

📱 ▇▇▇▇▇▇▇

✉ dkolansky@lowellandassociates.com

🌐 lowellandassociates.com

📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

