# Exhibit D


1250 H Street NW, Suite 250
Washington, DC 20005


McLane, Bednarski & Litt, LLP
975 E Green Street, Pasadena, CA 91106

**Abbe David Lowell, Esq.**
ALowellPublicOutreach@lowellandassociates.com

**Marilyn Bednarski, Esq.**
mbednarski@mbllegal.com

February 4, 2026

**VIA E-MAIL**

Mr. Neil Thakor
Assistant United States Attorney
United States Attorney's Office for the
    Central District of California
312 North Spring Street, Suite 1300
Los Angeles, CA 90012

      Re:    <u>*United States v. David Huerta*, Case No. 2:25-cr-00841-SB</u>

Dear AUSA Thakor:

      In follow up to our discovery letters to you dated November 5, 2025, December 8, 2025, December 14, 2025, and January 19, 2026, we are sending this supplemental request for discovery. In response to the government's *ninth* discovery production, made on January 24, 2026, yet again raising new issues, we are sending these requests and hope to minimize our motions practice by resolving these discovery issues with you. We respectfully request that the Government produce any material in its possession or control responsive to these Requests no later than February 15, 2026, so that any deficiencies can be addressed on the record with the Court at the scheduled hearing.

1. Mr. Huerta requests the ability to inspect the transport van's "slashed," "flattened," or "punctured" tire from June 6, 2025 (raised for the first time in the government's January 13 production, *see* HUERTA_00000819).[1] To the extent the "slashed," "flattened," or "punctured" van tire from June 6, 2025 was not preserved, the government should so advise.

2. All text messages, call logs, or other communications records from or held by HSI Special Agent Janae Combest-Smith indicating or describing that the Ambiance Apparel search was "cut short" on June 6, 2025 (as referenced in HUERTA_00000800).

---

[1] Defense counsel's right to inspect physical evidence in the prosecution's case pre-trial is established under both Federal Rule of Criminal Procedure 16 and the government's *Brady* obligations. Rule 16(a)(1)(E) grants defendants the right to inspect tangible objects in the government's possession, custody, or control if the evidence is: (1) material to preparing the defense, (2) intended for government use in its case-in-chief, or (3) obtained from or belongs to the defendant. The government has indicated here that it intends to refer to or make use of the tire in its case-in-chief.

L&A

February 4, 2026
Page 2

    a. Mr. Huerta also renews his January 19, 2026 request for all notes, documents, and/or reports bearing on the duration, completion, termination, or execution of the search on June 6 at Ambiance Apparel. (As raised in the government's omnibus Opposition and interviews of certain agents for the first time).

3. An inventory from the Ambiance Apparel search executed on June 6, 2025 indicating the number of boxes collected and transported from the search warrant location, and that generally describes what each box contained (beyond the Property Receipt produced for the electronics seized).

4. For any new agent text messages or call logs in Government Production 008 or Production 009, Mr. Huerta renews and incorporates his prior requests (on December 14, 2025 and January 19, 2026) for all metadata affiliated with those messages or call logs in an index or Excel format, including the file name, date of capture/receipt/transmission, and any other relevant data (on January 5, 2026, the government indicated it would provide this information in this format rather than an extraction of agents' phone; we have not yet received that).

    a. Mr. Huerta also renews his January 19, 2026 request for all communications and cellphone records, including but not limited to any call logs, between SDDO Carey Crook and Brian Gonzalez on June 6, 2025 (*see* HUERTA_00000803, indicating the two men were in contact on June 6).

\* \* \*

We ask that you complete the discovery requested herein by no later than February 15, 2026. If you have any questions regarding these requests, please contact either of us. Thank you.

Sincerely,

Abbe David Lowell
*Founding Member*
Lowell & Associates, PLLC

Marilyn Bednarski, Esq.
*Partner*
McLane, Bednarski & Litt, LLP

cc:    Chris Bulut, Assistant United States Attorney