**Thakor, Neil (USACAC)**

| | |
|---|---|
| **From:** | Thakor, Neil (USACAC) |
| **Sent:** | Wednesday, January 14, 2026 12:12 AM |
| **To:** | 'David Kolansky'; Bulut, Chris (USACAC) |
| **Cc:** | Abbe David Lowell; Marilyn Bednarski; Maggie McGuire |
| **Subject:** | RE: U.S. v. Huerta, No. 25-cr-00841-SB - Meet & Confer Follow Up |

Hi David –

Can you do 6pm EST/3pm PST? I think both Chris and I are available during that time.

In addition, we uploaded an addition production this evening in the USAfx folder, titled PROD_008. We reference some of those materials in the Oppositions we just filed. PROD_008 has four subfolders (1) draft ROIs taken from interviews Chris and I have done since we joined the case (we are still waiting on approved and finalized versions); (2) additional text messages from SA Ribner's phone with TFO Crossen with time stamps for each text. To the extent was not clear before, the text messages were produced between Ribner and Crossen, which initially started with Crossen's personal phone (ending in -2128) and then continuing on to Crossen's government phone (ending in -2942) because the battery died on the personal; (3) emails and images relating to a slashed tire on the law enforcement van that the government claims was obstructed; and (4) native files for the image of the tire, a screen recording from social media, and compilations of previously produced videos stitched together in an easy to view format.

Let me know if you have questions and if 3pm PST tomorrow works. Thanks!

---

**From:** David Kolansky <dkolansky@lowellandassociates.com>
**Sent:** Tuesday, January 13, 2026 5:40 PM
**To:** Thakor, Neil (USACAC) <Neil.Thakor@usdoj.gov>; Bulut, Chris (USACAC) <Chris.Bulut@usdoj.gov>
**Cc:** Abbe David Lowell <adlowell@lowellandassociates.com>; Marilyn Bednarski <mbednarski@mbllegal.com>; Maggie McGuire <mmcguire@lowellandassociates.com>
**Subject:** [EXTERNAL] RE: U.S. v. Huerta, No. 25-cr-00841-SB - Meet & Confer Follow Up

Neil, Chris – Let us know a few times that may work for you tomorrow afternoon (EST) to meet and confer about discovery issues. 4:45 or 5 PM EST would be good for us. Thanks.



**David Kolansky | ** Counsel

*Lowell & Associates, PLLC*

📞 202-964-6110
📱 202-508-4454
✉️ dkolansky@lowellandassociates.com
🌐 lowellandassociates.com
📍 1250 H St NW Washington DC 20005

*This message and any attachments may contain confidential and privileged information for the sole use of the intended recipient. Any review, disclosure, distribution by others or forwarding without express permission is strictly prohibited. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message.*

 

11:38     LTE

< 1     **Jeremy 2** >     📹

iMessage
Fri, Jun 6 at 10:10 AM

Getting out on foot to get her car. She's still here and looks panicked     10:10 AM



10:10 AM



iMessage

11:38

 1

**Jeremy 2** >



10:14 AM

Her plate. Installed to her she thinks I'm filing as a concerned citizen lol. She said she was late to work. The handbag place next door closed its doors

10:14 AM



iMessage

HUERTA_00000825

11:38   LTE

   

< 1   **Jeremy 2** >   📹

Her plate. Installed to her she thinks I'm filing as a concerned citizen lol. She said she was late to work. The handbag place next door closed its doors

10:14 AM



10:15 AM



10:15 AM

According to her this place locked up and is freaked out

10:15 AM



+   iMessage   🎤

HUERTA_00000826

11:38    LTE

 1    **Jeremy 2** ›    

According to her this place locked up and is freaked out    10:15 AM



10:15 AM

Audio w her telling me she's worried lol    10:15 AM

Her name is ███ she said we made friends    10:18 AM

Crop

+    iMessage    🎤

11:38    LTE

‹ 1    **Jeremy 2** ›

lol

Her name is ▮▮ she said we made friends

10:18 AM



10:19 AM

This plate filming and passed by multiple times

10:19 AM

He just did another pass

10:20 AM



iMessage

HUERTA_00000828

11:38        LTE

< 1        **Jeremy 2** >

This plate filming and passed by multiple times    10:19 AM

He just did another pass    10:20 AM



10:21 AM

Workers on the 2 side fence    10:21 AM

People showing up    10:28 AM

iMessage

HUERTA_00000829

11:38        LTE

 Jeremy 2 ›

Workers on the 2 side fence    10:21 AM

People showing up    10:28 AM

    10:29 AM

    10:29 AM

6 out front now    10:30 AM

All filming    10:30 AM

They are calling people I can hear them. If you want to put that out    10:31 AM

11 out front now and filling up quick    10:31 AM

    10:32 AM



It's organized. Two groups just met

HUERTA_00000830

11:39   LTE

 

