MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL (*pro hac vice*)
Email: alowellpublicoutreach@lowellandassociates.com
DAVID A. KOLANSKY (*pro hac vice*)
Email: dkolansky@lowellandassociates.com
Lowell and Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110

Attorneys for Defendant
DAVID HUERTA

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
CHRIS S. BULUT (Cal Bar No. 352016)
Assistant United States Attorneys
General Crimes Section
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:    (213) 894-6595 / 6738
        Facsimile:    (213) 894-0141
        E-mail:       neil.thakor@usdoj.gov
                      chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

1
2
3
4
5
6
7
8

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DAVID HUERTA,<br>Defendant. | Case No.: 2:25-CR-00841-SB<br><br>**JOINT STATUS REPORT REGARDING TRIAL DATES IN AUGUST AND SEPTEMBER OF 2026** |
|---|---|

Pursuant to this Court's order (Dkt. 91), Plaintiff, United States of America, by and through its counsel of record, Assistant United States Attorneys Neil Thakor and Chris Bulut, and Defendant, David Huerta, by and through his counsel of record, Marilyn E. Bednarski of McLane, Bednarski & Litt, LLP and Abbe David Lowell and David A. Kolansky of Lowell & Associates, PLLC, hereby submit this Joint Status Report regarding proposed trial dates in August and September of 2026.

After meeting and conferring, the parties propose the following dates to start trial in this matter:

- August 25, 2026;
- September 1, 2026.

DATED: February 23, 2026        By:  /s/ Neil P. Thakor
                                     NEIL THAKOR
                                     CHRIS BULUT
                                     Assistant United States Attorneys

DATED: February 23, 2026        Respectfully Submitted,

                                McLANE, BEDNARSKI & LITT, LLP

                                By:  /s/ Marilyn E. Bednarski
                                     Marilyn E. Bednarski
                                     Attorney for Defendant Huerta

                                LOWELL & ASSOCIATES, PLLC

                                By:  /s/ Abbe David Lowell
                                     Abbe David Lowell (*pro hac vice*)
                                     David A. Kolansky (*pro hac vice*)
                                     Attorney for Defendant Huerta

1