UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00841-SB |
| Plaintiff, | [PROPOSED] ORDER CONTINUING TRIAL DATE AND FINDINGS REGARDING EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | [PROPOSED] TRIAL DATE: 9/1/26 |
| | [PROPOSED] PRETRIAL CONFERENCE: 8/21/26 |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act, filed by the parties in this matter. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good cause for a finding of excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

The Court further finds that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to

grant the continuance would be likely to make a continuation of the proceeding

impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance

would unreasonably deny defendant continuity of counsel and would deny defense

counsel the reasonable time necessary for effective preparation, taking into account the

exercise of due diligence.

THEREFORE, FOR GOOD CAUSE SHOWN:

1.    The trial in this matter is continued from February 17, 2026 to September 1, 2026.  The final pretrial conference is continued to August 21, 2026.

2.    The time period of February 17, 2026 to September 1, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.    Defendant shall appear in Courtroom 6c of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on September 1, 2026 at 8:30 a.m.

//

//

//

4.      Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

_____                    _____
 DATE                                                        HON. STANLEY BLUMENFELD JR.
                                                                 UNITED STATES DISTRICT JUDGE

Presented by:

      /s/
_____
NEIL P. THAKOR
CHRIS S. BULUT
Assistant United States Attorneys

3