1

2                          UNITED STATES DISTRICT COURT

3                      FOR THE CENTRAL DISTRICT OF CALIFORNIA

4

5    UNITED STATES OF AMERICA,                    Case No. 2:25-cr-00841-SB

6              Plaintiff,                          ORDER CONTINUING TRIAL DATE
                                                   AND FINDINGS REGARDING
7              v.                                  EXCLUDABLE TIME PERIODS
                                                   PURSUANT TO SPEEDY TRIAL ACT
8    DAVID JOSE HUERTA,

9              Defendant.

10

11        The Court has read and considered the stipulation regarding request for (1) a

12   continuance of the trial date and (2) findings of excludable time periods pursuant to

13   Speedy Trial Act.  The Court hereby finds that the stipulation, which this Court

14   incorporates by reference into this Order, demonstrates facts that support a continuance

15   of the trial date in this matter, and provides good cause for a finding of excludable time

16   pursuant to the Speedy Trial Act, 18 U.S.C. § 3161.

17        The Court further finds that:  (i) the ends of justice served by the continuance

18   outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to

19   grant the continuance would be likely to make a continuation of the proceeding

20   impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance

21   would unreasonably deny defendant continuity of counsel and would deny defense

22   counsel the reasonable time necessary for effective preparation, taking into account the

23   exercise of due diligence.

24        Therefore, for good cause shown:

25        1.     The trial in this matter is continued from February 17, 2026 to August 31,

26   2026.  The final pretrial conference is continued to August 21, 2026 at 8:30 a.m. in

27   Courtroom 6C.

28

2.      The time period of February 17, 2026 to August 31, 2026, inclusive, is excluded in computing the time within which the trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (B)(iv).

3.      Defendant shall appear in Courtroom 6C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on August 31, 2026 at 8:30 a.m.

4.      Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excluded from the period within which trial must commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

March 3, 2026
Date

Stanley Blumenfeld Jr.
United States District Judge

2