MARILYN E. BEDNARSKI, SBN 105322
E-Mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street
Pasadena, California 91106
Telephone: (626) 844-7660
Facsimile: (626) 844-7670

ABBE DAVID LOWELL (*pro hac vice*)
Email: alowellpublicoutreach@lowellandassociates.com
DAVID A. KOLANSKY (*pro hac vice*)
Email: dkolansky@lowellandassociates.com
Lowell and Associates, PLLC
1250 H Street NW, Suite 250
Washington, DC 20005
Telephone: (202) 964-6110

Attorneys for Defendant
DAVID HUERTA

WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAVID HUERTA, <br><br> Defendant. | CASE NO.: 2:25-CR-00841-SB-1 <br><br> **STIPULATION RE ISSUANCE OF SUBPOENA TO LAPD FOR PRETRIAL RETURN OF DOCUMENTS PURSUANT TO RULE 17(c)** |

186763

Defendant, David Huerta, by and through his counsel of record, Marilyn E Bednarski of McLane, Bednarski & Litt, LLP and Abbe David Lowell and David A. Kolanksy of Lowell & Associate, PLLC, and Plaintiff, United States of America, by and through its counsel of record, the Acting United States Attorney for the Central District of California, Assistant United States Attorney Neil Thakor and Chris Balut, hereby stipulate as follows:

1. Defendant is charged in an Information with violating Title 18 U.S.C. § 1501, obstruction, resistance or opposition to a federal officer serving a search warrant. Defendant has pleaded not guilty.

2. The trial in this matter is set to commence on August 31, 2026.

3. At trial, the government has indicated that it may present evidence or solicit testimony regarding whether Mr. Huerta's conduct on June 6, 2025 caused the federal agents to terminate their search prematurely, and call in the LAPD to assist outside Ambiance. *See U.S. v. David Huerta*, No. 2:25-cr-00841-SB-1, Dkt. 61 at 16–17 (Gov't Omnibus Opp. to Def. Mots. to Dismiss, asserting LAPD arrived on scene at 1 p.m., declared a riot, and evacuated the warrant location).

4. Good cause exists for pretrial production in that: the requested materials are relevant to the issues likely to arise at trial; are not otherwise procurable in advance of trial by the exercise of due diligence or another means; must be produced sufficiently in advance for the parties to properly prepare for trial; would likely result in delay at trial without advance production; and are sought in good faith. *United States v. Nixon*, 418 U.S. 683, 699 (1974) (party seeking pretrial production bears burden of establishing relevance, admissibility and specificity).

1

5. Based upon the above reasons, the drafted subpoena and Attachment 1 thereto, which is an exhibit to this stipulation, and the files and records of this case, the parties agree to the following procedure should this Court grant permission to issue the subpoena for pretrial production:

a) LAPD shall make the production within thirty (30) calendar days of service of the subpoena along with a business records declaration by an authorized employee;

b) Such production shall be made directly to defense counsel Marilyn E. Bednarski by mail, or electronic service as provided in the instructions on the subpoena;

c) Defense counsel Marilyn E. Bednarski will promptly provide the government with a complete and accurate copy of the production and business records declaration; and,

//

//

2

d)    Defense counsel Marilyn E. Bednarski will bear any cost concerning the service of the subpoena.

IT IS SO STIPULATED.

Dated: March 18, 2026                Respectfully submitted,
                                     McLANE, BEDNARSKI & LITT, LLP

                                     By:   /s/ Marilyn E. Bednarski
                                           Marilyn E. Bednarski
                                           Attorneys for Defendant Huerta

Dated: March 18, 2026

                                     LOWELL & ASSOCIATES, PLLC

                                     By:   /s/ Abbe David Lowell
                                           Abbe David Lowell (pro hac vice)
                                           Attorneys for Defendant Huerta

Dated: March 18, 2026                By:   /s/ by MBednarski w/ email perm.
                                           Neil Thakor
                                           Chris S. Bulut
                                           Assistant United States Attorney

3