# EXHIBIT

# TO STIPULATION RE ISSUANCE OF SUBPOENA TO LAPD FOR PRETRIAL RETURN OF DOCUMENTS PURSUANT TO RULE 17(c)

Attorney's Name, Address & Phone:

MARILYN E. BEDNARSKI (SBN 105322)
E-mail: mbednarski@mbllegal.com
McLane, Bednarski & Litt, LLP
975 East Green Street Pasadena, California 91106
Telephone: (626) 844-7660; Fax: (626) 844-7670

Attorney for David Huerta

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | | CASE NUMBER |
|---|---|---|
| | PLAINTIFF | |
| v. | | 2:25-CR-00841-SB |
| David Jose Huerta | | |
| | | **SUBPOENA IN A CRIMINAL CASE** |
| | DEFENDANT(S) | |

TO: Risk Management & Legal Affairs Division, Los Angeles Police Dept., 200 No. Spring St., Suite 1900, LA, Ca. 90012

☐ **YOU ARE HEREBY COMMANDED** to appear in the United States District Court at the place, date and time specified below to testify in the above case.

Place: _____ , Courtroom: _____

Date: _____ , Time: _____ .

☑ **YOU ARE ALSO COMMANDED** to bring with you the following document(s) or object(s):

This subpoena compels production within 30 days of service of the subpoena directly to defense counsel. See page 2, additional notes below, for instructions re production.

And see Attachment 1, for description of documents sought.



_____          March __, 2026
Brian D. Karth, Clerk of Court              _____
                                            Date

---

CR-21 (01/24)                    **SUBPOENA IN A CRIMINAL CASE**                    Page 1 of 2

## PROOF OF SERVICE

| | DATE | PLACE | |
|---|---|---|---|
| **Received by Server** | | | |
| **Served** | DATE | PLACE | |

| SERVED ON (PRINT NAME) | FEES AND MILEAGE TENDERED TO WITNESS |
|---|---|
| | ☐ Yes  ☐ No Amount $ _____ |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____        _____
                          *Date*                                    *Signature of Server*

Address of Server:  _____

_____

ADDITIONAL INFORMATION
Any questions contact Marilyn E. Bednarski, Attorney for Defendant. Wk ph: (626) 844-7660 Ext 102, cell phone  (626) 644-1956 ; email: mbednarski@mbllegal.com

Instructions Re Production:
A personal appearance in Court is not required. The items subpoenaed are to be produced directly to defense counsel Marilyn E. Bednarski either by mail (Marilyn E. Bednarski at McLane, Bednarski & Litt, LLP , 975 East Green Street, Pasadena, Ca. 91106) or electronic service (mbednarski@mbllegal.com) along with a business records declaration by authorized LAPD employee within 30 days of service of the subpoena.

**ATTACHMENT TO SUBPOENA TO LAPD FOR RECORDS**

***U.S. v. DAVID HUERTA*, 2:25-CR-000841-SB (C.D. Cal.)**

With respect to the protest activity outside the gated driveway entrance to the Ambiance building at 2415 East 15th Street, Los Angeles, CA 90021, on June 6, 2025 between 9 a.m. and 6 p.m., please provide:

1. Any centralized record, report, or log in the possession or control of LAPD reflecting any order of dispersal, unlawful assembly, or evacuation at the location and date/time described above

2. Any video or audio evidence in the possession or control of LAPD reflecting any order of dispersal, unlawful assembly, or evacuation at the location and date/time described above

3. Any and all documents and/or communications concerning the LAPD's participation in any response to, or provision of help concerning protest or crowd activity at the location and date/time described above including:

   a. Whether any law enforcement agency or member of the public made any request for LAPD;

   b. the exact time and date and name and badge number of the officer(s) receiving such request;

   c. the exact time and date and name and badge number of the officer(s) responding to such request;

   d. capturing synopses or justifications for such response

4. Any and all documents and/or communications (in any form including written, verbal, electronic) between the LAPD and any other federal or state law enforcement agency pertaining to the protestors and/or other persons gathered at the location and date/time described above

1

5. Any and all documents and/or communications concerning any **order to disperse** to the protestors and/or others gathered at the location and date/time described above including:

    a. the time such order(s) was given

    b. the specifics of that order in terms of the geographical bounds and how it was broadcast

    c. the name of the officer and badge number of the officer(s) who gave such order

    d. capturing synopses or justifications for such order(s)

6. Any and all documents and/or communications concerning any **order of unlawful assembly** to the protestors and/or others gathered at the location and date/time described above including:

    a. the time such order(s) was given

    b. the specifics of that order in terms of the geographical bounds and how it was broadcast

    c. the name of the officer and badge number of the officer(s) who gave such order

    d. capturing synopses or justifications for such order(s)

7. Any and all documents and/or communications concerning any **order to evacuate** the building/property at 2415 East 15th Street, Los Angeles, Ca. 90021, on June 6, 2025 between 9 a.m. and 6 p.m., including:

    a. the time such order(s) was given

    b. the specifics of that order in terms of the geographical bounds and how it was broadcast

    c. the name of the officer and badge number of the officer(s) who gave such order

    d. capturing synopses or justifications for such order(s)

2

8. Any photo or video evidence in the possession or control of LAPD taken by any LAPD officer(s) or agent(s) at the location and date/time described above