UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br><br>    vs.<br><br><br>DAVID HUERTA,<br><br>    Defendant. | CASE NO.: 2:25-CR-00841-SB-1<br><br><br>**ORDER APPROVING STIPULATION RE ISSUANCE OF SUBPOENA TO LAPD FOR PRETRIAL RETURN OF DOCUMENTS PURSUANT TO RULE 17(C)** |

The parties' stipulation for the issuance of a subpoena requiring the pretrial production of documents by the Los Angeles Police Department (Dkt. No. 97) is approved. The requested materials are relevant to the issues likely to arise at trial; are not otherwise procurable in advance of trial by the exercise of due diligence or another means; must be produced sufficiently in advance for the parties to properly prepare for trial; would likely result in delay at trial without advance production; and are sought in good faith.

The Court additionally adopts and orders the procedures agreed upon by the parties in that stipulation:

a)     Within thirty (30) calendar days of service of the subpoena LAPD, shall make the production of documents along with a business records declaration by an authorized employee;

b)     Such production shall be made directly to defense counsel Marilyn E. Bednarski by mail, or electronic service as provided in the instructions on the subpoena;

1

c)      Defense counsel Marilyn E. Bednarski will promptly provide the government with a complete and accurate copy of the production and business records declaration; and,

d)      Defense counsel Marilyn E. Bednarski will bear any cost concerning the service of the subpoena.

Dated: March 23, 2026

Stanley Blumenfeld, Jr.
United States District Judge

2