Reset Form

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CASE SUMMARY**

F I L E D
CLERK, U.S. DISTRICT COURT

05/18/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ___ AH ___ DEPUTY

Print Form

Case Number   2:25-cr-00841-SB          Defendant Number   1

U.S.A. v.   David Jose Huerta          Year of Birth   1967

☐ Indictment   ☑ Information          Investigative agency (FBI, DEA, etc.)   HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

**OFFENSE/VENUE**

a. Offense charged as a:

☑ Class A Misdemeanor   ☐ Minor Offense   ☐ Petty Offense

☐ Class B Misdemeanor   ☐ Class C Misdemeanor   ☐ Felony

b. Date of Offense   6/5/2025

c. County in which first offense occurred

Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):

☑ Los Angeles        ☐ Ventura

☐ Orange             ☐ Santa Barbara

☐ Riverside          ☐ San Luis Obispo

☐ San Bernardino     ☐ Other _____

Citation of Offense   18 U.S.C. § 1501

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:

☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)

☐ Eastern (Riverside and San Bernardino)   ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?

☑ No   ☐ Yes

If "Yes," Case Number: _____

Pursuant to this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

_____

**PREVIOUSLY FILED COMPLAINT/CVB CITATION**

A complaint/CVB citation was previously filed on: _____

Case Number: _____

Assigned Judge: _____

Charging: _____

The complaint/CVB citation:

☑ is still pending

☐ was dismissed on: _____

**PREVIOUS COUNSEL**

Was defendant previously represented?   ☐ No   ☑ Yes

IF YES, provide Name:   Marilyn E Bednarski

Phone Number:   626-844-7670

Designation:   ☐ DFPD   ☐ CJA   ☑ Retained

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information

☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

**IS THIS A NEW DEFENDANT?**   ☐ Yes   ☑ No

This is the   1st   superseding charge (i.e., 1st, 2nd).

The superseding case was previously filed on:

10/17/2025

Case Number _____

The superseded case:

☑ is still pending before Judge/Magistrate Judge

The Honorable Stanley Blumenfeld, Jr.

☐ was previously dismissed on _____

Are there 8 or more defendants in the superseding case?

☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?

☐ Yes*   ☑ No

Was a Notice of Complex Case filed on the Indictment or Information?

☐ Yes   ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?    ☐ YES    ☒ NO

IF YES, list language and/or dialect:

_____

**OTHER**

☑ Male        ☐ Female

☑ U.S. Citizen    ☐ Alien

Alias Name(s)    _____

_____

This defendant is charged in:

☑ All counts

☐ Only counts:    _____

☐ This defendant is designated as "High Risk" per
   18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per
   18 USC § 3166(b)(7).

Is defendant a juvenile?    ☐ Yes    ■ No

IF YES, should matter be sealed?    ☐ Yes    ☐ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud    ☐ public corruption

☐ government fraud              ☐ tax offenses

☐ environmental issues          ☐ mail/wire fraud

☐ narcotics offenses            ☐ immigration offenses

☐ violent crimes/firearms       ☐ corporate fraud

☑ Other    Impeding law enforcement

_____

**CUSTODY STATUS**

Defendant is **not in custody**:

a. Date and time of arrest on complaint:    N/A

b. Posted bond at complaint level on:    6/9/2025

   in the amount of $ 5,000

c. PSA supervision?    ☐ Yes    ■ No

d. Is on bail or release from another district:
   N/A

Defendant is **in custody**:

a. Place of incarceration:    ☐ State    ☐ Federal

b. Name of Institution:    _____

c. If Federal, U.S. Marshals Service Registration Number:

   _____

d. ☐ Solely on this charge.  Date and time of arrest:

   _____

e. On another conviction:    ☐ Yes    ☐ No

   IF YES :    ☐ State    ☐ Federal    ☐ Writ of Issue

f. Awaiting trial on other charges:    ☐ Yes    ☐ No

   IF YES :    ☐ State    ☐ Federal    AND

   Name of Court:    _____

   Date transferred to federal custody:    _____

This person/proceeding is transferred from another district
pursuant to F.R.Cr.P.    _____ 20    _____ 21    _____ 40

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information.  EXPLAIN:    _____

There have been multiple Speedy Trial Act stipulations filed in this matter.

_____

Date    5/18/2026

/s/    _____
Signature of Assistant U.S. Attorney

Chris S. Bulut
Print Name