TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
CHRIS S. BULUT (Cal Bar No. 352016)
Assistant United States Attorneys
Major and General Crimes Sections
   1200 United States Courthouse
   312 North Spring Street
   Los Angeles, California 90012
   Telephone:   (213) 894-6595 / 6738
   Facsimile:   (213) 894-0141
   E-mail:       neil.thakor@usdoj.gov
                chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DAVID JOSE HUERTA,<br><br>　　　　Defendant. | No. 2:25-cr-00841-SB<br><br>GOVERNMENT'S NOTICE OF FILING THE FIRST SUPERSEDING INFORMATION |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Neil P. Thakor and Chris S. Bulut, hereby submits this Notice of Filing the First Superseding Information. The government is filing this Notice in response to the Court's text entry order indicating the government has not yet filed its First Superseding Information (the "FSI"). (Dkt. 103.)

Pursuant to the Court's order denying defendant's motions to dismiss (Dkt. 102), the government filed the FSI and an accompanying CR-72 Case Summary form with

the Criminal Intake clerk on May 18, 2026.  A file-stamped copy of the FSI is attached
to this Notice as **Exhibit A**.

//

//

The government's understanding is that charging instruments, such as a First Superseding Information, should be filed through Criminal Intake and not via CM/ECF. The government therefore did not file a copy of the FSI on CM/ECF. [1] On May 20, 2026, upon receiving the Court's Minute Order, the government inquired with Criminal Intake as to the delay in docketing the FSI, and Criminal Intake responded that it would be docketed immediately. The government understands that as of this filing, the FSI that the government filed on May 18, 2026, is now available on the electronic docket. The government sincerely apologizes for any inconvenience resulting from this delay.

Dated: May 20, 2026

Respectfully submitted,

TODD BLANCHE
Acting  Attorney General

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

BILAL A. ESSAYLI
First Assistant United States Attorney

/s/
NEIL THAKOR
CHRIS S. BULUT
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

[1] The government's understanding of the Court's standing orders was that a paper chambers copy of this document was not required, but if the government's interpretation was incorrect, the government sincerely apologizes for this oversight. The government did provide an electronic copy of the FSI to both defense counsel and the Courtroom's Deputy Clerk via e-mail on Tuesday, May 19, 2026.

3

# EXHIBIT A

**FILED**
CLERK, U.S. DISTRICT COURT

05/18/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ AH _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00841(A)-SB |
|---|---|
| Plaintiff, | FIRST SUPERSEDING INFORMATION |
| v. | |
| | [18 U.S.C. § 1501: Obstruction, Resistance, or Opposition of a Federal Officer] |
| DAVID JOSE HUERTA, | |
| Defendant. | [CLASS A MISDEMEANOR] |

The United States of America charges:

[18 U.S.C. § 1501]

[CLASS A MISDEMEANOR]

I.    INTRODUCTORY ALLEGATIONS

At times relevant to this First Superseding Information:

A.    CRIMINAL SEARCH WARRANT FOR APPAREL WAREHOUSE

1.    On or about June 5, 2025, federal agents obtained a warrant (the "Warrant") to search, among multiple locations, an apparel warehouse located at 2415 East 15th Street, Los Angeles, California 90021 (the "Search Warrant Location").

2.    The Warrant was supported by probable cause and signed by a United States Magistrate Judge.  The Warrant authorized the seizure of evidence, including employment records, identification documents of employees, and digital devices, among other things, of violations of 8 U.S.C. § 1324(a) (Harboring Aliens), 8 U.S.C. § 1324a (Unlawful Employment of Aliens), 18 U.S.C. § 1001 (False Statements), 18 U.S.C. § 1015(e), (False Statements Regarding Naturalization or Citizenship), 18 U.S.C. § 1546 (Fraud/Misuse of Visas or Permits), and 42 U.S.C. § 408(a)(7)(B) (Fraudulent Use of Social Security Numbers) (the "Criminal Subject Offenses").

3.    The Search Warrant Location was an approximately 226,907 square foot warehouse and business center surrounded by high black metal perimeter fencing around a shared lot with the neighboring building.  The primary entrance to the Search Warrant Location was a gate at the front of the lot on 15th Street (the "Front Gate").  Law enforcement anticipated that there would be over 50 individuals inside the Search Warrant Location on the day of execution.

