TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
Assistant United States Attorney
Major Crimes Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
     1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-6595/6738
     Facsimile:    (213) 894-0141
     E-mail:      neil.thakor@usdoj.gov
                 chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:25-cr-00841-SB |
|---|---|
| Plaintiff, | STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Neil Thakor and Chris S. Bulut, and defendant DAVID JOSE HUERTA ("defendant"), by and through his attorney of record, Marilyn E. Bednarski and Abbe D. Lowell, hereby stipulate as to the following briefing schedule for a new motion to dismiss:

//

//

1.    Defendant's motion to dismiss due: June 19, 2026

2.    Government's response due: June 29, 2026

3.    Defendant's reply due: July 6, 2026

4.    Hearing on motion to dismiss (if necessary): first week of August 2026

IT IS SO STIPULATED.

Dated: 6/4/2026                                         Respectfully submitted,

TODD BLANCHE
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division


/s/
NEIL THAKOR
CHRIS S. BULUT
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA


Dated: 6/5/2026                                         /s/
ABBE D. LOWELL
MARILYN E. BEDNARSKI
Attorney for Defendant
DAVID JOSE HUERTA

*Pursuant to Local Rule 5-4.3.4, all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2