UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00841-SB |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

The Court is in receipt of the parties' stipulation regarding a briefing schedule for defendant's new motion to dismiss.

FOR GOOD CAUSE SHOWN, the following briefing schedule is hereby ordered:

//

//

1.      Defendant's motion to dismiss due: June 19, 2026

2.      Government's response due: June 29, 2026

3.      Defendant's reply due: July 6, 2026

4.      Hearing on motion to dismiss (if necessary): first week of August 2026

IT IS SO ORDERED.

_____
DATE

_____
HON. STANLEY BLUMENFELD JR.
UNITED STATES MAGISTRATE
JUDGE

Presented by:

   /s/
_____
CHRIS S. BULUT
Assistant United States Attorney