TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
Assistant United States Attorney
Major Crimes Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
    1300/1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:    (213) 894-6595/6738
    Facsimile:    (213) 894-0141
    E-mail:    neil.thakor@usdoj.gov
            chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00841-SB |
| Plaintiff, | NEW STIPULATION REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

       Plaintiff United States of America, by and through its counsel of record, the First Assistant United States Attorney for the Central District of California and Assistant United States Attorneys Neil Thakor and Chris S. Bulut, and defendant DAVID JOSE HUERTA ("defendant"), by and through his attorney of record, Marilyn E. Bednarski and Abbe D. Lowell, hereby stipulate as to the following briefing schedule for a new motion to dismiss:

//

//

1.    Defendant's motion to dismiss due: June 22, 2026

2.    Government's response due: July 2, 2026

3.    Defendant's reply due: July 9, 2026

4.    Hearing on motion to dismiss (if necessary): first week of August 2026

IT IS SO STIPULATED.

Dated: 6/15/2026                              Respectfully submitted,

                                             TODD BLANCHE
                                             Acting Attorney General

                                             BILAL A. ESSAYLI
                                             First Assistant United States Attorney

                                             JENNIFER L. WAIER
                                             Chief Assistant United States Attorney
                                             Chief, Criminal Division


                                             /s/
                                             NEIL THAKOR
                                             CHRIS S. BULUT
                                             Assistant United States Attorney

                                             Attorneys for Plaintiff
                                             UNITED STATES OF AMERICA


Dated: 6/15/2026                             /s/
                                             ABBE D. LOWELL
                                             MARILN E. BEDNARSKI
                                             Attorney for Defendant
                                             DAVID JOSE HUERTA

*Pursuant to Local Rule 5-4.3.4, all signatures listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2