# Exhibit M

Video file, filed manually