WESTERN DIVISION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff*,<br><br>v.<br><br>DAVID HUERTA,<br>*Defendant*. | CASE NO.: 2:25-CR-00841-SB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S OMNIBUS MOTION TO DISMISS THE FIRST SUPERSEDING INFORMATION** |

The Court has read and considered Defendant's Omnibus Motion to Dismiss the First Superseding Information, and the accompanying exhibits and supporting Declaration of Abbe David Lowell, and hereby enters the following Order:

IT IS HEREBY ORDERED that *Defendant's Omnibus Motion to Dismiss the First Superseding Information* is GRANTED. The First Superseding Information against Defendant David Huerta is dismissed with prejudice.

IT IS SO ORDERED.

DATE

HONORABLE STANLEY BLUMENFELD JR.
UNITED STATES DISTRICT JUDGE