TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
NEIL P. THAKOR (Cal. Bar No. 308743)
Assistant United States Attorney
Major Crimes Section
CHRIS S. BULUT (Cal. Bar No. 352016)
Assistant United States Attorney
General Crimes Section
     1300/1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:   (213) 894-6595 / 6738
     Facsimile:   (213) 894-0141
     E-mail:     chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID JOSE HUERTA,<br><br>Defendant. | No. 25-cr-00841-SB<br><br>DECLARATION OF NEIL P. THAKOR IN SUPPORT OF GOVERNMENT'S OMNIBUS OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FIRST SUPERSEDING INFORMATION<br><br>Hearing Date:  August 4, 2026<br>Hearing Time:  8:00 a.m.<br>Location:  Courtroom of the Hon. Stanley Blumenfeld. Jr. |

### <u>DECLARATION OF NEIL P. THAKOR</u>

I, Neil P. Thakor, declare as follows:

1.    I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California.  I am an attorney assigned to the case <u>United States v. Huerta</u>, No. 2:25-cr-00841-SB.

2.    Attached hereto as **Exhibit 1** is a true and correct copy of a compilation of videos taken on June 6, 2025, from 9:57 a.m. to 10:58 a.m., bates stamped HUERTA_000862, which will be filed manually.

3.    Attached hereto as **Exhibit 2** is a true and correct copy of a compilation of videos taken on June 6, 2025, from 11:00 a.m. to 11:59 a.m., bates stamped HUERTA_000863, which will be filed manually.

4.    Attached hereto as **Exhibit 3** is a true and correct copy of a compilation of videos taken on June 6, 2025, from 12.00 p.m. to 1:07 p.m., bates stamped HUERTA_000864, which will be filed manually.

5.    Attached hereto as **Exhibit 4** is a true and correct copy of a Report of Investigation from an interview with Homeland Security and Investigations ("HSI") Special Agent J. Smith conducted on January 2, 2026, bates stamped HUERTA_00001003-1005.

6.    Attached hereto as **Exhibit 5** is a true and correct copy of a Report of Investigation from an interview with B. Gonzalez conducted on January 9, 2026, bates stamped HUERTA_00001016-1018.

7.    Attached hereto as **Exhibit 6** is a true and correct copy of an image of a tire a transportation van titled, IMG_7611, bates stamped HUERTA_00000820.

8.    Attached hereto as **Exhibit 7** is a true and correct copy of images taken by HSI Special Agent J. Mckenzie at approximately 11:28 and 11:29 a.m. of the crowd on the driveway, bates stamped HUERTA_00000726-727.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a Report of Investigation from an interview with HSI Special Agent S. Tugg conducted on January 15, 2026, bates stamped HUERTA_00001024-1026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed at Los Angeles, California, on June 29, 2026.

/s/
NEIL P. THAKOR

3