


# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/19/2026 22:40 EST                                                                 Page 1 of 4

**CASE NUMBER**
███████████

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Interview of J████ ██████ Smith on 01-02-2026

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Nicholas DeSimone
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/19/2026

## SYNOPSIS

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 – Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 – Assault on process server.

This Report of Investigation (ROI) will document the interview of J████████ Smith.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ████████018 | 2/19/2026 |

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/19/2026 22:40 EST                                                                   Page 2 of 4

## DETAILS OF INVESTIGATION

On January 2, 2026, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early along with Assistant United States Attorneys (AUSAs) Neil Thakor and Chris Bulut interviewed HSI SA J███ Combest-Smith via Microsoft Teams.

SA Smith stated the following, in sum and substance:

*This summary is not a verbatim transcript of the words spoken during the interview.*

- The Ambiance Investigation was initiated from the findings of the results of an I-9 audit.
- SA Smith was not involved in the audit.
- HSI Auditor ███████████ conducted the audit and shared the results with SA Smith.
- The I-9 audit revealed there were approximately 70 employees of Ambiance USA using fraudulent documents consisting of both stolen and made-up identities.
- The majority of these fraudulent documents were stolen identities.
- HSI, Federal Bureau of Investigation (FBI), Drug Enforcement Administration (DEA), and Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) were assigned to assist with the operation.
- SA Smith arrived at the location at approximately 9:00 to 9:30 A.M.
- At the time of her arrival, there were no protestors.
- A human resources employee tried to block her vehicle from entering.
- SA Smith provided the human resources employee with the search warrant, however, the employee continued to attempt to interfere with her entry.
- When SA Smith entered the premises, employees began to come out.
- SA Smith also believed that, due to its large size, employees were hiding inside of the business' warehouse.
- Members of the search team escorted employees to a conference room.
- FBI employees had body cameras.
- During the search warrant of Ambiance USA, SA Smith interviewed a small sample of detained individuals, and they gave various answers about where they received their documents from.
- SA Smith did not complete the search warrant in its entirety due to safety concerns of the protest.
- SA Smith did not have the opportunity to collect evidence in its entirety due to safety concerns of the protest.
- SA Smith anticipated arrests would be made during the operation.
- After the arrival of the law enforcement team, SA Smith had an employee of Ambiance USA that was cooperating and believed that there would have been others if she was able to finish the execution of the operation.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ████████018 | 2/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

HUERTA_00001004
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/19/2026 22:40 EST                                                                 Page 3 of 4

- The law enforcement team's plan was to collect evidence such as employment documents and computers.
- Within approximately one hour of SA Smith's arrival, protestors started to show up.
- SA Smith observed employees using their phones and presumed they were likely texting people.
- SA Smith asked those employees to stay off their phones.
- The perimeter security team consisted of about 10 vehicles with two to four agents in each vehicle.
- SA Smith was aware that an undercover agent, meaning a law enforcement agent whose identity is sensitive as he/she is designated for use in undercover operations with criminal individuals, was outside of the gate.
- SA Smith was aware of multiple entry and exit points.
- At some point, SA Smith became aware of protesters while she was interviewing individuals.
- At some point, ERO Supervisory Detention and Deportation Officer (SDDO) O███ O████ went to assist with perimeter security for the location in light of the protest activity.
- SA Smith walked outside periodically to observe what was happening with the crowd.
- SA Smith knew nothing about David HUERTA ("HUERTA") until after his arrest when he was brought into breakroom of Ambiance USA.
- SA Smith did not speak to HUERTA.
- SA Smith observed HUERTA struggling with a reaction to being sprayed with Oleoresin Capsicum (OC) spray.
- *Agent Note: OC spray is a chemical irritant that is used by law enforcement on non-compliant individuals, typically to gain control of that individual in a law enforcement use-of-force scenario.*
- SA Smith observed HSI agents rendering aid to HUERTA and providing him water.
- HSI Group Supervisor (GS) R███ R██████ was involved with helping HUERTA.
- SA Smith observed GS R█████ telling HUERTA, "We warned you. "
- Once HUERTA was brought inside, the operation was discontinued no more than an hour later.
- The reason for having other agencies involved such as FBI and DEA was to augment HSI with additional manpower to safely conduct the operation.
- If there were more HSI agents available to support the operation, the operation likely would've only required the involvement of HSI and ERO.
- FBI and DEA personnel were used to augment manpower and no specific specialty roles or personnel were requested from these agencies.
- When planning the operation, SA Smith anticipated the law enforcement team would be at the search warrant site for the whole day.
- SA Smith was at the location for approximately three to four hours.
- Agents were still finding people, presumably employees of Ambiance USA, hiding within the search warrant site until the time the law enforcement team discontinued the operation and departed the scene.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████████018 | 2/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

HUERTA_00001005