

# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/19/2026 22:40 EST

**CASE NUMBER**

███████

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Interview of B██ Gonzalez on 01-09-2026

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Nicholas DeSimone
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/19/2026

## SYNOPSIS

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 – Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 – Assault on process server.

This Report of Investigation (ROI) will document the interview of B██ Gonzalez.

| Current Case Title | ROI Number | Date Approved |
| --- | --- | --- |
| 18 USC 1501- HUERTA, David | ██████████020 | 2/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

---

02/19/2026 22:40 EST                                                                                          Page 2 of 3

## DETAILS OF INVESTIGATION

On January 9, 2026, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early and Assistant United States Attorney (AUSA) Neil Thakor interviewed B███ Gonzalez, an operator of the G4S transportation van at the search warrant location, via telephone.

Mr. Gonzalez stated the following, in sum and substance:

*This summary is not a verbatim transcript of the words spoken during the interview.*

- He did not take pictures of the incident on June 6, 2025, because he was using his phone for GPS.
- The transportation van didn't have a dashcam.
- He found out the day of incident that he would be involved.
- His role was transportation duties.
- He was responsible for taking detainees back to 300 N. Los Angeles St. Los Angeles, CA 90012.
- He went twice to location to transport detainees.
- He couldn't recall what the time was when he first arrived at the location of the operation.
- He didn't observe any protestors the first time he arrived at the location of the operation but that there were employees of Ambiance recording.
- The second time he arrived at the location, there was a bigger crowd.
- He observed many people when he approached 15th St. and Santa Fe Avenue.
- He called Enforcement and Removal Operations (ERO), Supervisory Detention and Deportation Officer (SDDO) C███ Crook when he was about a block away from the location.
- He drove past the crowd at the front gate and asked SDDO Crook if he could come through the back.
- SDDO Crook informed him that the back gate was locked and they didn't have the keys to the lock.
- He observed people and vehicles obstructing driveway of the main gate.
- He observed two vehicles, possibly a truck and van, and a crowd in driveway.
- He signaled to enter driveway and observed a man appear to motion a truck to move.
- He activated his emergency lights and utilized his airhorn to let law enforcement know he's there.
- He observed the crowd focusing their attention on him.
- He observed the main gate open and people started to surround his van.
- Protestors from the crowd began to touch the van.
- He observed approximately 4-5 people converge on the van and recalled about 8-9 total move closer to the van.

---

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ██████████020 | 2/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

HUERTA_00001017
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.



# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/19/2026 22:40 EST

- He didn't know who Huerta was.
- He remembers what people were wearing.
- He recalls seeing a video of the incident.
- He recalls someone in a pink or red flannel in front of him, and approximately 2-3 people in black.
- He doesn't recall there being a leader.
- He recalls seeing a man in a red flannel shirt by the front driver's side of his transportation van.
- He recalls hearing screaming towards the passenger side of the van and made sure his doors were locked.
- During this time, he looked at his mirrors to make sure no one was coming from behind.
- He feels that he was obstructed.
- Once the gate was open, the crowd started confronting law enforcement.
- He did not observe the arrest of the male in the flannel shirt.
- As soon as he observed the male in a flannel shirt, he was already on the ground.
- Another officer grabbed a lady that was in front of the van and moved her.
- The driveway was narrow and he had to make a three point turn to enter.
- Once he arrived at the location, through the gate, he recalled hearing a noise.
- He noticed the rear tire of the transportation van flattened.
- An HSI agent assisting with changing the tire. [SA Early identified this agent as being HSI SA A███ Lamon].
- It appeared the tire was slashed because there was a puncture wound on the wall of the tire.
- It took about half an hour to change the tire.
- Once the tire was changed, he transported the detainees back to 300 N. Los Angeles St. Los Angeles, CA 90012.
- The key to the back gate was located and he along with law enforcement exited on 16th St.
- G4S Officer Hierro may have pictures of slashed tire.

[SA Early sent Gonzalez a picture of a vehicle with the tire appearing flat. SA Early asked Gonzalez if he recognized the vehicle in the picture].

- He believed the picture depicted the damage to the van that he drove on June 6, 2025 and noted that the puncture wound was the same.

Investigation Continues.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | █████████020 | 2/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

HUERTA_00001018

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.