# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



---

02/19/2026 22:40 EST

**CASE NUMBER**
██████████

**CASE OPENED**
9/17/2025

**CURRENT CASE TITLE**
18 USC 1501- HUERTA, David

**REPORT TITLE**
Interview of S██ T██ on 01-15-2026

**REPORTED BY**
Norman Early
SPECIAL AGENT

**APPROVED BY**
Nicholas DeSimone
SUPERVISORY SPECIAL AGENT

**DATE APPROVED**
2/19/2026

## SYNOPSIS

On June 6, 2025, Homeland Security Investigations (HSI) Los Angeles Special Agents (SAs), with assistance from Immigration and Customs Enforcement and Removal Operations (ICE ERO), the Drug Enforcement Administration (DEA) and the Federal Bureau of Investigation (FBI), executed a federal worksite search warrant at Ambiance Apparel located at 2415 East 15th Street in Los Angeles, California. During the execution, a large crowd of protesters formed and blocked the entrance to the main gate of the premises. HSI agents later arrested David HUERTA at the search warrant location for violating 18 USC 372 – Conspiracy to Impede an Officer. In August of 2025, HSI Integrated Operations Group (IOG) initiated an investigation into HUERTA for violations of 18 USC 1501 – Assault on process server.

This Report of Investigation (ROI) will document the interview of S██ T██.

---

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.

HUERTA_00001024




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE



02/19/2026 22:40 EST                                                                 Page 2 of 3

## DETAILS OF INVESTIGATION

On January 15, 2026, Homeland Security Investigations (HSI) Special Agent (SA) Norman Early and Assistant United States Attorneys (AUSAs) Neil Thakor and Chris Bulut interviewed HSI SA S█ T███ via Microsoft teams.

SA T███ stated the following, in sum and substance:

*This summary is not a verbatim transcript of the words spoken during the interview.*

- He drove his government issued black Jeep Grand Cherokee on June 6, 2025.
- His role was to assist with evidence.
- At approximately 10:30 A.M. he departed Ambiance USA with HSI Acting Assistant Special Agent in Charge A█████ Ro███ to get boxes to collect evidence at the warrant location.
- At approximately 11:30 A.M. he returned to Ambiance.
- When he approached, the gate was closed and the driveway was occupied by a crowd of people.
- He tried to reenter but people were blocking the gate and surrounding his car.
- He waited outside for the remaining duration of the operation until law enforcement departed.
- He circled around the block at least two times and the crowd appeared to get worse every time he came back.
- Anytime he got close, the crowd would surround his car.
- He recalls seeing a black pickup truck with a Mexican flag blocking gate.
- He observed cars blocking the gate.
- He has a text message with HSI SA A██ B██████ at 11:21 A.M.
- [AUSA Thakor shared a picture of a black Jeep near the main gate on June 6, 2025]
- The picture shown was likely his government issued vehicle.
- He doesn't recall anyone else driving a black Jeep on the day of the operation.
- He doesn't recall seeing David Huerta ("HUERTA".)
- He recalls a female sitting down in driveway in front of his car.
- He recalls people surrounding his car and yelling.
- He tried to get the attention of the agents at the gate but none of the agents had their attention on him.
- Agents were focused on the protestors.
- He recalled seeing an agent who signaled a "no" gesture.
- He was going back to collect paperwork with employment records.
- He doesn't know what happened with the evidence that he was supposed to collect.
- He recalls the search warrant was for employee records, business records, fraudulent documents.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ████████023 | 2/19/2026 |

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

HUERTA_00001025
This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.




# DEPARTMENT OF HOMELAND SECURITY

## HOMELAND SECURITY INVESTIGATIONS

### REPORT OF INVESTIGATION

OFFICIAL USE ONLY | LAW ENFORCEMENT SENSITIVE

02/19/2026 22:40 EST

- His understanding was that he was going to collect fraud documents.
- He recalls the Los Angeles Police Department arriving.
- He took pictures on personal phone because of the chaotic environment, and it was the first phone he grabbed.
- He wanted to try to document the scene.

INVESTIGATION CONTINUES.

| Current Case Title | ROI Number | Date Approved |
|---|---|---|
| 18 USC 1501- HUERTA, David | ███████023 | 2/19/2026 |

HUERTA_00001026

This document is loaned to you for official use only and remains the property of the Department of Homeland Security. Any further request for disclosure of this document or information contained herein should be referred to HSI Headquarters together with a copy of the document.