TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
CHRIS S. BULUT (Cal Bar No. 352016)
Assistant United States Attorneys
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:    (213) 894-6595 / 6738
     Facsimile:    (213) 894-0141
     E-mail:     chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DAVID JOSE HUERTA,<br><br>        Defendant. | No. 2:25-cr-00841-SB<br><br>MOTION TO DISMISS FIRST SUPERESEDING INDICTMENT |

Pursuant to an agreement of the parties, the United States hereby moves to dismiss the First Superseding Information (the "FSI") in the above-captioned case without prejudice. The United States further requests that, after 30 days from the date of this Motion, or by August 31, 2026, whichever is earliest, the dismissal of the FSI be made with prejudice.

Dated: July 27, 2026

Respectfully submitted,

TODD BLANCH
Acting Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division

/s/
NEIL P. THAKOR
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA