TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
JENNIFER L. WAIER
Chief Assistant United States Attorney
Chief, Criminal Division
NEIL THAKOR (Cal. Bar No. 308743)
CHRIS S. BULUT (Cal Bar No. 352016)
Assistant United States Attorneys
General Crimes Section
        1200 United States Courthouse
        312 North Spring Street
        Los Angeles, California 90012
        Telephone:    (213) 894-6595 / 6738
        Facsimile:    (213) 894-0141
        E-mail:        chris.bulut@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID JOSE HUERTA, <br><br> Defendant. | No. 2:25-cr-00841-SB <br><br> [PROPOSED] ORDER TO DISMISS FIRST SUPERSEDING INDICTMENT |

The Court has read and considered the government's motion to dismiss the First Superseding Indictment ("FSI") without prejudice against defendant David Jose Huerta. The Court finds that there is good cause to dismiss the FSI in the interests of justice.

///

///

///

Accordingly, IT IS HEREBY ORDERED that the FSI is dismissed without prejudice against defendant David Jose Huerta under Federal Rule of Criminal Procedure 48(a). The dismissal of the FSI shall become with prejudice on August 27, 2026.

Defendant's bond shall be exonerated on this charge.

IT IS SO ORDERED.

_____

DATE                                        HONORABLE STANLEY BLUMENFELD JR.
                                            UNITED STATES DISTRICT JUDGE

Presented by:

_____/s/_____

NEIL P. THAKOR
Assistant United States Attorney

2