JS-3

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:25-cr-00841-SB |
| Plaintiff, | ORDER TO DISMISS FIRST SUPERSEDING INFORMATION |
| v. | |
| DAVID JOSE HUERTA, | |
| Defendant. | |

The Court has read and considered the government's motion to dismiss the First Superseding Information ("FSI") and underlying information without prejudice against defendant David Jose Huerta.  The Court finds that there is good cause to dismiss the FSI and underlying information in the interests of justice. Accordingly, it is hereby ordered that the FSI and underlying information are dismissed without prejudice against defendant David Jose Huerta under Federal Rule of Criminal Procedure 48(a). The dismissal of the FSI and underlying information shall become with prejudice on August 27, 2026.  The Court vacates all hearings currently scheduled for this matter.

Defendant's bond shall be exonerated on this charge.

IT IS SO ORDERED.

July 27, 2026
DATE

_____
STANLEY BLUMENFELD, JR.
UNITED STATES DISTRICT JUDGE