## Jeremy 2 >

They are calling people I can hear them. If you want to put that out   10:31 AM

11 out front now and filling up quick   10:31 AM

Copy   10:32 AM

👍

It's organized. Two groups just met up and fist bumped without saying hi   10:33 AM

Keep up what your doing   10:33 AM

13 now   10:37 AM

There will be more now   10:39 AM

Two of them said they are here because their dad works here the fat guys   10:39 AM

5 more walking up now   10:45 AM

Some organized looking dudes arrived   10:47 AM

It's gonna be fun going through this video later   10:51 AM

What are they doing   10:53 AM



iMessage

11:39

 1    **Jeremy 2** ❯    

5 more walking up now                          10:45 AM

Some organized looking dudes arrived           10:47 AM

It's gonna be fun going through this video later    10:51 AM

What are they doing    10:53 AM


10:55 AM

Listen to audio    10:55 AM

I'm with "Ribs first crew" First amendment auditors    10:58 AM


😁    10:59 AM



＋    iMessage    🎤

HUERTA_00000832

11:39    LTE

 1    Jeremy 2 ›    



11:05 AM

Listen to Audio on this one    11:05 AM



iMessage

HUERTA_00000833

11:39                    LTE

 **Jeremy 2** >     

Listen to Audio on this one     11:05 AM



                                        11:10 AM

Beyond borders is here now     11:10 AM

She's on the phone narrating!!!! Calling out officers descriptions!!!     11:12 AM

ID her     11:17 AM

Trying to. Face mask and no veh yet but will follow     11:19 AM

iMessage

HUERTA_00000834

11:39   LTE

 1  **Jeremy 2** >  

Trying to. Face mask and no veh yet but will follow          11:19 AM

She's with CHIRLA          11:22 AM

It's on her shirt          11:23 AM

Will check out their page          11:23 AM

So far she's peaceful but on non-stop phone calls and calling out agent markings and description. They are trying to figure out what agency at first          11:23 AM

Good job          11:24 AM

Call my personal if you need to call me (this one)          11:25 AM

4 from without borders here          11:36 AM



 11:37 AM

+  iMessage  

HUERTA_00000835

**Jeremy 2**



11:37 AM

White woman all black..she's filming and narrating     11:37 AM

Organized     11:37 AM

37 out front     11:38 AM

👍

ID them hopefully with cars     11:39 AM

iMessage

HUERTA_00000836

11:39     LTE

 1    **Jeremy 2** ›

ID them hopefully with cars    11:39 AM

A city councilman is here    11:41 AM



11:43 AM

City councilman out here organizing    11:43 AM

There's a lot of them here    11:44 AM

About 10 more showed up    11:45 AM

Get the guy on the fence on the side    11:45 AM

The organizers are here    11:45 AM

I got him    11:45 AM

+    iMessage

HUERTA_00000837

11:39     LTE 

 1    **Jeremy 2** ›    ◻

City councilman out here organizing    11:43 AM

There's a lot of them here    11:44 AM

About 10 more showed up    11:45 AM

Get the guy on the fence on the side    11:45 AM

The organizers are here    11:45 AM

I got him    11:45 AM

Over 50 now    11:47 AM

I'm out here. I'm watching them    11:47 AM

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders    11:50 AM

**1 Reply**

Looks like trouble    11:50 AM

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

ID this guy    11:50 AM

Get the white female    11:51 AM

 iMessage    

HUERTA_00000838

11:39

 LTE

 **Jeremy 2** ›

Guy just showed up with a face bandana and hugged the girl with a bandana from no borders

**ID this guy**   11:50 AM

**Get the white female**   11:51 AM

Rebate passing word the other bodies are going out the other exit   11:52 AM

They said "we can try to stop them from there"   11:53 AM

**Red shirt beard**   11:53 AM

Yup   11:56 AM

He's yelling "neon onfederates!"   11:56 AM

Every now and then I have to film you guys and not crowd to sell it   12:00 PM

Lot of whites   12:02 PM

Have veh blocking sure you see   12:09 PM

Dudes w gloves and ski masks arriving   12:09 PM

I don't like them all around my jeep lol   12:25 PM

Need atleast 5 next time outside.   12:29 PM

+ iMessage

11:40 

 **Jeremy 2** ›

I don't like them all around my jeep lol

12:25 PM

Need atleast 5 next time outside.