B.    FEDERAL OPERATION TO EXECUTE THE CRIMINAL SEARCH WARRANT

4.    On June 6, 2025, between 9 a.m. and 9:30 a.m., more than 50 federal agents, officers, employees, and contractors from various agencies arrived at the Search Warrant Location to execute the Warrant.

5.    In addition to effecting the Warrant and seizing evidence, the federal agents, officers, employees, and contractors were also responsible for preventing the destruction of evidence, maintaining the efficacy of the search, and

2

maintaining operational safety at the Search Warrant Location, which included the safety of the federal officers present, the business and its employees, as well as any members of the public present.

6.    Federal agents, officers, employees, and contractors from multiple different agencies were present at the Front Gate assisting with the safe entry and exit of any law enforcement vehicles connected to the Warrant.  These vehicles included those designated to transport federal officers in and out of the Search Warrant Location, vehicles to transport seized evidence gathered during the execution of the Warrant, as well as vehicles used to remove any non-law-enforcement individuals who were detained during the execution of the Warrant, either for safety, for further investigation, or to promote the efficacy of the search.

7.    Because law enforcement also suspected a large number of employees of the business at the Search Warrant Location were engaged in immigration fraud, federal officials had hired contractors to assist with the transportation of any individuals who were detained or arrested at the premises during the execution of the search.

8.    All of the federal officers, agents, employees, and contractors present at the Search Warrant Location on June 6, 2025, were assisting with the execution of the Warrant and were officers of the United States and duly authorized to serve, and to attempt to serve and execute, the Warrant, and such individuals were, in fact, so doing when present at the Search Warrant Location on June 6, 2025, when the operation began.

3

9.    At approximately 10:30 a.m., a crowd formed outside the Front Gate to the Search Warrant Location, which was the only gate being used by law enforcement to enter and exit the Search Warrant Location.  At approximately 11:20 a.m., defendant DAVID JOSE HUERTA, joined the crowd.

II.   DEFENDANT OBSTRUCTED, RESISTED, AND OPPOSED FEDERAL OFFICERS

10.   On or about June 6, 2025, in Los Angeles County, within the Central District of California, defendant DAVID JOSE HUERTA, and others known and unknown, each aiding and abetting the other, did knowingly and willfully, obstruct, resist, and oppose an officer of the United States, and any such other person duly authorized, in serving and attempting to serve and execute any legal and judicial writ and process of any court of the United States and United States Magistrate Judge.

11.   Specifically, defendant and others, each aiding and abetting the other, obstructed, resisted, and opposed federal officers, agents, employees, and contractors, and such other persons duly authorized, by:

a.    Physically blocking the entrance/exit to the Search Warrant Location by sitting down in the middle of the driveway;

b.    Physically blocking the entrance/exit to the Search Warrant Location by walking in circles in the middle of the driveway to the entrance of the Search Warrant Location;

c.    Physically blocking the entrance/exit to the Search Warrant Location by standing in front of a van as it attempted to enter the Search Warrant Location.

4

d.    Failing to comply with lawful commands to not block the entrance of the Search Warrant Location;

e.    Resisting attempts by federal officers, agents, employees, and contractors to clear the driveway by refusing to move out of the way and/or moving away from one officer only to return from another angle when the officer attempted to remove someone else.

f.    Coordinating with each other to block the gate, including defendant instructing others to "keep making a circle," and to "sit down" on the driveway in front of the gate.

This conduct obstructed, resisted, and opposed federal officers, agents, employees, and contractors, and such other persons duly authorized, in serving, and attempting to serve and execute the Warrant, because it:

a.    Impeded the pathway of a vehicle driven by federal agent S.T., which arrived and was delayed in entering the premises at approximately 11:28 a.m.;

b.    Impeded the pathway of a vehicle driven by federal contractor B.G., which arrived and was delayed in entering the premises at approximately 12:15 p.m.;

c.    Contributed to the federal officers, agents, employees, and contractors from being unable to complete the execution of the Warrant;

//

//

5

d.    Endangered the safety of the federal officers, agents, employees, and contractors executing the Search Warrant and efficacy of the search by drawing resources to the Front Gate to respond to the safety concerns created by defendant and others present.

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER WAIER
Chief Assistant U.S. Attorney and
Chief, Criminal Division

*Frances S. Lewis*

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

NEIL P. THAKOR
Assistant United States Attorney
Major Crimes Section

CHRIS S. BULUT
Assistant United States Attorney
General Crimes Section

6