12:29 PM

Getting rough lol 😂 😂

12:29 PM

Fri, Jun 6 at 2:45 PM



2:45 PM

Guy w chains

2:46 PM



2:49 PM

 iMessage

11:40      LTE

   **Jeremy 2** ›

Guy w chains     2:46 PM

     2:49 PM

Listen to audio I have her face too. She's telling them to block the gate etc and to break rules lol     2:49 PM

     2:50 PM

Going through looking for your guy     2:50 PM

iMessage

11:40    LTE

< 1        **Jeremy 2** >

Going through looking for your guy have lots of video of him          2:50 PM

Do you have the subject with the red shirt I arrested          2:50 PM

Yes          2:51 PM

Lots of video going through          2:51 PM

Gonna take a few hours. There is about 4 hours of videos in 10 second to 1 min videos lol...          2:51 PM

I have a couple hundred videos          2:52 PM

Seriously lol. It's going to take more than a couple of hours. I'm trying          2:53 PM

I got him yelling at you a lot too          2:53 PM

Fri, Jun 6 at 4:28 PM


4:28 PM

Watch closely          4:28 PM



iMessage

11:40     ••|| LTE ▬

< 1    **Jeremy 2** >    ◻︎

Yes     2:51 PM

Lots of video going through     2:51 PM

Gonna take a few hours. There is
about 4 hours of videos in 10 second
to 1 min videos lol...     2:51 PM

I have a couple hundred videos     2:52 PM

Seriously lol. It's going to take
more than a couple of hours. I'm
trying     2:53 PM

I got him yelling at you a lot too     2:53 PM

Fri, Jun 6 at 4:28 PM

     4:28 PM

Watch closely     4:28 PM

     4:29 PM

iMessage



11:40

 LTE

 1    **Jeremy 2** ›

Watch closely

4:28 PM



4:29 PM



4:36 PM



5:10 PM



iMessage 

11:40

 1     **Jeremy 2** ›     



5:13 PM

Boom. Your chain guy

5:13 PM



5:14 PM

iMessage

HUERTA_00000845

11:40



**Jeremy 2** >



5:14 PM



5:15 PM



5:19 PM

Here

5:19 PM



5:19 PM

iMessage

11:40 

 1   **Jeremy 2** >   

Here                                                    5:19 PM

                                    5:19 PM

                                    5:19 PM

Here                                                    5:19 PM

You warn him repeatedly in this one          5:20 PM



                                                       5:30 PM

   iMessage                        

11:40 

# Jeremy 2 ›

You warn him repeatedly in this one    5:20 PM



FOX 11 Los Angeles on
Instagram: "LA
IMMIGRATION RAIDS: Fed...
instagram.com

5:30 PM

You saw? Fox got your arrest    5:30 PM

Fri, Jun 6 at 7:36 PM



 7:36 PM

iMessage

HUERTA_00000848

11:41



 Jeremy 2 >



Fri, Jun 6 at 7:36 PM



 7:36 PM

Listen to audio and body language

7:36 PM



 7:38 PM

Sitting on ground blocking on this one

7:38 PM



7:40 PM

iMessage

HUERTA_00000849

11:41

 1   **Jeremy 2** ›   



7:40 PM

Fri, Jun 6 at 9:12 PM



9:12 PM



9:15 PM

Audio

9:15 PM

iMessage

HUERTA_00000850

11:43 

 **Jeremy** ›

Fri, Jun 6 at 12:42 PM

Personal phone out of battery — 12:42 PM

Use this pls — 12:42 PM

My car is 1000% blocked I'm btw — 12:43 PM

One of them looks like Xabi... seriously might be a relative — 12:43 PM

 — 12:44 PM

iMessage

HUERTA_00000851

11:43     .ıll LTE 🔋

1    **Jeremy** ❯    

Look    12:44 PM

He turns look at face    12:44 PM


12:51 PM

Fucking ▮▮▮▮▮▮ is in the crowd    12:56 PM

From Turko    12:56 PM

One of the LTs    12:56 PM

Btw I got a bunch of them to go to the wrong side. I told them there was a gate in the alley I think    1:04 PM



iMessage

11:44    LTE

1

**Jeremy** >

From Turko    12:56 PM

One of the LTs    12:56 PM

Btw I got a bunch of them to go to the wrong side. I told them there was a gate in the alley I think    1:04 PM



1:11 PM

The guy w the chains    1:11 PM

Tried to lock you all in    1:11 PM

I have pics of him too    1:11 PM

Okay good    1:18 PM

iMessage

11:44

 

**Jeremy** >

I have pics of him too

1:11 PM

Okay good.

1:18 PM

Fuck they have a quad blocking my Jeep

1:22 PM

What a squad

1:32 PM

Just clears

1:32 PM

Fri, Jun 6 at 7:41 PM



7:41 PM

iMessage

HUERTA_00000854